Pro Se 7 RECEIVED in Complaint for Employment Discrimination
U.S.D.C. - Atlanta

**JAN 3 0 2023**

KEVIN P. WEIMER, Clerk
By: _Kimberly Bishop_ Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia  [ ▾ ]

_____ Division

| | |
|---|---|
| ProSe Lawrence Wells | Case No. **1:23-CV- 0459** |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  [✔]Yes  [ ]No |
| –v– | |
| Gate Gourmet Inc/ HHA Group;LTD | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ProSe Lawrence Wells |
| Street Address | 3718 Heyfort CT |
| City and County | Austell |
| State and Zip Code | GA, 30106 |
| Telephone Number | 718-810-4373 |
| E-mail Address | lawrence.wells18@gmail.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Gate Gourmet Inc/HNA:LTD |
| Job or Title *(if known)* | Corprate Headquarters |
| Street Address | 1880 Campus Commons Drive |
| City and County | Reston |
| State and Zip Code | VA, 20191 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Gate Gourmet Inc Atlanta 301 |
| Job or Title *(if known)* | Unite 301 |
| Street Address | 165 Charles W. Grant Pkwy |
| City and County | Atlanta |
| State and Zip Code | 30354 |
| Telephone Number | (404) 530-6492 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Gate Gourmet Group Atlanta 301 |
| Street Address | 165 Charles W. Grant Pkwy |
| City and County | Atlanta |
| State and Zip Code | GA, 30354 |
| Telephone Number | (404) 530-6492 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me.

☑   Termination of my employment.

☐   Failure to promote me.

☐   Failure to accommodate my disability.

☑   Unequal terms and conditions of my employment.

☑   Retaliation.

☐   Other acts *(specify)*:

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

12/15/2022

C.   I believe that defendant(s) *(check one)*:

☑   is/are still committing these acts against me.

☐   is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

| | | |
|---|---|---|
| ☑ | race | Afro-American |
| ☑ | color | Black |
| ☑ | gender/sex | Male |
| ☐ | religion | |
| ☑ | national origin | American |
| ☐ | age *(year of birth)* | 1960   *(only when asserting a claim of age discrimination.)* |
| ☐ | disability or perceived disability *(specify disability)* | |

E.   The facts of my case are as follows.  Attach additional pages if needed.

I was unjustified teminated on 12/15/2022 attach pages,

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
Aug 26, 2022 -410-2022-08384

B.  The Equal Employment Opportunity Commission *(check one)*:

☑  has not issued a Notice of Right to Sue letter.

☐  issued a Notice of Right to Sue letter, which I received on *(date)* _____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐  60 days or more have elapsed.

☑  less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

25 Million + Pain & Suffer Moral Damages

Unjustified Termination
Cancelation of my Medical Benefits pryer before 30 days they expired
Unpaid Comp Days 52 days
Bonus Payment
Hostile Workplace.
Defamation of Charcter Slander
Discrimination Age, reln liation. ^

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        01/16/2023

Signature of Plaintiff

Printed Name of Plaintiff        Prose Lawrence Wells

### B.      For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 410-2022-08384 |
| | | and EEOC |

State or local Agency, if any

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Mr. Lawrence Wells Sr. | (718) 810-4373 | 1960 |

Street Address

3718 Heyfort CT

AUSTELL, GA 30106

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Gate Gourmet | 201 - 500 Employees | (404) 530-6300 |

Street Address

165 Charles W. Grant

ATLANTA, GA 30354

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest / Latest |
| Retaliation, Retaliation from harrasment complaints | 08/04/2022 / 12/15/2022 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began my employment with the above-named employer on March 20, 2022, as an Executive Chef. I was harassed by General Manager, Pamela Shephard on several occasions. On August 4, 2022, Ms. Shephard suspended and wrote me up for reacting to an unjust act from my coworkers. In addition, on September 8, 2022, and November 11, 2022, I was wrongfully written up for a task that was not a part of my job description. Ms. Shephard did not follow the proper disciplinary action protocol per Gate Gourmet policy and procedures. I sent several complaint emails to HR Representative, Latia Peters, and the HR Corporate, Alvonellos Spyros. No action was taken. As a result, I was terminated on December 15, 2022.The reason I was given for my discharge was that I had poor job performance.I believe that I have been discriminated against in retaliation for making harassment complaints in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Mr. Lawrence Wells Sr.**<br><br>**01/23/2023**<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

 **Gmail**                                              Lawrence Wells <lawrence.wells18@gmail.com>

## Just a few notes from yesterday. I was told a few days ago on 1/17/2023 Alvonello Spyro had quit Gate Gourmet Group

1 message

**Lawrence Wells** <lawrence.wells18@gmail.com>                              Thu, Jan 19, 2023 at 12:48 PM
To: Lawrence Wells <lawrence.wells18@gmail.com>

Good morning, Spyros:

1. Bonus was not paid and was approved November 2022.
2. Severance Pay for Unjustified Termination.
3. Cancelation of my Medical Benefits prayer before 30 days of unjustified termination that is well noted.
4. Unpaid Comp Worked days of 52 days unpaid, as stated in e-mails working like a Union Workers in Stations &
5. And refuses to give me a verification of employment that I had requested last month.

1.AS noted in an email from Gaby Godoy dated March 15, 2022, at 11:28 AM "As a salary employee, you will manage your time as long as the operations are running smoothly. Some weeks you might have the ability to cut out early where others you might need to work hours at average 14 hours daily and 7 days a week for months 1,2,3 months is well noted and I have sent numerous emails to you as well as GM, HR at 301 Atlanta. We do not add any of this information into the offer as this is not an hourly role." With this statement it never happened. I was not able to cut out early.

2.I was subjected to an ongoing hostile work environment for months. Is well noted and documented email by email.

April 17, 2022, June 22, 2022, July 3, 2022, July 19, 2022, August 6, 2022, September 5, 2022, November 28, 2022, December 3, 2022, December 13, 2022

3.And as stated on the approved corporate bonus file Gate Gourmet Group noted to run a 46% Turnover rate at Atlanta 301 location. Meaning they turn and burn employees and not pay benefits or encourage Turnover!

4.Also it was not noted on the Official Offer Letter that you could lose your yearly Bonus if you were terminated or dismissed. That I received on March 20, 2022, by Gate Gourmet Group Inc.

This action is misleading and employment, misrepresentations, fraud may arise when an employer makes a false representation concerning job security, salary, potential, bonuses or promotion health risks, or other aspects of employment.

5.And to add Hostile Work Environment noted in numerous emails. To Corporate Hr Alvonello Spyro . Leadership and local HR  Latiya Peters 301 and GM Pamela Shepherd  have been noted for months.

6.And the Letter From Chef Lead Cook Tuan Dated September11, 2022 is well noted.

7.And based on the 30-Day Performance Improvements Plan (PIP) I was not giving any real support from GM Pamela Shephard & HR Latiya Peters as well as yourself Corporate HR For Gate Gourmet Group INC Spyros Alvonellos.

And after the 30-Day PIP I  was a Target and was a discriminant factor. All infractions related to QA & CCP & HACCP were in the job titles of Rank & File of QA who did not directly report to me as fully noted on the job description on Gate Gourmet Group website for 301 as well as corporate wide in the USA.

 "And I was not Terminated up under the Dismissal may occur at any time during the 30-day review intervals." Meaning all relevant were nonovoid.

And that there were no grounds to Dismissal at the time dated 8/29/2022.

8.And it was clear base on the corporate job description for the Assisted Quality Assurance(R0060429) & (Quality Assurance -Interior) (R0056045) Manager QA were fully in charge of all those infraction under Gate Gourmet Group

Website Corporate Job Description.

9.At 10: 40 I was in the HR department office waiting for my FMLA paperwork which was requested last week by email to HR Atlanta as well as Corporate HR Spyro Avonellos. I requested the paperwork on Friday for my appointment at the doctor's office that day and it was not received. So, I had to leave for my appointment to the Surgeon who was going to perform the total Left Knee Replacement, because of standing long hours and not getting days off.

Which caused me to get 3 knees draining since October 1, 2022, and the problem was noted on September 28, 2022. I was terminated on the same day I received the delay paperwork from HR Latiya Peters at 1040 on December 15, 2022.
10.Noted on the same day I received the official Letter of Termination. As per Corporate Guidelines for Correction any Written Warning is to be given with a 7 days' notice period and if not cannot be issued and is voided. Work Rules Corrective Action for Atlanta 301. I was not giving a written warning for the following issues dated.

October 19, 2022
November 7, 2022
Nover ember 11, 2022
November 22, 2022
December 8, 2022

.

11.And as noted October 19, 2022, the culinary department had a Food Safety Audit scoring of 67% out of a minimum acceptable score of 90% CCP 3&4. Which was the (QA Manager Meera Nair) JOB & (Assistance QA  Damon Seabord) Job Description as well as the Sous Chef Job Descriptions in well noted on Corporate Website was well noted

On November 7, 2022, failed the Virgin Atlantic Weekly Production Evaluation, scoring a 72% out of 90% and CCP 1 &1 I (I was not present at the tasting at all. And the food was not cook by me also,

Noted on November 11, 2022, the culinary department had a Food safety Audit scoring 78% out of minimum acceptable score of 90%.

Noted on November 22, 2020, you failed the internal Hot Kitchen Audit CCP and GG PRP.

Noted on December 15, 2022, I was summoned to GM Pamela Shepherd Office present was HR. Latiya Peters at 1635 and was told I was terminated as of then.

Noted on December 8, 2022, you failed the Qatar Food Presentation Audit for Special Meals.

I was never giving any written warning or personal note to file within the 7-day Rule of Work Rules & Corrective Actions for Atlanta 301. For the following days for Poor Job Performance which is noted on my State of Georgia Department of Labor SEPARATION NOTICE DATED 12/15/2022. GA D.O.L. Account Number 43-565007.

12.Rules 34,36,31,30,20,17,15,1, I have never received Correction Action of Rule of Work & Corrective Action for Atlanta 301.

This issue is a pure violation of your Gate Gourmet Group policy listed in Work Rules & Corrective Action for Atlanta 301.

13.Sous Chef Atlanta 301 (R0056488)

Sous Chef Cam Bruce was never Reprimand for poor job performance as stated in his job description is well noted.

Director Operation Atlanta Make & Pack (R0052689)

(John Hatib Director Operation Make & Pack Atlanta 301)Was Fully in Charge of all Make & Pack Atlanta 301 infraction per Corporate Job description and company Guideline noted on Gate Gourmet Group Website is well noted.

Executive Chef Lawrence Wells was not giving or initial my job discretion until I received a generic copy for my medical FMLA package on December 15, 2020.

I was terminated 15 days before my yearly bonus paid out of 10% of my yearly salary that was not paid out to me. That was approved on November 30, 2022

14.I was sent an Executive Chef - Guideline Package- Checklist from Pinon Philippe - ppinon@gategroup.com on April 19, 2022, 0940 that was never checked off on and I was never trained in all the areas of work. Executive Chefs Integration Checklist. This is well noted: Comments boxes are not filled out or initial by me or leadership in also 40-line items. Sign off from HR, GM, QA.

15 Hostile Work Environment Noted
Retaliation Hostile Work Environment with MJ - Mary Jane Bonnaud Culinary Development Manager Catering Service Qatar on June 30th 2022 at 1300 in the conference room at Gate group 310 Atlanta, GA is well noted.

Sincerity

Lawrence Wells



March 15, 2022

Lawrence Wells
3718 Hayfort CT
Austell, Georgia 30106

Dear Lawrence,

It is our pleasure to offer you the position of Executive Chef, Operations reporting to Duane Blue, General Manager, B/C Unit. This will be based at our Atlanta, Georgia location. If you accept this offer, you agree to report for work no later than April 1, 2022.

Your starting base salary will be $90,000.00 annually ($3,750 paid twice monthly).

Effective April 1, 2022, you will be eligible to participate in the gategroup Short Term Incentive Plan ("STIP"), in accordance with its terms and conditions as may be amended from time to time, with an annual target incentive equal to 10% of your annual base salary as at the end of the Performance Period. Any actual award will be pro-rated based on the portion of the year you participate in the Plan. Participation in our incentive Plan is subject to review and confirmation each year.

You will be required to complete all compliance related training, including Code of Conduct, within the first ninety (90) days of starting employment with the Company.

There are several other elements to your benefits and compensation package. You are eligible to participate in the Company medical, dental and vision plans on the first day of the month following thirty (30) days of completed service. You will also be eligible to participate in the Company's 401(k) plan in which, under the current plan, the Company matches your contributions up to 4% of your annual salary. Contributions and the match can begin as soon as you join us and the current vesting schedule is 100% immediately.

This letter is not a contract for employment for any definite period of time. Rather, all employment with the Company is terminable at the will of either party.

The Company requires all prospective employees to submit to drug testing and a background check prior to the establishment of an employment relationship. This offer of employment is contingent on the successful completion of both the drug test and the background check.

If the terms in this letter are acceptable, please sign and return to Gate Gourmet for our files no later than



March 17, 2022.

We look forward to your joining the Gate Gourmet team and are confident you will have great success here.

Sincerely,

Joshua Janow
President, gategroup US

I am pleased to inform you that you have been nominated to participate in the 2022 gategroup Short-term Incentive Plan ("STIP"). This letter supplements the gategroup 2022 STIP Plan Document (the "Plan Document") and applies to the Performance Period of 1 January 2022 through 31 December 2022.

The 2022 Target Award you have been granted, the Performance Targets, Weighting and 2022 values are defined below:

| Name | 2022 Target Award |
|---|---|
| Lawrence Wells | 10% |

**Performance Targets**

| Weight (w) | Cash Flow from Operating activities (OCF) | Group EBITDA Margin | Non-Aviation Revenue (NAR) | Regional or Global KPIs / Functional objectives |
|---|---|---|---|---|
| | | Performance Targets | | |
| Participants | 30% | 30% | 10% | 30% |
| | CHF (2.7)m | 4.5% | CHF 357m | See table below |

**Regional KPI's / Functional Objectives**

| Year 2022 | Details | Weight (w) | Target (value) |
|---|---|---|---|
| Financial (40%) | Regional EBITDA% | 13.33% | 6.9% |
| | Regional - Operating Cashflow (OCF) | 13.33% | 33m CHF |
| | Regional - Food Service Revenue | 13.33% | 53.9m CHF |
| Commercial (20%) | Group – Retention Rate | 5% | 85% |
| | Group – Win Rate | 5% | 35% |





Copyright © 1997-2022, UKG Inc. All rights reserved.

 **Gmail**

Lawrence Wells <lawrence.wells18@gmail.com>

## This is confidential information.

1 message

**Lawrence Wells** <lawrence.wells18@gmail.com>                                    Tue, Oct 18, 2022 at 9:36 AM
To: "Alvonellos, Spyros" <SAlvonellos@gategroup.com>, Lawrence Wells <lawrence.wells18@gmail.com>

Good morning Spyros: I was told this weekend that Pamela told rank in file employee that she was going to terminate me.
I will wait and see. And she looking for a replacement for me.

And I been going a good job with out staff.

Me and Chef Tuan 5 Cooks down last week no Chef Cam or Chef Abdoulaye. On Sunday just me and Chef Tuan in
Western Kitchen.

Chef Cam and one cook in Halal Kitchen. It not a problem we get more done with less. All the time and Korean Airlines
VIP with Chef Shawn was perfect and outstanding team work. With much respect!

PS: I was told HR asking employees when they leave is it because of me. It now professional at all. I was told by Laura
Nash was ask this 2 weeks ago and she said no. That the chef lawrence is good to her.

Lawrence



**20220911_080647.jpg**
2262K

To Whom May Concern,

I, Tuan Nguyen who is the lead cook and have worked for Gate Gourmet for 30 plus years have never seen much trouble in the hot food department until now. The new cooks who were just hired have no respect to the three chefs who are in charge in the hot food department. These new hires believe that they have the poor to come and go. They believe they can take off any they want. Gate Gourmet has recently enforce that there is no more over time but these new cooks believe they can come in on their days off and stay longer. They always talk back and curse at the chefs when they are trying to tell them what to do. I have always train the new hires when they first started but it has been 6 weeks  and they do not work fast and efficiently enough to get the job down and I would have to complete their job. Chef Lawrence who has high blood pressure has a habit of speaking loud and he takes medication to control his high blood pressure. Anytime Chef Lawrence tries to tell the cooks their job or tell them to hurry up on they always talk back and believe he is yelling at them. I know Chef Lawrence has no bad intention on yelling at them. HR should not be the ones who hire who cooks in the kitchen but the chefs who knows who are the right people who should cook in the hot food department.

Thank You

Tuan Nguyen
Sep 11, 2022



To Whom May Concern,

I, Tuan Nguyen who is the lead cook and have worked for Gate Gourmet for 30 plus years have never seen much trouble in the hot food department until now. The new cooks who were just hired have no respect to the three chefs who are in charge in the hot food department. These new hires believe that they have the poor to come and go. They believe they can take off any they want. Gate Gourmet has recently enforce that there is no more over time but these new cooks believe they can come in on their day off and stay longer. They always talk back and curse at the chefs when they are trying to tell them what to do. I have always train the new hires when they first started but it has been 6 weeks and they do not work fast and efficiently enough to get the job down and I would have to complete their job. Chef Lawrence who has high blood pressure has a habit of speaking loud and he takes medication to control his high blood pressure. Anytime Chef Lawrence tries to tell the cooks their job or tell them to hurry up on they always talk back and believe he is yelling at them. I know Chef Lawrence has no bad intention on yelling at them. HR should not be the ones who hire who cooks in the kitchen but the chefs who knows who are the right people who should cook in the hot food department.

Thank You

Tuan Nguyen
Sep 11, 2022

 **Gmail**

Lawrence Wells <lawrence.wells18@gmail.com>

---

## Bonus

7 messages

---

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Wed, Dec 21, 2022 at 11:28 AM



20221130_143322.jpg
4810K

---

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Alvonellos, Spyros" <SAlvonellos@gategroup.com>

Wed, Dec 21, 2022 at 11:38 AM

Good Morning Spyros:

I have not seen my funds in my account yet, Food Recipes, Vacation, Sick Days Unused and 52 days of working on my days off. And my approved Bonus 10% Noted.

I see that her Latiya had been taking her days off for weeks on each Friday for months. So that she did not lose her vacation or excess time she had word overtime. Kendra , Adrian ,Keith, Peggy also have been getting paid for COMP time.

Regards.

Lawrence Wells

---------- Forwarded message ---------
From: **Lawrence Wells** <lawrence.wells18@gmail.com>
Date: Wed, Dec 21, 2022 at 11:28 AM
Subject: Bonus
To: Lawrence Wells <lawrence.wells18@gmail.com>



20221130_143322.jpg
4810K

**Alvonellos, Spyros** <SAlvonellos@gategroup.com>
To: "lawrence.wells18@gmail.com" <lawrence.wells18@gmail.com>
Cc: "Peters, Latiya" <lapeters@gategroup.com>

Wed, Dec 21, 2022 at 5:13 PM

Hello Chef,

Sorry for the late reply.

### **Bonus**

Attached is the plan document for your review. According to the plan, for an STIP eligible employee to be paid for the plan year he/she has to complete the entire plan year (work to Dec 31, 2022) to be eligible, and STIP payment is only paid if the financials warrant payment to all STIP eligible EEs. STIP is also paid out in the next year, usually in May. Since your employment ended before the end of the plan year you are not eligible for STIP for the plan year. See Section V on page 3 of the attachment.

### **Comp time**

Comp time is only paid to eligible employees working in field operations that are not eligible for STIP. Since your position was a STIP position, you are not eligible under the Comp time policy to be paid comp time. Also, any employees eligible for comp time are not STIP eligible.

### **Vacation/Last Check Payout**

Your last check will be a paper check and will have your accrued PTO hours. You have 60.12 hrs. of accrued PTO. This payout amount is 60.12 hrs. x your hourly rate, less taxes and other withholdings. You can pick up your paper check at the Unit on December 30, 2022.

Thank you,

Spyros

**Spyros G. Alvonellos**

Director, Human Resources



Network BU

8401 Casa Verde Road

Orlando, FL  32827

Tel +1 404 801 3911

Mob +1 478 951 4477

salvonellos@gategroup.com | www.gategroup.com

This message and any material transmitted herein may contain confidential, proprietary and/or legally privileged information. If the reader of this message is not the intended recipient, or is not the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this communication, including any materials transmitted herein, is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail, and delete this communication. While gategroup and its affiliates apply reasonable and prudent measures to screen outgoing electronic communications for computer viruses, malware and other malicious software and/or code, they accept no responsibility for damages resulting from accessing such communications. Therefore, recipients should take reasonable and prudent action to protect themselves from such malicious software and/or code. Thank you.

**From:** Lawrence Wells <lawrence.wells18@gmail.com>
**Sent:** Wednesday, December 21, 2022 11:39 AM
**To:** Alvonellos, Spyros <SAlvonellos@gategroup.com>
**Subject:** Fwd: Bonus

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]

 **2022 STIP Plan documentation (final).pdf**
246K

**Lawrence Wells** <lawrence.wells18@gmail.com>                                   Wed, Dec 21, 2022 at 5:38 PM
To: "Alvonellos, Spyros" <SAlvonellos@gategroup.com>
Cc: "Peters, Latiya" <lapeters@gategroup.com>

I have earned it when I had submitted, make it happen. It is in black and white. Sorry I will not take a ride in the back of the bus. It stated approved.

Lawrence Wells
[Quoted text hidden]

**7 attachments**



**20221130_143247.jpg**
3812K

**20221130_143243.jpg**
4263K





20221130_143336.jpg
4387K



20221130_143322.jpg
4810K



20221130_143328.jpg
5196K

**gate**group image001.png
4K

**gate**group image001.png
4K

---

**Lawrence Wells** <lawrence.wells18@gmail.com>                    Thu, Dec 22, 2022 at 9:18 AM

To: "Alvonellos, Spyros" <SAlvonellos@gategroup.com>

Cc: "Peters, Latiya" <lapeters@gategroup.com>, "Colangelo, Chris" <CColangelo@gategroup.com>, info@gategroup.com, "Shepherd, Pamela" <PShepherd@gategroup.com>, Lawrence Wells <lawrence.wells18@gmail.com>

Good morning Spyros:

All the email for consideration have not been addressed at all. I had reach out to corporate chef on those issues.

I have copied them to your email as well. And for Pamela Shepherd to stated poor job performance.

Was an unnecessary problem to me. Because I never refused an official order.

And her actions were premeditated.

To terminate me 15 days short of time for my approved bonus plan. And in a somewhat busy holiday season week before Christmas really. She had all ready wanted the sleeve out of my vest. Gave me back my 2 days off. Then threw me out!

Everyone know layoff come in January!! Reason why Gategroup Inc sponsor this to cut my bonus off is well-known and noted!!
So it was planned I am not the only one who can see that and this.

What was Pamela Shepherd rush! You keep to understand her mind set!!
And when I requested the paperwork for FMLA on the same day. The company is a risk and in a bad situation!

And we were passing audit from the outside. Last 3 are noted, Pamela was very unapproachable all the time!!

And Pamela was bias I was not in a position to argue with her.

And that's what she was looking for. And I refused I put it in writing and sent her email.

For a paper trail fully documented. That was the only way to get the point across to her. And weeks ago I asked her for the proper change of command structure. And you can see it was layed wrong.

On the wall in the pass GM, Operations Managers, Executive Chef and so on!!

Not a broken command structure.

I And the fact sheets account manager were never around checking flights.

Hiding in the office or not even in the CK at all. And I am working like a chicken with my head cut off. You need to correct my paperwork. It would of been better to just lay me off. This was be not good for the bran Gategroup! You can not have your cake and eat it too.

As you know is unnecessary disturbance.

This is a sure since of her behavior or Gategroup Inc actions.

And knowing that I work above the call of duty. And I did want to bring other managers who had witnessed her treatment towards me.

You will not win in legally. And to force me into unnecessary unemployment. Base on poor job performance.

Knowing that they will not pay my unemployment insurance. Is also noted.

And all my receipts for the items I brought for staff meals. Need to be paid.

When I signed for the bonus it was approved. On that day because it was a dead line. And Pamela Shepherd knew that!! Their was no real problem with my job description that I received on 12/15/2022. QA was responsible for employees. And in that was in black and white. I was the Executive Chef. And it was listed as employees correct actions. And if I did not qualify for comp days. This is after the fact this behavior has been going on for months. And you were well-known and never put anything in writing. So you too are guilty about that. This is employment fraud or a fashion of it. And the email that I had sent Pamela and Latiya was to have them handle it. And they didn't so I forwarded to you! This was the type of attitude that I was receiving from the 301. What was I doing their for months. Really working like a slave!! And everyone knows even my family. A Judge will make the decision! You leave with no choice.
[Quoted text hidden]

---

**Lawrence Wells** <lawrence.wells18@gmail.com>                                                    Fri, Dec 30, 2022 at 9:05 AM
To: joshua.janow@gmail.com, JJanow@gategroup.com

[Quoted text hidden]



**Performance Targets**

| Weight (w) | Cash Flow from Operating activities (OCF) | Performance Targets Group EBITDA Margin | Non-Aviation Revenue (NAR) | Regional or Global KPIs / Functional objectives |
|---|---|---|---|---|
| Participants | 30% | 30% | 10% | 30% |
| | CHF (2.7)m | 4.5% | CHF 357m | See table below |

**Regional KPI's / Functional Objectives**

| Year 2022 | Details | Weight (w) | Target (value) |
|---|---|---|---|
| Financial (40%) | Regional EBITDA% | 13.33% | 6.9% |
| | Regional - Operating Cashflow (OCF) | 13.33% | 33m CHF |
| | Regional - Food Service Revenue | 13.33% | 53.9m CHF |
| Commercial (20%) | Group – Retention Rate | 5% | 85% |
| | Group – Win Rate | 5% | 35% |
| | Reg - Days of sales outstanding (DSO) | 10% | 31.2 |
| OPS / P&SC (20%) | Regional - On-time performance | 10% | 99.6% |
| | Regional % gate OPEX Achievement | 10% | 100% |
| HR (20%) | Regional voluntary turnover rate | 20% | 46% |



**gate**group

Achievement of each Performance Target will be rated separately and independently and will be conditional to the achievement of a minimum rate (hurdle). Above the hurdle rate, achievement will be linear between the hurdle and the cap or maximum – from which it will be capped

Performance Target/KPIs achievement will be rated as follows:

- Hurdle:          80%
- Linear:      80% - 150%
- Cap:             150%

As set forth in the Plan Document, we draw your attention to the fact that the grant of any Award as well as the amount of an Award, if any, constitutes a special allowance and is at the sole discretion of the Board or the CEO. Furthermore, any grant of an Award in a particular year does not give rise to any entitlement for the following years.

By signing and returning this letter to your relevant HR Business Partner, you indicate receipt of the Plan Document as well as your understanding and agreement to the applicable terms and conditions as set forth in the Plan Document.

I would like to personally thank you for your ongoing efforts and commitment to our Company to weather the COVID crisis and to emerge stronger. I look forward to working with you further in 2022 to build a new, stronger gategroup - together.

Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

# Executive Chef Atlanta 301 30+ Days Ago
1 message

Lawrence Wells <lawrence.wells18@gmail.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Wed, Dec 28, 2022 at 1:41 PM

Skip to main content

Careers

Executive Chef, Operations page is loaded
Executive Chef, Operations
Apply
locations
Atlanta, GA, USA
time type
Full time
posted on
Posted 30+ Days Ago
job requisition id
R0057698
We're looking for motivated, engaged people to help make everyone's journeys better.

Main Duties and Responsibilities:

Achieves culinary operational objectives by contributing information and analysis to strategic plans and reviews; preparing and completing action plans; implementing production, productivity, quality, and customer-service standards; serving as culinary resource to operations managers; identifying and resolving problems; completing audits; determining system improvements; implementing change.

Meets culinary financial objectives by estimating requirements; assisting with menu design; anticipating and evaluating response to menu presentation; scheduling expenditures; analyzing variances; initiating corrective actions; evaluating time-saving production techniques; training others in specialty techniques.

Adheres to recipes and portion specifications as required by the customer by understanding consumer tastes and nutritional needs; reviewing product specifications; evaluating ease of menu preparation; applying established procedures and budgetary constraints.

Oversees food preparation by consulting with the Buyer; Sous chefs, cooks, and team leaders; overseeing portion size; controlling productivity; providing culinary leadership in areas of personal expertise; monitoring presentations, garnishments, and sauces.

Improves menu quality and consistency by analyzing food production records and menu expenses; promoting kitchen staff interest in quality improvement; studying, evaluating, and re-designing processes; implementing changes.

Prepares menu and food preparation reports by collecting, analyzing, and summarizing food, dining, and customer data and trends.

Maintains safe, secure, and healthy work environment by establishing, following, and enforcing standards and procedures; complying with sanitation and federal, state, and local legal regulations; overseeing food preparation, safety, and security; reviewing and implementing accident and disaster plans.

Using menu specifications, maintains food ingredients, food preparation, and general supplies by selecting and purchasing menu ingredients; evaluating the quality of fresh food and food product deliveries; maintaining general supplies; establishing inventory levels, re-order points, storage requirements, and cost-controls.

Maintains culinary equipment by following operating instructions; instructing staff in equipment use; troubleshooting breakdowns; maintaining equipment supplies; performing preventive maintenance; calling for repairs; evaluating new



**gate**group — Bonus Plan

## Variable Pay

print · help

**Learning Resources**

Jobs Resources for Employees

### Variable Pay

Effective date — None

Variable Pay Group — None

### Variable Pay Plans

The selected Variable Pay Group is not associated with any Plans for which this employee is eligible

### Compensation Targets And Totals

| | | | |
|---|---|---|---|
| Annual salary | $90,003.40 | YTD annual salary | $52,638.69 |
| Annual target variable pay | $0.00 | YTD variable pay - | $0.00 |
| Annual target total compensation | $90,003.40 | YTD total compensation | $52,638.69 |

Copyright © 1997-2022. UKG Inc. All rights reserved.

Powered by UKG

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: Denise.Alston@gdol.ga.gov

Wed, Jan 4, 2023 at 10:11 AM

[Quoted text hidden]

**Gategourmet**

So that all employees will be thoroughly familiar with work conduct requirements, these requirements are set forth below in the form of work rules.  Corrective actions for rule violations are listed for each rule.

**WORK RULES & CORRECTIVE ACTIONS FOR ATLANTA**

| # | Rule | Action | # | Rule | Action | # | Rule | Action |
|---|------|--------|---|------|--------|---|------|--------|
| 1 | Submission of false information or false documentation when applying for or in the course of employment | Suspension pending investigation. Subject to Discharge | 14 | Falsely stating or making claim of an occupational injury or illness | Suspension pending investigation. Subject to Discharge | 26 | Failure to properly record time | 1. Verbal warning<br>2. Written warning<br>3. Final warning<br>4. Discharge |
| 2 | Improper use or possession of drugs, narcotics and/or any substance which would impair the employee's ability to perform his job properly | Suspension pending investigation. Subject to Discharge | 15 | Refusing to carry out assigned duties as directed by supervision or management | Suspension pending investigation. Subject to Discharge | 27 | Failure to report to work in a fit condition to perform – employee will not be allowed to work and may receive points under attendance policy. | 1. Written warning<br>2. Final warning<br>3. Discharge |
| 3 | No Personal cell phone or pager use within the unit | Suspension pending investigation. Subject to Discharge | 16 | Using profane or abusive language with co-workers or customers, or engaging in harassing behavior toward co-workers or customers | Suspension pending investigation. Subject to Discharge | 28 | Improper uniform / appearance/ personal hygiene (to include ID/Ramp badge) employee sent home to correct problem, return to work and(counts tardy/absent) | 1. Verbal warning<br>2. Written warning<br>3. Final warning<br>4. Discharge |
| 4 | Security Breaches | Suspension pending investigation. Subject to Discharge | 17 | Failure to report accidents immediately, including personal injury on the job | Suspension pending investigation. Subject to Discharge | 29 | Failure to comply with sanitation rules | 1. Written warning<br>2. Final warning<br>3. Discharge |
| 5 | Signing another employee's time card, clocking in or out for another employee or falsifying time records | Suspension pending investigation. Subject to Discharge | 18 | Eating in unauthorized area | 1. Verbal warning<br>2. Written warning<br>3. Final warning<br>4. Discharge | 30 | External failure (customer complaint) to comply with work standards or to follow instructions (12 month period) | 1. Verbal warning<br>2. Written warning<br>3. Written warning & meet with GM<br>4. Final warning<br>5. Discharge |
| 6 | Possession of, drinking or being under the influence of liquor or other alcoholic beverages on the job | Suspension pending investigation. Subject to Discharge | 19 | Smoking in unauthorized area | 1. Verbal warning<br>2. Final warning<br>3. Discharge | 31 | Internal failure to comply with work standards or follow instructions (12 month period) | 1. Verbal warning<br>2. Written warning<br>3. Written warning & meet with GM<br>4. Final warning<br>5. Discharge |
| 7 | Unauthorized removal of property or merchandise from work premises | Suspension pending investigation. Subject to Discharge | 20 | Loafing or sleeping on the job | 1. Verbal warning<br>2. Final warning<br>3. Discharge | | | |
| 8 | Working for a competitor | Suspension pending investigation. Subject to Discharge | 21 | Horseplay | 1. Verbal warning<br>2. Final warning<br>3. Discharge | 32 | Employee negligence resulting in a personal injury accident | 1. Written warning<br>2. Final warning<br>3. Discharge |
| 9 | Fighting on work premises | Suspension pending investigation. Subject to Discharge | 22 | Being absent from work without notifying company supervisor at least one hour before regularly scheduled reporting time | See unit policy | 33 | Employee negligence resulting in serious personal injury to another person or an accident involving aircraft or a vehicle | Suspension pending investigation and subject to discharge |
| 10 | Willful abuse or damage to Company or customer property | Suspension pending investigation. Subject to Discharge | 23 | Tardiness | See unit policy | 34 | Three (3) written warning penalties, non-related conduct during twelve (12) months | Final Warning |
| 11 | Gambling on work premises | Suspension pending investigation. Subject to Discharge | 24 | Absence | See unit policy | 35 | Three (3) letters of final warning, non-related conduct during twelve (12) month period | Discharge |
| 12 | Carrying or possession of dangerous or concealed weapons on work premises | Suspension pending investigation. Subject to Discharge | 25 | No call / no show | See unit policy | 36 | Unsatisfactory work performance resulting in a delay to our customer | 1. Written warning<br>2. One (1) day Suspension<br>3. Suspension pending investigation. Subject to Discharge |
| 13 | Loan-sharking | Suspension pending investigation. Subject to Discharge | | | | 37 | Operating a truck within the circle of safety without using a guide. | Suspension pending investigation. Subject to Discharge |

**Suspension Subject to Discharge:** If there is reason to believe an employee is guilty of violations 1-17, he shall be suspended immediately and may be discharged if an investigation confirms the violation.   **WARNING:** Written reprimand to employee with copy to HR   **FINAL WARNING:** Written statement to employee with copy to HR   **DISCHARGE:** Notification to employee and HR

The Company reserves the right to take disciplinary action when necessary in situations not covered by the above rule

Employee _____   Date _____   Manager _____   Date _____

# UNIT ATTENDANCE POLICIES

## ATLANTA UNITS

Effective January 1, 2011

All full-time employees with one year or more of completed service will receive two (2) sick days each year, in accordance with the National Master Agreement.

The following attendance policies are based upon a rolling twelve (12) month period.

Employees on a final warning as of 12/31/2010 in any of the work rule category, discipline will proceed to the next step if the work rule is violated

## No call / No show

1. First Occurrence
2. Second Occurrence
3. Third Occurrence

Written Warning
Final Warning
Suspension Subject to Discharge

If an employee is absent three (3) consecutive due to a no call / no show
Suspension Subject to Discharge

## Absence Policy

On an absence of greater than two (2) consecutive scheduled work days, management reserves the right to require medical certification prior to the employee's return to work. This will count as one (1) occurrence

1. Four(4) absence in twelve (12) month period
2. Five (5) absence in twelve (12) month period
3. Six (6) absence in twelve (12) month period
4. Seven (7) absence in twelve (12) month period

First Warning
Final Warning
1 day suspension
Suspension subject to Discharge

## Tardiness Policy

Tardiness is defined as clocking in any time past the seven (8) minute grace period

1. Five (5) tardies in a twelve (12) month period
2. Six (6) tardies in a twelve (12) month period
3. Seven (7) tardies in a twelve (12) month period
4. Eight (8) tardies in a twelve (12) month period

First Warning
Second Warning
1 Day Suspension
Suspension subject to Discharge

Note: The progressive discipline listed for these policies do not apply to probationary employees.

Lawrence Wells
Employee Name

Employee Signature

April 1-20 22
Date

 Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## FW: 301 Org Chart Nov 2022.ppt
2 messages

**Wells, Lawrence** <lwells@gategroup.com>
To: "lawrence.wells18@gmail.com" <lawrence.wells18@gmail.com>

Thu, Nov 24, 2022 at 5:50 AM

**From:** Shepherd, Pamela <PShepherd@gategroup.com>
**Sent:** Wednesday, November 23, 2022 11:54 AM
**To:** DL_ATL_1002_OPS <DL_ATL_1002_OPS@gategroup.com>
**Subject:** 301 Org Chart Nov 2022.ppt

 **301 Org Chart Nov 2022.ppt**
186K

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: joshua.janow@gmail.com, JJanow@gategroup.com

Fri, Dec 30, 2022 at 9:17 AM

Good Morning Mr. Janow: No listing of my position of Executive Chef 301 on the Chain of Command November 23, 2022.
[Quoted text hidden]

 **301 Org Chart Nov 2022.ppt**
186K

ATL 302/1003



gourmet
a gategroup member

February, 2015

GF.000.60.0302



State of Georgia
Department of Labor

## SEPARATION NOTICE

1. Employee's Name Lawrence Wells

2. SSN 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

   a. State any other name(s) under which employee worked. N/A

3. Period of Last Employment: From 03/20/2022     To 12/15/2022

4. REASON FOR SEPARATION:

   a. LACK OF WORK ☐

   b. If for other than lack of work, state fully and clearly the circumstances of the separation: Unsatisfactory Performance

5. Employee received payment for: (Severance Pay, Separation Pay, Wages-In-Lieu of Notice, bonus, profit sharing, etc.)
(DO NOT include vacation pay or earned wages)

_____ in the amount of $_____ for period from _____ to _____
(type of payment)

Date above payment(s) was/will be issued to employee _____

IF EMPLOYEE RETIRED, furnish amount of retirement pay and what percentage of contributions were paid by the employer.
_____ per month _____ % of contributions paid by employer

6. Did this employee earn at least $7,300.00 in your employ? YES ☑ NO ☐ If NO, how much? $_____

Employer Edge     Average Weekly Wage $_____

| Employer's Name | |
|---|---|
| Employer Edge | |

PO Box 351567
Mailing Address

Westminster    CO    80035
City     State     Zip Code

Employer's Telephone No. 877   235-3343
(Area Code)    (Number)

**GA D. O. L. Account Number** 43-565007

I CERTIFY that the above worker has been separated from work and the information furnished hereon is true and correct. This report has been handed to or mailed to the worker.

Signature of Official, Employee of the Employer or authorized agent for the employer

HRM

Title of Person Signing

12/15/2022

Date Completed and Released to Employee

### NOTICE TO EMPLOYER

At the time of separation, you are required by the Employment Security Law, OCGA Section 34-8-190(c), to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a request for separation information, you may attach a copy of this form (DOL-800) as a part of your response.

### NOTICE TO EMPLOYEE

OCGA SECTION 34-8-190(c) OF THE EMPLOYMENT SECURITY LAW REQUIRES THAT YOU TAKE THIS NOTICE TO THE GEORGIA DEPARTMENT OF LABOR FIELD SERVICE OFFICE IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.

PRINT     CLEAR

DOL-800 (R-7/21)

DOL-442B1(R-02/17)
NM2006

## GEORGIA DEPARTMENT OF LABOR
## CLAIMS EXAMINER'S DETERMINATION

SSN _____ \*\*\*-\*\*-6118

BYB _____ 12/18/22

CWB _____ 12/18/22

ACCT# 435650-07

GEORGIA DEPARTMENT OF LABOR
APPEALS TRIBUNAL
148 ANDREW YOUNG INT'L BLVD NE, STE 525
ATLANTA, GA  30303-1734
EMAIL: appeals@gdol.ga.gov
FAX:  404-232-3901 OR 404-232-3902

| CLAIMANT | EMPLOYER |
|---|---|
| LAWRENCE M WELLS<br>3718 HEYFORD CT<br>AUSTELL GA      30106 | GATE GOURMET INC<br>C/O EMPLOYERS EDGE<br>PO BOX 351567<br>WESTMINISTER  CO   80035 |

### SECTION I - CLAIM DETERMINATION

Disqualification begins  12/18/22  and continues until claimant becomes reemployed, is separated and has earned insured wages equal to at least  $3650  (10 times WBA).

### SECTION II - LEGAL BASIS FOR DETERMINATION

Section 34-8-194 (2) (A) of the Employment Security Law says that you cannot be paid unemployment benefits if you were fired from your most recent employer for not following your employer's rules or orders. In addition, you may not be paid unemployment benefits if you were fired for failing to perform the duties for which you were hired, if that failure was within your control. You also cannot be paid benefits if you were suspended for any of these same reasons. The law says that your employer has to show that discharge or suspension was for a reason that would not allow you to be paid unemployment benefits. If you cannot be paid unemployment benefits under this section of the law, you may qualify at a later time. To do this, you must find other work and earn wages covered under unemployment law. The covered wages must be at least ten times the weekly amount of your claim. If you then become unemployed through no fault of your own, you may reapply for unemployment benefits.

### SECTION III - REASONING

You were fired for not performing as expected by your employer. Your ability to perform is considered in determining whether you can be paid benefits. The facts show you had performed your job duties satisfactorily in the past. Your failure to perform was within your control and ability. Therefore, you cannot be paid unemployment benefits.

### SECTION IV - ACCOUNT CHARGEABILITY

NOTICE TO EMPLOYER:

### SECTION V - APPEAL RIGHTS

NOTE: This determination will become final unless you file an appeal by  01/23/23 . If you wish to file an appeal, submit a request online at dol.georgia.gov, in writing by email to appeals@gdol.ga.gov, or fax to 404.232.3901 or 404.232.3902. If you file an appeal you must continue to report on your claim as instructed, or you will not be paid if you win your appeal. Refer to the Claimant Handbook for more details.

| Georgia Department of Labor | 01/03/23 | 01/06/23 |
|---|---|---|
| Claims Examiner | Date of Interview | Mail Date |

**WARNING:** It is a crime under Paragraph (a) of OCGA Section 34-8-256 of the Employment Security Law to make any false statement or to fail to disclose any material fact in connection with an unemployment insurance claim. **VIOLATORS WILL BE PROSECUTED.**

UNEMPLOYMENT INSURANCE IS FINANCED WHOLLY BY AN EMPLOYER PAYROLL TAX; no part is paid by the worker. Payments can be made only to those who meet **all** legal requirements.

TO FILE A CLAIM you must be either (a)totally or partially unemployed or (b)working part-time due to lack of work, and earning wages which total not more than your unemployment insurance weekly amount plus $150.00 ($300.00 for weeks ending March 14, 2021 through June 26, 2021).

YOUR UNEMPLOYMENT INSURANCE WILL LAST LONGER if you work all you can. You may receive partial payments if you work and earn not more than your weekly amount plus $150.00 ($300.00 for weeks ending March 14, 2021 through June 26, 2021). ALL YOUR EARNINGS DURING YOUR CLAIM WEEK MUST BE REPORTED WHETHER OR NOT YOU HAVE BEEN PAID.

YOU MAY CLAIM PARTIAL UNEMPLOYMENT INSURANCE if you are employed on a full-time job with a regular employer and, because of lack of work only, work less than full time during your work week and earn not more than your unemployment insurance weekly amount plus $150.00 ($300.00 for weeks ending March 14, 2021 through June 26, 2021). See your employer or contact the Georgia Department of Labor Career Center.

TO BE PAID UNEMPLOYMENT INSURANCE after establishing your claim, the law requires that you: (a)be unemployed, either totally or partially; (b) **report for each week claimed;** (c) be able and available for work and be actively seeking work; (d) be willing to accept suitable work as determined by the Department of Labor; (e) not be subject to disqualification.

ALSO, you must have returned to work and have earned insured wages equal to at least 10 times the weekly amount of your claim since (a)establishing a previous claim; (b)voluntarily quitting your most recent job WITHOUT GOOD CAUSE CONNECTED WITH YOUR WORK even though you have good personal cause; (c)failing , WITHOUT GOOD CAUSE, either to apply for or accept available, suitable work; (d)DISCHARGE OR SUSPENSION for failure to obey orders, rules, or instructions, or for failure to discharge the duties for which employed.

OR, you must have returned to work and have earned insured wages equal to at least 12 times the weekly amount of your claim since DISCHARGE OR SUSPENSION for intentional conduct involving theft of property, goods, or money valued at $100.00 or less, or intentional conduct on the premises of the employer or while on the job, which results in a physical assault upon or bodily injury to the employer, fellow employees, customers, patients, bystanders, or the eventual consumer of products.

OR, you must have returned to work and have earned insured wages equal to at least 16 times the weekly amount of your claim since DISCHARGE OR SUSPENSION for intentional conduct involving property loss or damages amounting to $2,000.00 or more; for theft of property, goods, or money valued at over $100.00; or for sabotage or embezzlement.

YOU CANNOT BE PAID UNEMPLOYMENT INSURANCE for any week in which you are (a)on vacation or leave of absence at your own request; (b)receiving wages in lieu of notice, vacation pay or Worker's Compensation for temporary total or temporary partial disability; or (c)out of work due to a labor dispute.

### OCGA Section 34-8-122
PRIVILEGED STATUS OF LETTERS, REPORTS, ETC., RELATING TO ADMINISTRATION OF CHAPTER - "All letters, reports, communications, or any other matters, either oral or written, from the employer or employee to each other or to the Department of Labor or any of its agents, representatives or employees, which letters, reports, or other communications shall have been written, sent, delivered, or made in connection with the requirements of the administration of this chapter, shall be absolutely privileged and shall not be made the subject matter or basis for any action for slander or libel in any court of the State of Georgia."

If you have any questions about your unemployment claim, you may call Unemployment Insurance Customer Service at 1-877-709-8185. Delay could affect your future eligibility.

Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## Correct Action

Lawrence Wells <lawrence.wells18@gmail.com>
To: "Shepherd, Pamela" <PShepherd@gategroup.com>

Sun, Jul 3, 2022 at 3:03 PM

---------- Forwarded message ---------
From: Wells, Lawrence < >
Date: Sun, Jul 3, 2022, 8:08 AM
Subject: Correct Action
To: < >

Good Morning : I would like to write a few note, I started employment on April 1, 2020 and I was not train on most of the procedure. I found out kitchen staff are not following company recipes, or guidelines. There was no leadership in the kitchen, and the employee do not like change. None of the products that they prepared at time have no yield. The Kendell at time are not working, CCP logs and not being follow. And the attitude change from day to day from some of our key kitchen staff. As you know only a few new employee have culinary skills or knife skills. This is a sure sign that we need a on going training program. And I cannot have rank in file employee training new staff or kitchen employee. All training needs to be done in a professional aptitudes. I need the support for my sous chef Abdoulaye who needs to be proactive. And get off the chair he is sitting most of his shift. I would recommend that I change his working schedule to 0800-0600 daily. I will come in and do the start up and he will take over the shift in the pm. He also needs to work both ends of the kitchens, and get involved to the process. He must check all CCP logs as we and myself will be on a daily basics. I will also schedule some prep cooks to come it at 8am to 4pm to do all the follow and wrap & date all products. As you make know last week on Saturday, Sunday, Monday, Tuesday we were short 3 workers. And I worked the whole weekend and it was Father Day Monday was a holiday also. At times me and Portia and Tuan were the only ones working. I would suggest that we only use the temp for preparation and not major cooking tasks. I also had a preshift meeting with the staff today to go over your Critique of Menus items, for correct action. I had a meet with Chef Abdoulaye about the recipes guidelines and batch cooking process. We will be doing a weight and yield testing on all products. And be making the proper spice bags for those items by the proper yield weight volume. I know you are working on the raspberry issues in

Lawrence Wells

Executive Chef

☐image001.png

Atlanta Business Unit 301

165 Charles W Grant Pkwy

Atlanta, GA 30354

a gategroup member

**2 attachments**

gourmet image001.png
6K

Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

---

## Sous Chef Atlanta 301
1 message

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Wed, Dec 28, 2022 at 1:40 PM

Skip to main content

Careers

Sous Chef page is loaded
Sous Chef
Apply
locations
Somerton_unit
time type
Full time
posted on
Posted 30+ Days Ago
job requisition id
R0056488
We're looking for motivated, engaged people to help make everyone's journeys better.

Your New Role

Reporting to the Executive Chef, the Sous Chef assists the Executive Chef in supervising the kitchen and producing meals for our airline customers. In addition, the Sous Chef provides culinary expertise and leadership; promotes quality food services and ensures food safety and sanitation requirements are followed.

What you will be doing day-to-day:

Supervising department for quality and quantity; ensures items are produced and dated according to specification, and coding system is adhered to correctly (i.e - FDA, HAACP and other governmental regulations).
Trains and monitors employees on proper work procedures and production of products.
Keeps account of attendance, sets up paperwork, sets up each shift and assigns employees to specified sections (schedule optimization).
Prepares daily production sheet and assigns tasks to employees; works with and directs employees through the use of the production sheet and passenger counts.
Responsible for all food items after requisitioning them from the storeroom; training and recurrent training of all employees on proper procedures of preparation.
Ensures safety procedures are adhered to; maintain cleanliness through shift to ensure quality product.
Hold daily shift briefings in the kitchen.
We are interested in speaking with individuals who possess:

Minimum 1-3 years as a Sous Chef required.
Previous supervisory experience working in a high volume, manufacturing, food production, and restaurant or catering environment preferred.
In-flight catering experience or experience in a high-volume food service environment preferred.
Qualification in the Culinary Arts or a related field required.
Ability to work in a fast paced, deadline driven environment.
Ability to train others required.
Experience with menu design is a plus.
Basic computer skills required. Working knowledge of Microsoft Office products preferred.
What's in it for you?

Competitive compensation
Free onsite parking and close to public transport
Development and long-term career options.

Apply now by submitting your CV and Cover Letter. (Only applicants' that have full and unrestricted working rights in Australia will be contacted).

If you want to be part of a team that helps make travel and culinary memories, join us!

About gategroup

gategroup is the global leader in airline catering, retail-on-board and hospitality products and services. gategroup provides passengers with superior culinary and retail experiences, leveraging innovation and advanced technology solutions. Headquartered in Zurich, Switzerland, gategroup delivers operational excellence through the most extensive catering network in the aviation industry, serving passengers from over 200 operating units in over 60 countries/territories across all continents.

We work in an exciting industry – fast-paced and ever-changing. Industry trends and customer expectations are constantly evolving and it is critical that we are agile, innovative and ready for change - and our people are our driving force. We offer attractive opportunities to be part of this fast-paced and truly international working environment.

For further information, please visit

Read More
Follow Us
Privacy Notice
© 2022 Workday, Inc. All rights reserved.

Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

---

# Assistant, Ops, Quality-Interior Atlanta 301

1 message

---

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Wed, Dec 28, 2022 at 1:27 PM

Skip to main content

Careers

Assistant, Ops, Quality-Interior page is loaded
Assistant, Ops, Quality-Interior
Apply
locations
Atlanta, GA, USA
time type
Full time
posted on
Posted 30 Days Ago
job requisition id
R0059022
We're looking for motivated, engaged people to help make everyone's journeys better.

Main Duties and Responsibilities:

Conducts temperature checks on products and ensures that all HAPPC, and FDA rules and regulations are followed
along with managing the units log books.
Performs quality checks in the Hot Food kitchen to ensure that the specifications of the customer are followed
Ensures food produced in the Hot Foods is checked for temperature and placed in the refrigeration system per company
policy
Checks temperature of food prior to moving the food into the refrigeration system
Randomly checks temperature of foods to verify that company policies are followed
Monitors personal hygiene
Supports customer audits and government audits to meet compliance
Monitors company policies and procedures and notifies management of issue if they arise
Responsible for safety, quality and compliance to customer specification
Monitors equipment for cleanliness and sanitation
Completes HACCP logs
Communicates product deviation to the unit production manager immediately
Ensures proper color code are applied to the product
Qualifications

Education:

High School graduate or equivalent with experience in related discipline required
Work Experience:

In-Flight catering experience is highly desired
Experience in a customer service environment is preferred
Technical Skills: (Certification, Licenses and Registration)

ServSafe training and certification required once hired
Language / Communication Skills:

Excellent oral and written communication skills
Job Dimensions

Geographic Responsibility: Unit

Type of Employment: Full time

Travel %: None

Exemption Classification: Non-exempt

Internal Relationships: Hot Food kitchen

External Relationships: N/A

Work Environment / Requirements of the Job:

Regularly, stands, bends, lifts, and moves intermittently during shifts of 10+ hours.
In a normal production kitchen facility there may be physical discomfort due to temperature and noise.
Must be able to lift, push, pull and move product, equipment, supplies, etc., in excess of twenty-five (25) pounds.
Detail oriented
Strong organizational skills, able to prioritize responsibilities and multi-task
Strong interpersonal skills, interact well with multiple departments as required
Able to work with little supervision
Organization Structure

Direct Line Manager (Title): QA/Manager/Production Manager

Dotted Line Manager (Title, if applicable): N/A

Number of Direct Reports: 0

Number of Dotted Line Reports: 0

Estimated Total Size of Team: 1

gategroup Competencies Required to be Successful in the Job:

Thinking – Information Search and analysis & problem resolution skills
Engaging – Understanding others, Team Leadership and Developing People
Inspiring – Influencing and building relationships, Motivating and Inspiring, Communicating effectively
Achieving – Delivering business results under pressure, Championing Performance Improvement and Customer Focus
Demonstrated Values to be Successful in the Position

Employees at gategroup are expected to live our Values of Excellence, Integrity, Passion and Accountability. To
demonstrate these Values, we expect to observe the following from everyone:

We treat each other with respect and we act with integrity
We communicate and keep each other informed
We put our heads together to problem solve and deliver excellence as a team
We have passion for our work and we pay attention to the little details
We foster an environment of accountability, take responsibility for our actions and learn from our mistakes
We do what we say we will do, when we say we are going to do it
We care about our coworkers, always taking an opportunity to make someone's day better
The above statements are intended to describe the general nature and level of work being performed by the individual(s)
assigned to this position. They are not intended to be an exhaustive list of all duties, responsibilities, and skills required.
Management reserves the right to modify, add, or remove duties and to assign other duties as necessary. In addition,
reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions of this
position. gategroup is an equal opportunity employer committed to workforce diversity. All qualified applicants will receive
consideration for employment and will not be discriminated against on the basis of race, color, religion, sex, sexual
orientation, gender identity, national origin, veteran status, disability status or other category under applicable law. For
further information regarding Equal Employment Opportunity, copy and paste the following URL into your web browser:

If you want to be part of a team that helps make travel and culinary memories, join us!

Similar Jobs (1)
Assistant, Ops, Quality-Interior
locations

time type
Full time
posted on
Posted 8 Days Ago
About gategroup

gategroup is the global leader in airline catering, retail-on-board and hospitality products and services. gategroup provides passengers with superior culinary and retail experiences, leveraging innovation and advanced technology solutions. Headquartered in Zurich, Switzerland, gategroup delivers operational excellence through the most extensive catering network in the aviation industry, serving passengers from over 200 operating units in over 60 countries/territories across all continents.

We work in an exciting industry – fast-paced and ever-changing. Industry trends and customer expectations are constantly evolving and it is critical that we are agile, innovative and ready for change - and our people are our driving force. We offer attractive opportunities to be part of this fast-paced and truly international working environment.

For further information, please visit

Read More
Follow Us
Privacy Notice
© 2022 Workday, Inc. All rights reserved.

Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## Quality Assurance Supervisor Atlanta 301
1 message

Lawrence Wells <lawrence.wells18@gmail.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Wed, Dec 28, 2022 at 1:31 PM

Skip to main content

Careers

Quality Assurance Supervisor page is loaded
Quality Assurance Supervisor
Apply
locations
Atlanta, GA USA
time type
Full timeYou board d'alcool
posted on
Posted 30+ Days Ago
job requisition id
R0057901
We're looking for motivated, engaged people to help make everyone's journeys better.

Main Duties and Responsibilities:

Supports all customer and regulatory audits within the responsible facilities
Works side-by-side with Operation Managers to assure compliance to HACCP requirements are met
Works as part of the corrective action team to address non-conformities related to product, process and service
Executes monthly self-assessments on the elements of food safety
Executes the required food safety related testing as defined in HACCP plan
Plans for quality (capital, supplier quality, plant quality).
Evaluates and reports on performance trends related to quality
Manages Quality Engineering projects, including operative supportive functions
Leads and monitors improvement projects as assigned
Audits implementation of quality systems for effectiveness by verifying activities
Responsible for maintaining and managing the corrective action system
Monitors the accuracy and compliance of HACCP records as defined in the corporate procedures
Reinforces quality awareness to the management and work staff
Schedules and manages the daily activities and task of the sanitation porters (if defined as a responsibility)
Manages continuous improvement projects in quality elements
Plays a key role in implementing the business management system
Implements the quality system detailed in the quality manual
Champions quality improvement efforts and initiates problem solving efforts and assures implementation
Drives prevention vs. detection of defects tracking key performance indicators and daily patrol of production areas
Responsible to lead product defect investigations
Responsible to lead investigations of alleged food poisoning, Hard-foreign and soft foreign objects
Responsible to manage the compliance with USDA / APHIS regulations
Responsible to manage food product suppliers of the unit including auditing of local suppliers
Coordinates actions to prevent the occurrences of nonconformities to internal, Federal and State laws
Maintains customer compliance resolution on defects including alleged food poisoning if needed
Responsible for the identifying and maintaining of key performance metrics for the Quality organization
Continuously improves plant procedures for monitoring and ensuring conformance to specifications for incoming raw
materials as well as for finished products
Acts as the primary liaison to Corporate QA Compliance Team
Plays a key role in training and coaching of quality requirements to all levels in the business unit's organization
Responsible for safety, quality and compliance to customer specification
Ensures optimum business processes to support full customer and regulatory compliance in terms of quality and food
safety

At times liaises with customers and regulatory agencies

Responsible for performance evaluation, coaching, counseling and preparing corrective action for employees and liaises appropriately with HR and other support functions

Completes Hazard Analysis and Risk Based Preventative Controls (HARPC) Preventative Controls for Human Food training and certification course to be a PCQI "Preventive Controls Qualified Individual" according to company policy.

Completes all other company required training including but not limited to ServSafe Sanitation Manager Certification.

Qualifications

Education:

Bachelor's degree in food science, quality, technical or business related field from an accredited 4-year college or university required

Work Experience:

Minimum of 5 years quality assurance experience in a manufacturing environment, with preference in food manufacturing

Job Skills:

Advanced technical knowledge in catering processes and design functions, manufacturing methods, inspection, statistical methods and quality auditing

Knowledge of lean standard tools, TQM methodology

Basic lean, six sigma knowledge, and continuous improvement understanding a plus

Detail oriented

Project management experience

Strong organizational skills, able to prioritize responsibilities and multi-task

Technical Skills: (Certification, Licenses and Registration)

ServeSafe certification preferred

HACCP certified

Language / Communication Skills:

Strong interpersonal skills, interact well with multiple departments as required

Able to work with little supervision

Excellent reading, writing, and oral communication skills

Multi-lingual a plus

Job Dimensions

Geographic Responsibility: US

Type of Employment: Full time

Travel %: 20%

Exemption Classification: Exempt

Internal Relationships:

External Relationships:

Work Environment / Requirements of the Job: Regularly stands, bends, lifts and moves intermittently during shifts. Must be to lift, pull, push, and move products, equipment, and supplies daily. There may be physical discomfort due to temperature in production area, coolers, and freezers

Budget / Revenue Responsibility:

Organization Structure

Direct Line Manager (Title): General Manager

Dotted Line Manager (Title, if applicable): Sr. Compliance Manager

Number of Direct Reports:

Number of Dotted Line Reports:

gategroup Competencies Required to be Successful in the Job:

Thinking – Information Search and analysis & problem resolution skills
Engaging – Understanding others, Team Leadership and Developing People
Inspiring – Influencing and building relationships, Motivating and Inspiring, Communicating effectively
Achieving – Delivering business results under pressure, Championing Performance Improvement and Customer Focus
Demonstrated Values to be Successful in the Position

Employees at gategroup are expected to live our Values of Excellence, Integrity, Passion and Accountability. To demonstrate these Values, we expect to observe the following from everyone:

We treat each other with respect and we act with integrity
We communicate and keep each other informed
We put our heads together to problem solve and deliver excellence as a team
We have passion for our work and we pay attention to the little details
We foster an environment of accountability, take responsibility for our actions and learn from our mistakes
We do what we say we will do, when we say we are going to do it
We care about our coworkers, always taking an opportunity to make someone's day better
The above statements are intended to describe the general nature and level of work being performed by the individual(s) assigned to this position. They are not intended to be an exhaustive list of all duties, responsibilities, and skills required. Management reserves the right to modify, add, or remove duties and to assign other duties as necessary. In addition, reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions of this position. gategroup is an equal opportunity employer committed to workforce diversity. All qualified applicants will receive consideration for employment and will not be discriminated against on the basis of race, color, religion, sex, sexual orientation, gender identity, national origin, veteran status, disability status or other category under applicable law. For further information regarding Equal Employment Opportunity, copy and paste the following URL into your web browser:

If you want to be part of a team that helps make travel and culinary memories, join us!

About gategroup

gategroup is the global leader in airline catering, retail-on-board and hospitality products and services. gategroup provides passengers with superior culinary and retail experiences, leveraging innovation and advanced technology solutions. Headquartered in Zurich, Switzerland, gategroup delivers operational excellence through the most extensive catering network in the aviation industry, serving passengers from over 200 operating units in over 60 countries/territories across all continents.

We work in an exciting industry – fast-paced and ever-changing. Industry trends and customer expectations are constantly evolving and it is critical that we are agile, innovative and ready for change - and our people are our driving force. We offer attractive opportunities to be part of this fast-paced and truly international working environment.

For further information, please visit

Read More
Follow Us
Privacy Notice
© 2022 Workday, Inc. All rights reserved.

Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

# Director Operations Make & Pack Atlanta 301
1 message

Lawrence Wells <lawrence.wells18@gmail.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Wed, Dec 28, 2022 at 1:37 PM

Skip to main content

Careers


Director Operations page is loaded
Director Operations
Apply
locations
Atlanta, GA, USA
time type
Full time
posted on
Posted 30+ Days Ago
job requisition id
R0052689
We're looking for motivated, engaged people to help make everyone's journeys better.

Main Duties and Responsibilities:


Leads and coordinates the Make & Pack operating area.
Structure and process optimization (Work stations, floor map, work processes)
Proactive and fact-based Labour planning (Short, Medium and longer term) in close cooperation with the Supply Chain
Process:
For hiring needs (Longer term)
For Optimal Rosters/Schedules (Medium term)
For short term labour planning to adjust hours needed (Daily/Weekly)
QA compliance
HACCP
Customer Specs and requirements
Drives engagement by providing and keeping a strong focus in development of the Make and Pack leadership team,
especially in respect to:
Coaching
Involvement
Feedback
Consistent and persistent Performance Management
Drives Cross training of staff to increase flexibility within the Make and Pack process; establishes and maintains skills
matrix for optimization of rosters and ongoing labour planning.
Coordinates with other operational areas of the unit to ensure optimal service for both internal and external customers.
Ensures all activities and output are in compliance with customer specs (Volume and Quality)
Promotes, develops and supports continuous improvement and operational excellence initiatives (like for ex. GateOpex,
Central and Local CI programs etc.).
Aligns, implements and continues to facilitate improvements to the agreed US/Group standard process' ( Forecasting,
Planning, IDS interfaces etc.). Including best practice sharing with Mack and Pack Process peers and the Supply Chain
Function/OP&C.
Aligns material and labour targets together with the Supply Chain Process – I.e. serves as a strong sparring partner in
respect to the forecasting and planning process (including the alignment of the MPS of the Unit).
Responsible for setting up (including delegation and communication) KPIs within the area and be a strong facilitator/driver
of the use of OPRS/active Labour Planning within all the Mack and Pack processes.
Accounts for departmental financial indicators (Hours, waste, Spec compliance).
Manages productivity and efficiency – I.e. responsible for labour adjustments to increase productivity (on the basis of
proposals and departmental insights) and meet/beat targets.
Captures, tracks, analyses and ensures correction of incidences (I.F.B.L. throughout own Department).

Optimizes resources in the Department through process improvement, lean and continuous improvement principles -
Drives and performs continuous improvement in the area and in collaboration with other departments, both operational
and support functions, especially with the Forecasting/Planning and IDS departments.
Participates in customer and authority audits
Ensures compliance of procedures for Hygiene and Food Safety
Actively recognizes good performance in the team and promote the company reward and recognition scheme – People
First behavior and actions.
Continuously improves quality and efficiency of the team.
Resolves conflicts and provides solutions by exercising high levels of influencing, negotiation and communication skills.
Be proactive and address issues when they appear.
Serves as an operational and management source of expertise, and contributes to the success of the unit/senior
management team as a whole – By supporting associated and unit wide initiatives.
Organizes and leads operational meetings (Leadership team meetings and Mack and Pack staff meetings)
Supervises and supports lower level managers/supervisors on daily operations including:
Conducts performance evaluations for employees providing specific and detailed feedback on their management and
leadership skills and the attainment of their respective goals and objectives
Ensures compliance with company Wage & Hour policy, including ensuring employees get the rest & meal breaks and
ensuring company processes are followed.
Trains and monitors employees on proper work procedures to ensure maximum productivity with minimum labor and food
expenses.
Monitors daily manpower planning and schedules employees.
Responsible for employee retention and reducing employee turnover.
Responsible for coaching, counseling and preparing corrective actions for employees in compliance with the applicable
union/collective bargaining agreement(s).
Reviews and ensures employees in chain of command are in correct cost centers and correct job titles.
Reviews and ensures union represented employees' pay rates are correct based on wage scales and seniority.
Compliance with all company required policies, procedures and processes including but not limited to required training
Education:

Bachelors' degree in a relevant subject or business management is preferable
Desirable specialization in Operational and People Management
Work Experience:

At least 5 years' experience working within Operations in a "manufacturing environment"
Experience providing leadership through a middle management layer
Experience of managing a team of more than 100 people
Experience in change management projects
Experience of process improvement is a plus.
Experience of working in a Food Hygiene/Health & Safety/High Security environment preferred.
Previous knowledge of Airline Catering operations is preferred, but not essential.
Technical Skills: (Certification, Licenses and Registration)

IT literate, basic level of MS Office and general SAP understanding.
Job Skills

Strong People Manager
Empathetic and Open minded – hence determined and persistent
Resilient and well-rounded individual
Team player who believes in structured Performance and Talent Management
Planning and coordination – Ability to oversee multiple activities at the same time
Continuous improvement mindset – Flexible and embracing change
Self-motivated & Proactive
Language / Communication Skills:

Excellent communicator – Whether "one to one" or "on the beer case"
Excellent verbal and written communication skills
Job Dimensions

Geographic Responsibility: SFO Hub Unit

Type of Employment: Full-time

Travel %:  Limited but some to be expected

Exemption Classification: United States only: Exempt

Internal Relationships: Process Director Peers, HR, Commercial, Finance

External Relationships: To some extent customers and external auditors

Work Environment / Requirements of the Job:

Regularly, stands, bends, lifts, and moves intermittently during shifts of 10+ hours.
In a normal production facility there may be physical discomfort due to temperature and noise.
Must be able to lift, push, pull and move product, equipment, supplies, etc., in excess of twenty-five (25) pounds.
A rotating schedule of over 55 hours per week is typical.
Able to work in deadline driven environment
Budget / Revenue Responsibility: (Local Currency) N/A

Organization Structure

Direct Line Manager (Title): GM, Ops, SFO

Dotted Line Manager (Title, if applicable): N/A

Number of Direct Reports: 3-12

Number of Dotted Line Reports: N/A

Estimated Total Size of Team: 200 to 600

gategroup Competencies Required to be Successful in the Job:

Thinking – Information Search and analysis & problem resolution skills
Engaging – Understanding others, Team Leadership and Developing People
Inspiring – Influencing and building relationships, Motivating and Inspiring, Communicating effectively
Achieving – Delivering business results under pressure, Championing Performance Improvement and Customer Focus
Demonstrated Values to be Successful in the Position

Employees at gategroup are expected to live our Values of Excellence, Integrity, Passion and Accountability. To demonstrate these Values, we expect to observe the following from everyone:

We treat each other with respect and we act with integrity
We communicate and keep each other informed
We put our heads together to problem solve and deliver excellence as a team
We have passion for our work and we pay attention to the little details
We foster an environment of accountability, take responsibility for our actions and learn from our mistakes
We do what we say we will do, when we say we are going to do it
We care about our coworkers, always taking an opportunity to make someone's day better
The above statements are intended to describe the general nature and level of work being performed by the individual(s) assigned to this position. They are not intended to be an exhaustive list of all duties, responsibilities, and skills required. Management reserves the right to modify, add, or remove duties and to assign other duties as necessary. In addition, reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions of this position.

gategroup is an equal opportunity employer committed to workforce diversity. All qualified applicants will receive consideration for employment and will not be discriminated against on the basis of race, color, religion, sex, sexual orientation, gender identity, national origin, veteran status, disability status or other category under applicable law.

For further information regarding Equal Employment Opportunity, copy and paste the following URL into your web browser:

If you want to be part of a team that helps make travel and culinary memories, join us!

About gategroup

gategroup is the global leader in airline catering, retail-on-board and hospitality products and services. gategroup provides passengers with superior culinary and retail experiences, leveraging innovation and advanced technology solutions. Headquartered in Zurich, Switzerland, gategroup delivers operational excellence through the most extensive catering network in the aviation industry, serving passengers from over 200 operating units in over 60 countries/territories

Maintains professional and technical knowledge by attending educational workshops; reviewing professional publications; establishing personal networks; benchmarking state-of-the-art practices; being sought for opinions as a culinary expert; contributing to professional publications; participating in professional societies and sharing this information with direct reports.

Accomplishes culinary goals by accepting ownership for accomplishing new and different requests; exploring opportunities to add value to job accomplishments.

Ensures quality production standards are followed and maintained. Ensures employees adhere to HACCP, FDA and safety regulations and compliance with company policies and procedures.

Trains and monitors employees on proper work procedures and production of products to ensure maximum productivity with minimum labor and food expenses.

Assists in the development and training of cooks as required.

Prepares administrative reports as required.

Ensures maximum productivity and labor costs are maintained according to financial requirements. Monitors daily manpower planning and employee turnover. Responsible for employee retention.

Ensures meal cycles are communicated in a timely and accurate basis. Monitor yields of products to ensure maximum usage.

Works with management staff to improve performance of the unit.

Ensures Menu presentations are properly planned, set up, and specifications reviewed to ensure compliance.

Maintains labor requirements, food costs, overtime, and all productivity requirements.

Must ensure all cooks, and Sous Chef employees have the skill and ability to perform all cooking and food preparation requirements of all the Airline Accounts serviced in the Unit.

Ensures all products are cooked at required temperature according to airline and food safety specification, etc.

Responsible for coaching, counseling and preparing corrective action for employees.

Completes all company required training including but not limited to ServSafe Sanitation Manager Certification.

Qualifications

Education:

Associate Degree or Bachelor Degree in the Culinary Arts or a related field, (formal culinary education) required or at least 4 years of experience in an Executive Chef role

Work Experience:

Minimum 10 years of experience as a Chef required

Minimum of 4 years of experience as an Executive Chef required.

Minimum of 1-3 years of supervisory experience working in a high volume, manufacturing, food production and restaurant or catering environment required.

In-flight catering experience or experience in a high-volume food service environment required.

Technical Skills: (Certification, Licenses and Registration)

Ability to work in a fast paced, deadline driven environment.

Must have strong and effective leadership skills, and the ability to successfully manage a staff of 2 to 3 Sous Chefs and over 20 cooks.

Current or previous labor relations experience is a plus, but not required.

Candidate must be comfortable with all levels of employees and have the ability to drive positive program change.

Ability to train others required.

Must have the ability to give negative and positive feedback to employees on a daily basis.

Excellent time management skills required. Ability to handle multiple tasks without losing focus on priorities.

Strong organizational, analytical, communication and leadership skills required.

Must be innovative and have the ability to make changes to the operation as needed to further improve the work environment and unit performance.

Experience with menu design a plus

Basic computer skills required. Working knowledge of Microsoft Office products preferred

Technical Skills: (Certificates, Licenses and Registration)

ServSafe Certified preferred.

Language / Communication Skills:

Must have excellent written and oral communication skills.

Multi-lingual a plus.

Job Dimensions

Geographic Responsibility: Unit

Type of Employment: Full-Time

Travel %: Yes – Up to 10%

Exemption Classification: Exempt

Internal Relationships: all internal departments

External Relationships: airline customers

Work Environment / Requirements of the Job:

Regularly, stands, bends, lifts, and moves intermittently during shifts of 10+ hours.

In a normal production kitchen facility there may be physical discomfort due to temperature and noise.

Must be able to lift, push, pull and move product, equipment, supplies, etc., in excess of twenty-five (25) pounds.

A rotating schedule of over 55 hours per week is typical.

Budget / Revenue Responsibility: USD

Organization Structure

Direct Line Manager (Title):  Director, Assembly

Dotted Line Manager (Title, if applicable):  TBD

Number of Direct Reports: TBD

Number of Dotted Line Reports: TBD

Estimated Total Size of Team: TBD

Gate Group Competencies Required to be Successful in the Job:

Thinking – Information Search and analysis & problem resolution skills

Engaging – Understanding others, Team Leadership and Developing People

Inspiring – Influencing and building relationships, Motivating and Inspiring, Communicating effectively

Achieving – Delivering business results under pressure, Championing Performance Improvement and Customer Focus

Demonstrated Values to be Successful in the Position

Employees at gategroup are expected to live our Values of Excellence, Integrity, Passion and Accountability. To demonstrate these Values, we expect to observe the following from everyone:

We treat each other with respect and we act with integrity

We communicate and keep each other informed

We put our heads together to problem solve and deliver excellence as a team

We have passion for our work and we pay attention to the little details

We foster an environment of accountability, take responsibility for our actions and learn from our mistakes

We do what we say we will do, when we say we are going to do it

We care about our coworkers, always taking an opportunity to make someone's day better

The above statements are intended to describe the general nature and level of work being performed by the individual(s) assigned to this position.  They are not intended to be an exhaustive list of all duties, responsibilities, and skills required. Management reserves the right to modify, add, or remove duties and to assign other duties as necessary.  In addition, reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions of this position. gategroup is an equal opportunity employer committed to workforce diversity.  All qualified applicants will receive consideration for employment and will not be discriminated against on the basis of race, color, religion, sex, sexual orientation, gender identity, national origin, veteran status, disability status or other category under applicable law.  For further information regarding Equal Employment Opportunity, copy and paste the following URL into your web browser:

If you want to be part of a team that helps make travel and culinary memories, join us!

Similar Jobs (1)
Executive Chef, Operations
locations
Atlanta, GA, USA
time type
Full time
posted on
Posted 12 Days Ago
About gategroup

gategroup is the global leader in airline catering, retail-on-board and hospitality products and services. gategroup provides passengers with superior culinary and retail experiences, leveraging innovation and advanced technology solutions. Headquartered in Zurich, Switzerland, gategroup delivers operational excellence through the most extensive catering network in the aviation industry, serving passengers from over 200 operating units in over 60 countries/territories across all continents.

We work in an exciting industry – fast-paced and ever-changing. Industry trends and customer expectations are constantly evolving and it is critical that we are agile, innovative and ready for change - and our people are our driving force. We offer attractive opportunities to be part of this fast-paced and truly international working environment.

For further information, please visit

Read More
Follow Us
Privacy Notice
© 2022 Workday, Inc. All rights reserved.

We use cookies, which are small text files, to improve your experience on our website and to show you personalized content. By clicking 'I accept' or clicking on our website, we understand that you accept the use of cookies. For more information about our cookies and to learn how and to what extent you can disable cookies, see below.



Careers

English    Sign In

Search for Jobs    Introduce Yourself

Q  QA

×    Search

**Distance or Location** ▽    **Region** ▽    **Employee Type** ▽    **More** ▽

Search: "QA" ×

Posted 30+ Days Ago

R0057937

### Quality Assurance Manager

Seattle, WA, USA

Posted 11 Days Ago

R0059478

### Quality Assurance Supervisor

Cincinnati, KY, USA

Posted 30+ Days Ago

R0057901

### Director Operations

San Francisco, CA, USA

Posted 30+ Days Ago

R0052689

1 - 9 of 9 jobs

# Assistant, Ops, Quality-Interior

Apply

Atlanta, GA, USA

# Executive Chef, Operations

Apply

📍 Atlanta, GA, USA

💼 Full time

🕐 Posted 8 Days Ago

📋 R0060990

We're looking for motivated, engaged people to help make everyone's journeys better.
**Main Duties and Responsibilities:**

- Achieves culinary operational objectives by contributing information and analysis to strategic plans and reviews; preparing and completing action plans; implementing production, productivity, quality, and customer-service standards; serving as culinary resource to operations managers; identifying and resolving problems; completing audits; determining system improvements; implementing change.
- Meets culinary financial objectives by estimating requirements; assisting with menu design; anticipating and evaluating response to menu presentation; scheduling expenditures; analyzing variances; initiating corrective actions; evaluating time-saving production techniques; training others in specialty techniques.
- Adheres to recipes and portion specifications as required by the customer by understanding consumer tastes and nutritional needs; reviewing product specifications; evaluating ease of menu preparation; applying established procedures and budgetary constraints.
- Oversees food preparation by consulting with the Buyer; Sous chefs, cooks, and team leaders; overseeing portion size; controlling productivity; providing culinary leadership in areas of personal expertise; monitoring presentations, garnishments, and sauces.
- Improves menu quality and consistency by analyzing food production records and menu expenses; promoting kitchen staff interest in quality improvement; studying, evaluating, and re-designing processes; implementing changes.

Posted 26 Days Ago

R0059022

We're looking for motivated, engaged people to help make everyone's journeys better.

**Main Duties and Responsibilities:**

- Conducts temperature checks on products and ensures that all HAPPC, and FDA rules and regulations are followed along with managing the units log books.
- Performs quality checks in the Hot Food kitchen to ensure that the specifications of the customer are followed
- Ensures food produced in the Hot Foods is checked for temperature and placed in the refrigeration system per company policy
- Checks temperature of food prior to moving the food into the refrigeration system
- Randomly checks temperature of foods to verify that company policies are followed
- Monitors personal hygiene
- Supports customer audits and government audits to meet compliance
- Monitors company policies and procedures and notifies management of issue if they arise
- Responsible for safety, quality and compliance to customer specification
- Monitors equipment for cleanliness and sanitation
- Completes HACCP logs
- Communicates product deviation to the unit production manager immediately
- Ensures proper color code are applied to the product

**Qualifications**

## QA Manager

◎ San Francisco, CA, USA

🕒 Posted 30+ Days Ago

R0056045


## Assistant, Ops, Quality-Interior

◎ Atlanta, GA, USA

🕒 Posted 26 Days Ago

R0059022


## Quality Assurance Assistant

◎ Chantilly, VA, USA

🕒 Posted 11 Days Ago

R0060399


## Assistant, Ops, Quality-Interior

◎ Atlanta, GA, USA

🕒 Posted 4 Days Ago

R0060429


## Tech, Ops, Facilities

◎ Schiller Park, IL, USA

🕒 Posted 24 Days Ago

R0059370


## Quality Assurance Supervisor

◎ St Louis, MO, USA

# Executive Chef, Operations 🔗

Apply

📍 Atlanta, GA, USA

💼 Full time

🕐 Posted 30+ Days Ago

▭ R0057698

We're looking for motivated, engaged people to help make everyone's journeys better.
**Main Duties and Responsibilities:**

- Achieves culinary operational objectives by contributing information and analysis to strategic plans and reviews; preparing and completing action plans; implementing production, productivity, quality, and customer-service standards; serving as culinary resource to operations managers; identifying and resolving problems; completing audits; determining system improvements; implementing change.
- Meets culinary financial objectives by estimating requirements; assisting with menu design; anticipating and evaluating response to menu presentation; scheduling expenditures; analyzing variances; initiating corrective actions; evaluating time-saving production techniques; training others in specialty techniques.
- Adheres to recipes and portion specifications as required by the customer by understanding consumer tastes and nutritional needs; reviewing product specifications; evaluating ease of menu preparation; applying established procedures and budgetary constraints.
- Oversees food preparation by consulting with the Buyer; Sous chefs, cooks, and team leaders; overseeing portion size; controlling productivity; providing culinary leadership in areas of personal expertise; monitoring presentations, garnishments, and sauces.
- Improves menu quality and consistency by analyzing food production records and menu expenses; promoting kitchen staff interest in quality improvement; studying, evaluating, and re-designing processes; implementing changes.

We use cookies, which are small text files, to improve your experience on our website and to show you personalized content. By clicking 'I accept' or clicking on our website, we understand that you accept the use of cookies. For more information about our cookies and to learn how and to what extent you can disable cookies, see below.

Careers

English     Sign in

Search for Jobs

Introduce Yourself



Search for jobs or keywords

Search

Distance or Location ▽      Region ▽      Employee Type ▽      More ▽

United States of America ✕      Georgia ✕      Permanent ✕

### Assistant, Ops, Quality-Interior

Atlanta, GA, USA

Posted 4 Days Ago

R0060429

### Executive Chef, Operations

Atlanta, GA, USA

Posted 8 Days Ago

R0060990

### Food Production Supervisor

Atlanta, GA, USA

Posted 19 Days Ago

R0060088

### Assistant, Ops, Quality-Interior

Atlanta, GA, USA

Posted 26 Days Ago

R0059022

### Dishroom Attendant - $13.00/hr

Atlanta, GA, USA

Posted 30+ Days Ago

R0053214

### Porter - $13.00/hr

Atlanta, GA, USA

R0053216

## Food Preparer- $15.00/hr

⊚  Atlanta, GA, USA

🕒  Posted 30+ Days Ago

R0050277

## Food Prep $15.00 per hour

⊚  Atlanta, GA, USA

🕒  Posted 30+ Days Ago

R0059058

## Executive Chef, Operations

⊚  Atlanta, GA, USA

🕒  Posted 30+ Days Ago

R0057698

## Cook- $16.00/hr

⊚  Atlanta, GA, USA

🕒  Posted 30+ Days Ago

R0050279

1

1 - 10 of 10 jobs

✕

# Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## RE: Cook

1 message

**Blue, Duane** <DBlue@gategroup.com>
To: "Gueye, Abdoulaye" <agueye@gategroup.com>, "Peters, Latiya" <lapeters@gategroup.com>, "Wells, Lawrence" <lwells@gategroup.com>, "Boyd, Peggy" <PBoyd@gategroup.com>, Lawrence Wells <lawrence.wells18@gmail.com>

Mon, Apr 18, 2022 at 5:31 AM

My recommendation as that there is a meeting with Latiya, Brandy and yourself.  If I need to be included , not a problem.

There are some things that need clarity.

**From:** Gueye, Abdoulaye <                      >
**Sent:** Sunday, April 17, 2022 2:18 PM
**To:** Peters, Latiya <
<                      >; Boyd, Peggy <              >; Wells, Lawrence <                              >; Blue, Duane
**Subject:** Cook

Hello latiya

I let Brandy go and I let her know not to return in the kitchen

Every time I tell her to do something it a big argument and been like that since she work here.

Today I had so much work to be done and I couldn't take the argument and the attitude.I told her to stop she was still arguing and I told to go home and never return in this kitchen and on her way out she gave me the FINGER and said she will return to work tomorrow.

Get

Gmail

# cold food knife log
2 messages

**Blue, Duane** <DBlue@gategroup.com>
To: "Omar Alokozay, Masoud" <MOmar@gategroup.com>
Cc: "Render, Eddie" <ERender@gategroup.com>, "Boyd, Peggy" <PBoyd@gategroup.com>, "Miller, Mollie" <MoMiller@gategroup.com>, "Gilliard, Keith" <KGilliard@gategroup.com>, "Gueye, Abdoulaye" <agueye@gategroup.com>, Lawrence Wells <lawrence.wells18@gmail.com>, "Wells, Lawrence" <lwells@gategroup.com>

Fri, Apr 22, 2022 at 9:40 AM

Good Morning,

Two things:

When you have a chance can you take a look at the knife monitor in CF? they get an error message when trying to scan equipment.  Talk with Peggy

HF is having trouble connecting the ipads to the network.  Can you check network paths and connectivity?  Talk with Chef

Thank you

Duane

---

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Blue, Duane" <DBlue@gategroup.com>
Cc: "Omar Alokozay, Masoud" <MOmar@gategroup.com>, "Render, Eddie" <ERender@gategroup.com>, "Boyd, Peggy" <PBoyd@gategroup.com>, "Miller, Mollie" <MoMiller@gategroup.com>, "Gilliard, Keith" <KGilliard@gategroup.com>, "Gueye, Abdoulaye" <agueye@gategroup.com>, "Wells, Lawrence" <lwells@gategroup.com>

Fri, Apr 22, 2022 at 11:44 AM

Yes, I will check.
[Quoted text hidden]

# Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## As I has told my passing of my wife Olga Wells.
1 message

**Wells, Lawrence** <lwells@gategroup.com>
To: "Blue, Duane" <DBlue@gategroup.com>
Cc: "Wells, Elliot" <ewells@gategroup.com>, "lawrence.wells18@gmail.com" <lawrence.wells18@gmail.com>

Mon, Apr 25, 2022 at 12:38 PM

Good Afternoon Duane:

I have purchase my airline tickets $1,600.00 USD round trip for my trip to Antananarivo, Madagascar for May 4, 0530am.

And my returned date is June 6, 2022 arrived back in Atlanta 11:44PM .

I will report back to work June 7, 2022 at 0500am .

I have some many things to take care of their, what had happen to my wife, and land issues, and my new home issues and her 2 sons.

This is not a vacation at all, I must pay my respect to her culture and family.

I will be back!!

I will get them all in shape ASAP.

And move forward with our plans on a 4 day work system as we speaks.

All fresh preparation for 2 days in advance on all par leave flights.

I will not tell the staff in the kitchen nothing, I will just stick to the plan!!!


Lawrence Wells

Executive Chef

**gourmet**

Atlanta Business Unit 301

a gategroup member

gourmet

August 5, 2022

Lawrence Wells
3718 Hayfort Court
Austell, GA 30106

Dear Lawrence,

This letter serves as formal documentation for your suspension from employment with Gate Gourmet pending an investigation. As highlighted in the meeting held on Friday, August 5, 2022 it has been alleged that you have used abusive language causing a hostile work environment in the kitchen.

In compliance with Gate Gourmet's disciplinary protocols, since the allegations have not been proved yet, you will be fully paid as per your employment contract during the suspension period. You must not attend work until completion of the investigation.

The suspension is effective immediately. During the suspension, you are required to fully cooperate with the investigation. Upon completion of the investigation, we will inform you of the outcomes. The period to return to work would be communicated when deemed necessary. In case, the allegations against you are proved, you will be notified of next steps.

Sincerely,

*Pamela Shepherd*

Pamela Shepherd
Unit 301 General Manager

Signature: _____      Date: _8-5- 2022_



August 17, 2022

Lawrence Wells
3718 Hayfort CT
Austell, GA 30106

**Final Warning Letter**

Dear Lawrence,

On August 4, 2022 you were involved in an incident at ATL 301 International kitchen in which you used foul language in front of employees and you were suspended from duty on August 5, 2022 pending further investigation of this incident. This investigation has been completed and it revealed you did utilize profanity in the workplace while in the execution of your duties as Executive Chef, stating towards employees in the area "I do not f__ck around with people's food and that is wrong to do this to anyone." You readily admitted to stating these words towards employees during the investigation. You also you engaged in finger pointing and upsetting behavior towards employees around you, both hourly and management. Investigation also revealed you reacted unprofessionally and caused a disturbance in the kitchen area. The behavior you engaged in is a violation of the gategroup Code of Conduct and is not tolerated by Gate Gourmet.

Lawrence, you should be aware as the Executive Chef of the ATL 301 International kitchen that you are expected to model proper professional conduct and behavior at work and the use of foul language is not in comportment with the role of any one in a management capacity in our Company no matter the reason one may have for engaging in such behavior. As a result of your conduct, you are being issued this Final Warning Letter and it is expected you will conduct yourself professionally going forward.

This final written warning will be placed in your personnel file. I must inform you that further instances of this type of behavior will be grounds for disciplinary action, up to and including termination.

Pamela Shepherd
General Manager
ATL 301 International Kitchen

cc:     Employee file

gourmet

## Confidential Memorandum

**TO:** Lawrence Wells

**FROM:** Pamela Shepherd

**DATE:** 3/22/2022

**SUBJECT:** 30 Day Performance Improvement Plan (PIP)

Because you have not been meeting the established standards of your job, this performance improvement plan has been designed to help facilitate your success with Gate Gourmet.

This plan addresses specific performance related breakdowns discovered during the performance fact-finding process.

The job performance expectations and timelines in this plan are not intended to be all inclusive. We will meet on a weekly basis with Human Resources to assess the effectiveness of the support you will continue to be provided and measure actual job performance outcomes (listed below) against expectations.

We have had previous discussions concerning your performance. Since there has been little or no improvement, we are providing this written Performance Improvement Plan (PIP).

It is essential we observe immediate and sustained job performance improvement. Failure to successfully achieve and maintain the performance expectations for all areas of responsibility, as specified in your job description, may result in additional corrective action up to and including dismissal from the Company. Dismissal may occur at any time during the 30-day review intervals.

In the guide below, I have identified the performance topics, current levels of performance, expectations, and outcomes relative to expectations. We will meet on a weekly basis to assess your progress against established expectations.

Again, my objective is to raise your performance level to meet departmental/unit performance expectations. I encourage you to use me as a resource. You may reach me anytime on my mobile.

 **Gmail**

Lawrence Wells <lawrence.wells18@gmail.com>

# I have signed this under protest.
2 messages

**Lawrence Wells** <lawrence.wells18@gmail.com>                                     Fri, Sep 9, 2022 at 5:28 AM
To: "Alvonellos, Spyros" <SAlvonellos@gategroup.com>, "Wells, Lawrence" <lwells@gategroup.com>

Good mmorning  Spyros:

I have signed this under protest.

I spend 99% of my time cooking because of call ins, sick calls. And with unqualified non certified cooks. From 0430 or 0445 to 1600,1700,1800 at times. Working at times 7 days a week! On my feet all day.... I never sit down pushing the food out.

Preparing or preping products. I never take breaks, no Breakfast, Lunch, Dinner. Most of the new staff have no speed at all. Arguing daily about workloads running to hr daily.

Sincerely.

Lawrence Wells

**3 attachments**


**20220909_051513.jpg**
2375K


**20220909_051526.jpg**
2425K


**20220909_051557.jpg**
2321K

**Lawrence Wells** <lawrence.wells18@gmail.com>

Fri, Sep 9, 2022 at 5:45 AM

To: "Alvonellos, Spyros" <SAlvonellos@gategroup.com>, "Wells, Lawrence" <lwells@gategroup.com>

All and at times cooking in both kitchens Halal Kitchen and Western Kitchen Cafeteria food daily at the same time and day .

[Quoted text hidden]





TO: Lawrence Wells

FROM: Pamela Shepherd

DATE: 8/22/2022

SUBJECT:   30 Day Performance Improvement Plan (PIP)

Because you have not been meeting the established standards of your job, this performance improvement plan has been designed to help facilitate your success with Gate Gourmet.

This plan addresses specific performance related breakdowns discovered during the performance fact-finding process.

The job performance expectations and timelines in this plan are not intended to be all inclusive. We will meet on a weekly basis with Human Resources to assess the effectiveness of the support you will continue to be provided and measure actual job performance outcomes (listed below) against expectations.

We have had previous discussions concerning your performance. Since there has been little or no improvement, we are providing this written Performance Improvement Plan (PIP).

It is essential we observe immediate and sustained job performance improvement. Failure to successfully achieve and maintain the performance expectations for all areas of responsibility, as specified in your job description, may result in additional corrective action up to and including dismissal from the Company. Dismissal may occur at any time during the 30-day review intervals.

In the guide below, I have identified the performance topics, current levels of performance, expectations, and outcomes relative to expectations. We will meet on a weekly basis to assess your progress against established expectations.

Again, my objective is to raise your performance level to meet departmental/unit performance expectations. I encourage you to use me as a resource. You may reach me anytime on my mobile.

Good Morning Pamela:
[Quoted text hidden]

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Fri, Aug 12, 2022 at 4:06 PM

Sent from my iPhone

Begin forwarded message:

**From:** "Wells, Lawrence" <                    >
**Date:** July 23, 2022 at 11:49:14 AM EDT
**To:** "Shepherd, Pamela" <                    >, **Lawrence Wells** <                    >
**Subject: If possible tomorrow I need a break for a day off. Sunday 24**

Good Morning Pamela:
[Quoted text hidden]

---

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Alvonellos, Spyros" <salvonellos@gategroup.com>

Fri, Aug 12, 2022 at 4:13 PM

---------- Forwarded message ---------
From: **Wells, Lawrence** <                    >
Date: Sat, Jul 23, 2022 at 11:49 AM
Subject: If possible tomorrow I need a break for a day off. Sunday 24
To: Shepherd, Pamela <                    >, **Lawrence Wells** <                    >

[Quoted text hidden]

---

**Alvonellos, Spyros** <SAlvonellos@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Fri, Aug 12, 2022 at 4:15 PM

Thank you

**Spyros G. Alvonellos**

Director, Human Resources

gategroup

Network BU

Tel +1 404 801 3911

Mob +1 478 951 4477

salvonellos@gategroup.com | www.gategroup.com

This message and any material transmitted herein may contain confidential, proprietary and/or legally privileged information.  If the reader of this message is not the intended recipient, or is not the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this communication, including any materials transmitted herein, is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail, and delete this communication.  While gategroup and its affiliates apply reasonable and prudent measures to screen outgoing electronic communications for computer viruses, malware and other malicious software and/or code, they accept no responsibility for damages resulting from accessing such communications.  Therefore, recipients should take reasonable and prudent action to protect themselves from such malicious software and/or code.  Thank you.

**From:** Lawrence Wells <                        >
**Sent:** Friday, August 12, 2022 4:13 PM
**To:** Alvonellos, Spyros <                        >
**Subject:** Fwd: If possible tomorrow I need a break for a day off. Sunday 24

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---------- Forwarded message ---------

[Quoted text hidden]

[Quoted text hidden]

 Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## I am fully qualified in 6 star resort Internationally

**Alvonellos, Spyros** <SAlvonellos@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Fri, Aug 12, 2022 at 5:38 PM

Chef,

When you tasted the salted cobbler, you were in the cafeteria or in the kitchen. You said Chef Phillipe laughed, was he there when you tasted it in the cafeteria or kitchen?

**Spyros G. Alvonellos**

Director, Human Resources



Network BU

Tel +1 404 801 3911

Mob +1 478 951 4477

salvonellos@gategroup.com | www.gategroup.com

This message and any material transmitted herein may contain confidential, proprietary and/or legally privileged information. If the reader of this message is not the intended recipient, or is not the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this communication, including any materials transmitted herein, is strictly prohibited. If you have received this communication in error, please immediately notify the sender by e-mail, and delete this communication. While gategroup and its affiliates apply reasonable and prudent measures to screen outgoing electronic communications for computer viruses, malware and other malicious software and/or code, they accept no responsibility for damages resulting from accessing such communications. Therefore, recipients should take reasonable and prudent action to protect themselves from such malicious software and/or code. Thank you.

**From:** Lawrence Wells <                    >
**Sent:** Friday, August 12, 2022 4:20 PM
**To:** Alvonellos, Spyros <                    >
**Subject:** Fwd: I am fully qualified in 6 star resort Internationally



---

**Alvonellos, Spyros** <SAlvonellos@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Fri, Aug 12, 2022 at 3:52 PM

Thanks Chef,

Do you have a statement that you sent to Pamela regarding what happened August 5?

**Spyros G. Alvonellos**

Director, Human Resources



Network BU

Tel +1 404 801 3911

Mob +1 478 951 4477

salvonellos@gategroup.com | www.gategroup.com

This message and any material transmitted herein may contain confidential, proprietary and/or legally privileged information. If the reader of this message is not the intended recipient, or is not the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this communication, including any materials transmitted herein, is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail, and delete this communication. While gategroup and its affiliates apply reasonable and prudent measures to screen outgoing electronic communications for computer viruses, malware and other malicious software and/or code, they accept no responsibility for damages resulting from accessing such communications. Therefore, recipients should take reasonable and prudent action to protect themselves from such malicious software and/or code. Thank you.

**From:** Lawrence Wells <                        >
**Sent:** Friday, August 12, 2022 3:50 PM
**To:** Alvonellos, Spyros <                   >
**Subject:** Fwd: Schedule of who work and those who didn't show up or call in sick.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]

**Lawrence Wells** <lawrence.wells18@gmail.com>                                    Fri, Aug 12, 2022 at 3:54 PM
To: "Alvonellos, Spyros" <SAlvonellos@gategroup.com>

Yes, I sent it.
[Quoted text hidden]

| Cooks | 5:00-1330 | SAT | SUN | MON | TUES | WED | THU | FRI |
|---|---|---|---|---|---|---|---|---|
| Jones, Portia | 5:00-1330 | X | X | 1 | 1 | 1 | 1 | 1 |
| Nguyen, Tuan | 4:00-12:30 | 1 | 1 | X | X | 1 | 1 | 1 |
| Nash, Lauren | 5:00-1330 | 1 | 1 | 1 | 1 | 1 | X | X |
| Moore, Adrian | 5:00-1330 | 1 | 1 | 1 | 1 | X | X | 1sick |
| Lydia Hospedales | 6:00-1430 | X | 1 | 1 | 1 | 1X | 1X | X |
| | | | | | | | | |
| Carroll, Priscilla | QR 5:00-1530 | X | X | 1 | 1 | 1 | 1 | 1 |
| Bankstone, Deshun | QR 5:00-1530 | 1 | 1sick | X | X | 1 | sick | 1 |
| Colquitt, India | QR 5:00-1530 | 1 | 1 | X | X | nofhow | 1 | 1 |
| Heath, Dwasynasia | 8:00-1630 | 1 | 1 | 1 | 1 | now | X | 1 |
| | | | | | | | | |
| Ronnie(Temp) | 8:00-1630 | 1 | 1 | X | X | 1 | 1 | 1 DS nohwork |
| Xavier(Temp) | 8:00-1630 | 1 | 1 | sick | sick | X | X | 1 Didnt Show |
| | | | | | | | | |
| TOTAL FTE | | 8 | 9 | 7 | 7 | 8 | 7 | 9 |

Ronnie mc pherson

Heath Dwasynasis – Did not come to work 7-10, 7-11, 7-12, 7-13 –work 7-14 (Didnt show 7-15

Lydia Hospedales- Did not come to work 7-13 – 7-14

Bankstone, Deshun, sick 7-10, 7-14 sick —

Colquitt, India 7-13 nohow sick

Ronnie (7-10) Came mon his Day off monday tues/wed thursday Did not Show uptoday 7-15-2022

X javier 7-10 - 7-11 -) Did not came to work show uponhis dayoff work 7-13, 7-14 -( Did not Show cv
7-12        sick        7-15-

 **Gmail**

## Employee work ethic on assuming that it's not their jobs!!

6 messages

**Wells, Lawrence** <lwells@gategroup.com>
To: "Shepherd, Pamela" <PShepherd@gategroup.com>, Lawrence Wells <lawrence.wells18@gmail.com>
Cc: "Gueye, Abdoulaye" <agueye@gategroup.com>

Tue, Jul 26, 2022 at 6:30 AM

Good Morning Pamela:

Yesterday morning during pre shift for 5 am starting staff. Portia Jones refused to follow direct orders. When told to help with staff meals. And was complaining about the prep process when she was off the day before.

So I got Chef Abdoulaye to bring Lauren Nash to the office to work out a positive attitude support to their issues. And that if I give them direct orders they have to comply. We left the meeting on a clear position on what is expected out of them both.

At 1000 the account manager came in the kitchen from VA. And stated she needed potatoe pancakes. It which I instructed Lauren Nash and she refused! I explained to her the VA needed them ASAP. She told me she was doing something and said she had too much to do all ready.

Then I asked Portia Jones to do it she refused in a loud tone. In front of all the temp workers. At this point I had to do it myself. So I got all the ingredients and mix them up. By this time it was 1100 and lunch was coming and would be late.

I instructed Lauren Nash and Portia Jones to pick up the lunch and they refused. Lauren told me she had too much work and that I should sent her home!! I refused to sent her home as she want. And that she would quit!

Then the account manager came and ask me to cook lunch for 12 for 1230 and I had. When ask for the both of them to pitch in it was a song and a dance! I had to go get the sub roll from the store room. Twice I ask the store keeper. And the were rock frozen I had to steam them.

By 1130 that's when Portia and Lauren comply. And the lunch was going to be late. At 1300 the Union Representative came to me to discuss and issues that Portia and Lauren had brought to his attention.

Like I told him in front of Chef Abdoulaye that they were giving direct orders and did not comply in a timely manner. It this point Lauren Nash was rude and her attitude was rude!

I left the meeting and let chef Abdoulaye handle them both as the Sous Chef. I will let chef handle all disputes with kitchen staff and conflicts and resolution moving forward.

And her will assist me and build a better team environment!

Sincerely.

Lawrence Wells

Sent from my iPhone

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Wells, Elliot" <ewells@gategroup.com>

Tue, Jul 26, 2022 at 4:41 PM

FYI
[Quoted text hidden]

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Sat, Aug 6, 2022 at 12:37 PM

Sent from my iPhone

Begin forwarded message:

> **From:** "Wells, Lawrence" <                    >
> **Date:** July 26, 2022 at 6:30:03 AM EDT
> **To:** "Shepherd, Pamela" <              >, Lawrence Wells <                    >
> **Cc:** "Gueye, Abdoulaye" <              >
> **Subject: Employee work ethic on assuming that it's not their jobs!!**
>
> Good Morning Pamela:
> [Quoted text hidden]

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Sat, Aug 6, 2022 at 12:38 PM

Sent from my iPhone

Begin forwarded message:

> **From:** "Wells, Lawrence" <                    >
> **Date:** July 26, 2022 at 6:30:03 AM EDT
> **To:** "Shepherd, Pamela" <              >, Lawrence Wells <              >
> **Cc:** "Gueye, Abdoulaye" <              >
> **Subject: Employee work ethic on assuming that it's not their jobs!!**
>
> Good Morning Pamela:
> [Quoted text hidden]

---

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Alvonellos, Spyros" <salvonellos@gategroup.com>

Fri, Aug 12, 2022 at 3:45 PM

Please keep this confidential.

---------- Forwarded message ---------
From: **Wells, Lawrence** <                    >
Date: Tue, Jul 26, 2022 at 6:30 AM
Subject: Employee work ethic on assuming that it's not their jobs!!
To: Shepherd, Pamela <                    >, Lawrence Wells <                    >
Cc: Gueye, Abdoulaye <                    >

[Quoted text hidden]

---

**Alvonellos, Spyros** <SAlvonellos@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Fri, Aug 12, 2022 at 3:56 PM

Is the statement in the email below? Or is there another one?

**Spyros G. Alvonellos**



Network BU

Tel +1 404 801 3911

Mob +1 478 951 4477

salvonellos@gategroup.com | www.gategroup.com

This message and any material transmitted herein may contain confidential, proprietary and/or legally privileged information. If the reader of this message is not the intended recipient, or is not the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this communication, including any materials transmitted herein, is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail, and delete this communication. While gategroup and its affiliates apply reasonable and prudent measures to screen outgoing electronic communications for computer viruses, malware and other malicious software and/or code, they accept no responsibility for damages resulting from accessing such communications. Therefore, recipients should take reasonable and prudent action to protect themselves from such malicious software and/or code. Thank you.

**From:** Lawrence Wells <     >
**Sent:** Friday, August 12, 2022 3:45 PM
**To:** Alvonellos, Spyros <     >
**Subject:** Fwd: Employee work ethic on assuming that it's not their jobs!!

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]

On the weeks of July 14-22, I have instructed Chef Abdoulaye that she was going to make special meals. Because she had a problem working with Chef Abdoulaye Gueye. And he had suggested me to move her out of HK. And that she had some issues when he told her to work. Chef Abdoulaye told me she works better with me since I was the first one who was training her. After the first day she was doing okay. The second had she was not okay.

The third day she flips out and started crying and whining about the job. she could not do it and she wanted to be removed. I told her she could leave and go home; she left the kitchen. And we could not find her. When she came to work, she looks high or stone or something. She needs to be drug tested.

.

On July 30, 2022, I was working in the Halal Kitchen at 0400 and I did not see India . Who was schedule to work at 0500? I had to prep all the missing items for QA. Until the temp shows up for work at 0800. Chef Abdoulaye came to work at 1200 and show up in the kitchen at 1230. This was the first day to adjust all the preparation for 2 days in advance for QA. When India shows up for work on her schedule day off, I let her work because we were short. I ask her why she did not show up for work on Saturday.

July 30, 2022, she told me Chef Abdoulaye had change her days off. I believe Chef Abdoulaye was mad that he had got his schedule change and gave her the days off. So, we would get a delay if things were not ready on time! Without telling me, keep in mind if he did as he said he did.

He knew I would be working on the start up by myself at 0500 but I came in at 0400 on July 30, 2022. That's why I came in early because the equipment was broken. No braiser, and we were cooing in 3 round doe pots, in QK. And if I did not come in early, we would have got burned!! And the flight would have been late!! So, I as proactive!!!

On August 2, 2022, India came in the QK at 0524 late, I did not say nothing to her yet. I instructed her what to do. She did not have a list from Chef Abdoulaye because he was off. And he did not leave a list for the night before.

But I seen Eddie and he show me a production list that Chef Abdoulaye had let him. Or had given to him that had done with a Marker. That you could not read. Around 0115 I notice India had made some omelets and they were over cooked. And not up to QA Standards, I explain to her that they need to be discard and remade.

She "Why do I have a problem when she does something, but Chef Abdoulaye had no problems with her work. I told her they were over cooked, and she could not serve that at all. She walks off the job and left the kitchen. So, I made all 40 omelets myself, when she returned late about 45 minutes.

I ask her what happen to her on Saturday she told me that Chef Abdoulaye had change her working schedule.

I told her I write the schedule not Chef Abdoulaye!! She started to argue with me in front of the temp worker. Telling her to her JOB!! On A Direct Order!! She Wanted Me To Do Her Job once again. Clear sign of INSUBORDINATION.

I ask her let got to the office, and she told I could not talk to her any way. So, I took her to the QA office and explain to her it was not the first time she had spoken to me with attitude in front of temps or kitchen workers. And that I get paid to correct her and direct her, that was my job. I went back to the QK and completed the workload for the day.

The next day on August 3, 2020, I show her once again how to make Omelettes correct.

On August 4, 2022, when Chef Abdoulaye came to work I gave him a debrief on what had happen and told him what India had done and said. That he did not have a problem with her work habits. But I told him all the omelettes were way overcook and Brown!!

I told him about the Salted Peach Cobbler that I had made that morning!! That some one in the kitchen had put about 1 -2 cups of salt in the mix. And that I had bake the cobbler for the kitchen. I was asked by Portia Jones, Elizabeth Henry, that I make a mean cobbler and if I have time could I make one for the kitchen staff.

So, I made one then Chef Philippe Pinon came in the kitchen this morning. So I had it half was done I stop, the peaches from cooking. And told Portia Jones, Elizabeth Henry, that I would finish it in the morning.

But I have some time when they were on their lunch break at 1100. So I mix the Flour 5 cp, Sugar 5cp, Bake Power 10 teaspoon, Milk 3/3/4 cp and Salt 1/14teaspoon and 30 TBS of Melted Butter In A Bowl in HK.

The only one in the kitchen at the time was Chef Philippe Pinon and India and myself. I took the mixture to WK and added the milk and went to get the peaches mixture from the refrigerator. And went to get the pan to bake 2 small ones for them. Leaving the mix on the table. And I prepared the cobbler and place it in the Combi over.

I also told Chef Philippe Pinon that the combi over was not working properly and that the repaired man for Rational had come. And he left the panel open, so Chef Philippe Pinon came and check the Combi oven with me. And he seen the cobbler in the over.

Later I came back to see if the cobbler were done it was out of the over. I came back some time later and I was told it was in the warner for the cafeteria.

And I got a bowl and I taste it was FULL OF SALT FULL I ASK WHO DID THIS!! I told them in the kitchen I do not ---- around with people food. And that was wrong to do that to me or anyone.

I am the Executive Chef why would they do that!! I told them no overtime we had all new workers. And overtime is not required now that we have full staff!! I threw it in the garbage.

Portia Jones, Elizabeth Henry, also had tasted it before I did, and they said it was totally wrong to do that!! I made the Peach Cobbler to appreciation for the hard work that they did when Lauren Nash was out for 5 days or more last week!! This is unacceptable at the Food Service Workplace Or Industries to tint someone food or my food I am cooking for staff!!

Few hours later Lauren Nash told me I need to get someone else to special meals for the cold kitchen. I told her to mine her business and to stay in her lane. That was a manager decision to have those new employee train on those Special meals.

Because if something happens, we would be in trouble and we would collapse. Lauren Nash has a habit of telling new staff not to do this or that. Then the Walter Gamble who was doing special meals told me that. He did not want to do them, and he wanted to cook. I explain to him that all new employee in the kitchen had to learn special meals. He asked if he could be transfer to the cold kitchen. Keep in mind it was his second day on the job!!

Lauren Nash telling them how to refuse the direct orders. And in the pre shift line up, I had introduced the new team members to the kitchen staff. And explain to the chain of command. I explain to them it would take me time to remember their names. And later that day I approached one on the new hires and she was in HK taking off the glove. I explain to her that this was a restricted area HK.

And Shameka M Benn had an attitude on the first day of work.

I told Tuan Nguyen and he told me she did not want to work either. And she had attitude with him also!!

On August 5, 2022, I came to work at 0500 and there was no prep list left from the night before. That I had requested from Chef Abdoulaye. So, I requested from the floor manager in Cold kitchen HC. I once again was the only chef in HK. Working on the prep list, and the omelettes from the day before was not made.

At around 1015 I have made another cobbler and put it in the over while WK staff was working. Because the day before someone had salted the cobbler. So I made it over for the staff. When I came back to find it, I was told by Lauren Nash it was on the table, so she gave it to the cafeteria. I told her it was for the kitchen staff for the hard work they had did last week. And she started to laugh, and I ask her to use common sense.

Because she knew what happen the day before with the salted cobbles. She deliberately gave it away and thought it was funny!! Why did she do that, she was in the kitchen the day before. On the came table I was making the cobbler and knew about the salt.

What if the cobbler for a guest or the GM Or Chef Philippe Pinon???

I was also told that chef Philippe Pinon was laughing the day before when I told the staff about the salt in the cobbler. He knows who did it or did he do it to see how I would react!! Or was this a set up!?

Also, while working in the HK kitchen, I pick up the I pod, and I did not notice it was the Chef Philippe Pinon. Sent an e-mail to the GM stated that I was unorganized which was bias. All the flight for QA and were separated in the walk-in and I did not know he was coming this day. And the CK QC was all pack up my 1130 and finish so how can I be unorganized?? And all the meals are up by at 2 days advance! I did not read the rest I put the I Pod down.

At 1200 Chef Philippe Pinon said he was going a tasting for VA and I had to be present. So I got the other chef and we all went over to the test kitchen. At 1300 he returned back to HK and some missing items we to do. Eddie came over to double check, when doing so he ask Chef Abdoulaye are things ready. **Chef Abdoulaye said nothing ready.**

I told not to say that, and I ask Eddie to come to me. I insure him in 5 minutes, and I call him on the walkie talkie. It was all ready and his respond was he appreciate that!! I made some 45 omelettes

already before we went to the tasting for VA!! And all they had to be is filled. And I made the 18 cutlets, 12, omelettes, and fajita mix vegetables.

1345 Chef Abdoulaye came to the chef office telling me that we was tired of cleaning behind me. I came told him have India clean up the table. That I have cook 45 Omelettes for her and you. And I went over to HK and nothing was in her way or his.

Chef Abdoulaye was cleaning out the prep sink. I told him that was the pot washer job!! And why was he doing that!! I also told the both. That I was taking off my days off and the need to have everything done for tomorrow today. And I left the HK it funny when I told them to prep for the next day there was a issues or problem.

We have enough food in the boxes for 2 days already. So, what is the issues Business Class??

I have the preparation list from 8/5/2022 that the prep was not done the day before for me. And I had to do it this morning by myself!! And I asked Chef Abdoulaye why India was working today when you told me you gave her off!!

On Friday & Saturday this week. Even the GM Pamela Shepherd told me that you had change India working schedule and I said it was okay. And then I was told she was in the HR Crying. And I was call to the GM Office and inform that I was suspended with pay under investigation for Hostile Work Environment. I was told India is mentally unstable at the workplace when giving orders to perform the task in hand. And she was doing the same action things on her job at Walmart in the pass!

Sincerely.

Executive Chef

Lawrence Wells



Gmail                                         Lawrence Wells <lawrence.wells18@gmail.com>

---

## Just remember they salted ⌐ my food. And I had High Blood Pressure!

1 message

Lawrence Wells <lawrence.wells18@gmail.com>                    Thu, Sep 1, 2022 at 11:44 PM
To: "Alvonellos, Spyros" <SAlvonellos@gategroup.com>

---

**4 attachments**



**20220822_193843.jpg**
2513K



**20220825_040941.jpg**
2362K



**20220825_041113.jpg**
2104K



**20220822_193829.jpg**
2279K



**Medical Release for Dental Treatment**

Patient's Name: Lawrence Wells          Date of Future Treatment: _____

Dental Office: Peachtree Dental Group          Phone Number: 770-248-9112

I examined your patient Lawrence Wells on 8-24-22 and recommended the following dental treatment: Need teeth # 2, 4, 16, 17, 18, 19

Before proceeding, we want to ensure the patient can be treated safely. Your patient indicated that he/she has the following medical conditions: Hypertension

and/or is taking the following medication(s): _____

In your opinion, are there any contraindications in performing the needed dental treatment?

Do you recommend pre-medication? Yes _ No _ Type? _____

Medications recommended for pain and/or infection for this patient: _____

Other recommendations or instructions: _____

| Physician's Signature | Phone Number | Fax Number | Date |
|---|---|---|---|
| [signature] | 770-248-9112 | 770-631-0023 | 8-24-22 |

D.D.S./Specialist's Signature   Phone Number   Fax Number   Date

I hereby authorize my Physician to release any pertinent facts regarding my medical condition to the above named dentist/specialist.

Patient's Signature _____

Email: smile@peachtreecitydentalgroup.com
Subject: L. Wells MED RELEASE.

· Please · Thank you.

PEACHTREE
DENTAL GROUP AND ORTHODONTISTS

1001 N Peachtree Pkwy, Ste A
Peachtree City, GA 30269
770-268-9112

**Original Payment Details**

| | |
|---|---|
| Date: | 8/24/22 at 5:34 PM |
| Patient Name: | Lawrance Wells |
| Total Paid: | $580.00 |
| Transaction ID: | 1553475279-601 |

Payment Methods

Visa x7674 — $580.00

*Authorization number: 313322*
*Application ID:A0000000031010*
*Application Name:VISA DEBIT*
*Card Entry Mode:Chip*
*Authorization Mode:Issuer*

Rools Dessieux, DDS
ORAL SURGEON
PeachtreeCityDentalGroup.com

TO: Lawrence Wells

FROM: Pamela Shepherd

DATE: 8/22/2022

SUBJECT:   30 Day Performance Improvement Plan (PIP)

Because you have not been meeting the established standards of your job, this performance improvement plan has been designed to help facilitate your success with Gate Gourmet.

This plan addresses specific performance related breakdowns discovered during the performance fact-finding process.

The job performance expectations and timelines in this plan are not intended to be all inclusive.  We will meet on a weekly basis with Human Resources to assess the effectiveness of the support you will continue to be provided and measure actual job performance outcomes (listed below) against expectations.

We have had previous discussions concerning your performance.  Since there has been little or no improvement, we are providing this written Performance Improvement Plan (PIP).

It is essential we observe immediate and sustained job performance improvement.  Failure to successfully achieve and maintain the performance expectations for all areas of responsibility, as specified in your job description, may result in additional corrective action up to and including dismissal from the Company.  Dismissal may occur at any time during the 30-day review intervals.

In the guide below, I have identified the performance topics, current levels of performance, expectations, and outcomes relative to expectations.  We will meet on a weekly basis to assess your progress against established expectations.

Again, my objective is to raise your performance level to meet departmental/unit performance expectations.  I encourage you to use me as a resource.  You may reach me anytime on my mobile.

# Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## FW: Executive Chef - Guideline Package - Checklist

3 messages

**Blue, Duane** <DBlue@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Tue, Apr 19, 2022 at 10:00 AM

Fyi chef.  I am not sure if you can access your company email yet

**From:** Pinon, Philippe <          >
**Sent:** Tuesday, April 19, 2022 9:40 AM
**To:** Wells, Lawrence <          >
**Cc:** Blue, Duane <          >
**Subject:** Executive Chef - Guideline Package - Checklist

Hi Chef ,

As discussed , this is the all agenda for the next few days to go over .

Also, based on Corporate IT , your Phone and Laptop should be there today ,See FEDEX below

# Scheduled delivery:
# Tuesday, 4/19/2022 before 4:30 pm

**Philippe Pinon**

Area Executive Chef

gategroup

Culinary Excellence

              th Avenue

Miami, FL 33126

United States

Office:    +1 305 640 4523

Cell:      +1 703 839 0642

This message and any material transmitted herein may contain confidential, proprietary and/or legally privileged information. If the reader of this message is not the intended recipient, or is not the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this communication, including any materials transmitted herein, is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail, and delete this communication. While gategroup and its affiliates apply reasonable and prudent measures to screen outgoing electronic communications for computer viruses, malware and other malicious software and/or code, they accept no responsibility for damages resulting from accessing such communications. Therefore, recipients should take reasonable and prudent action to protect themselves from such malicious software and/or code. Thank you.

++++++++++++++++++++++++++++++++++++++++++

**2 attachments**

📄 **Executive Chef Guideline Package.zip**
20937K

📄 **Executive Chefs Integration Check List -Template.xlsx**
15K

---

**Blue, Duane** <DBlue@gategroup.com>
To: "Peters, Latiya" <lapeters@gategroup.com>, "Ashley, Ambi" <amashley@gategroup.com>, Lawrence Wells <lawrence.wells18@gmail.com>, Meera Nair <foodtech.meera86@gmail.com>, "Knuerr, James" <JKnuerr@gategroup.com>
Cc: "Wells, Elliot" <ewells@gategroup.com>, "Render, Eddie" <ERender@gategroup.com>

Tue, Apr 19, 2022 at 10:07 AM

Hello,

Please look out for a fedex delivery today.  Should be 2 laptops and 2 phones.

One for Chef Lawrence, One for Meera.

Let us know if it arrives.

Thanks

Duane

[Quoted text hidden]

**2 attachments**

📄 **Executive Chef Guideline Package.zip**
20937K

📄 **Executive Chefs Integration Check List -Template.xlsx**
15K

[Quoted text hidden]

6 attachments

gategroup  image001.jpg
               2K

        Scheduled delivery:          image002.jpg
Tuesday, 4/19/2022 before 4:30 pm  6K

gategroup  image001.jpg
               2K

        Scheduled delivery:          image002.jpg
Tuesday, 4/19/2022 before 4:30 pm  6K

Executive Chef Guideline Package.zip
20937K

Executive Chefs Integration Check List -Template.xlsx
15K

## EXECUTIVE CHEFS INTEGRATION CHECK LIST

### PROCESSES

| # | Process | Status | Description | Comments |
|---|---------|--------|-------------|----------|
| 1 | WASTE LOG | On Schedule | | COMMENTS |
| 3 | KNIFE LOG | On Schedule | HAVE TO TURN AM AND PM | SEE Q&A |
| 4 | CALL OUT PROCEDURE | On Schedule | MANDATORY DAILY KNIFE LOG | DAILY DONE BY MSP |
| 5 | OFFICE EQUIPMENT | On Schedule | SET UP ON EMAIL | HR |
| 6 | SACS TRAINING | On Schedule | SET UP EMAIL AND CREDENTIALS | HR |
| 7 | SCHEDULE | On Schedule | REVIEW SPECS, ORDERING/ LOADING RATIO ETC | SOP /TUTORIAL |
| 8 | CURRENT CUSTOMERS FLYING | On Schedule | WHERE TO FIND IT AND WHEN TO HAVE IT DONE | HR |
| 9 | VACATION | On Schedule | LEARN THERE RECIPES ASAP | RECIPE /SACS /PRINTOUT |
| 10 | CRA / HF/CF | On Schedule | WHERE TO FIND VACATIONS LIST FOR SCHEDULES/ BIDS | HR |
| 11 | DASH BOARD | On Schedule | PROCESS/ WHY /TIME ETC | SOP /TUTORIAL |
| 12 | MEAL BREAKS RULES | On Schedule | UPDATE/ WHERE TO FIND INFORMATIONS | COMPANY SHAREPOINT |
| 13 | ALL MANAGERS | On Schedule | WHEN AND WHY | SOP /TUTORIAL /HR |
| 15 | CAFETERIA | On Schedule | INFORMATION/ PHONE NUMBERS/CONTACT | SEE DISPACH |
| 17 | MENU READS | On Schedule | CREATE A NEW MENU / WORK WITH FOR DEAD STOCK | SOP |
| 18 | LISA TRAINING | On Schedule | WHEN , WHY ,HOW | COMMERCIAL /ACC.MGR/ UNIT CHEF |
| 19 | SACS ISSUES AND IT | On Schedule | DAILY SAFETY TRAINING WITH THE TEAM | Q&A |
| 20 | OCP 1/2 / CTB | On Schedule | WHO TO CONTACT / OPEN TICKETS | IT SERVICE DESK \| service.desk@gategroup.com |
| 21 | OPERATION | On Schedule | TRAINING AND DAILY APPLICATION | SOP /TUTORIAL/Q&A |
| 22 | FLIGHT SCHEDULE | On Schedule | UNIT HOUR | GM |
| 23 | DAILY UNIT MEETING | On Schedule | SACS | TRANSPORTATION MANAGER/ DISPACH |
| 24 | ACCOUNT MANAGERS | On Schedule | SCHEDULE | GM |
| 25 | WHAT ARE FACS | On Schedule | MEETING WITH ALL ACCOUNT MANAGER | GM TO SET UP |
| 26 | WEEKLY CHEF CALL | On Schedule | WHO TO TALK TO AND SEND CORRECTIVE ACTION | WEEKLY REPORT WITH GATE US CHEFS |
| 27 | UNIT TOUR | On Schedule | EVERY THURSDAY 2:50 PM EASTERN | MDC REPORT –WEEKLY-SHAREPOINT ACCESS |
| 28 | DAILY PATROL / SQRPS/ TRAINING | On Schedule | KNOW WELL THE UNIT | OPERATION MANAGER |
| 29 | COMMUNICATION BOARD | On Schedule | DAILY OR WEEKLY | Q&A |
| 30 | GOLDEN SAMPLE MEALS | On Schedule | DAILY UPDATE | OPERATION MANAGER/ GM |
| 31 | COLD FOOD PACKING OVERVIEW | On Schedule | DAILY WITH CF PRODUCTION | COMPANY STANDARDS |
| 32 | LEARNING OF ACRONYNS NAMES | On Schedule | COLD ROOM VISIT AND SPOT CHECK | WESTERN/HALAL SUPERVISOR |
| 33 | RATIONAL OVEN USE/ CLEANING PROCESS | On Schedule | AIRLINE / KRT/KDT/SPECS/MDC/ETC | SEE OPERATION MANAGER |
| 34 | KRONOS/PLANNER | On Schedule | DAILY CLEANING IN AND OUT | SOP /TUTORIAL |
| 35 | AUDITS | On Schedule | SCHEDULE AND PUNCHES | SOP /TUTORIAL/HR |
| 36 | SPML LIST | On Schedule | INTERNAL/CUSTOMERS/ THIRD PARTY /CORPORATE | CHECK LIST |
| 37 | KITCHEN CLEANING PROGRAM | On Schedule | LEARN QSAI DOCUMENTS | SHADOW AND TRAIN ASSIGNED CULINARY |
| 38 | DAILY KITCHEN HF AUDIT | On Schedule | MEET WITH QA | TRAINING /QA |
| 39 | WEEKLY MEAL EVALUATION / TASTING | On Schedule | YOU WILL NEED TO WALK ALL KITCHEN AREA DAILY | OPEN AND CLOSING DUTY CHECKLIST |
| 40 | PRODUCTION PLANNING | On Schedule | WILL NEED TO DO A FULL MEAL EVALUATION FOR AIRLINES | VIRTUAL CHEF'S TABLE |
| | | | VSP EXPLANATION | WORK STATIONS PRODUCTION SCHEDULE |

Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## (no subject)

Lawrence Wells <lawrence.wells18@gmail.com>
To: "Blue, Duane" <DBlue@gategroup.com>
Cc: "Wells, Lawrence" <lwells@gategroup.com>, "Peters, Latiya" <lapeters@gategroup.com>, "Shepherd, Pamela"
<PShepherd@gategroup.com>

Fri, May 13, 2022 at 9:26 AM

Yes, I agree.

But we need all the help we can get. This market is different from years ago. I would suggest one day in the future. We pay them for peice work.

If the finished early and the process and the product is consistent.

We will win across the board. Following guidelines it could be modified. And all the work is done just walk around.

If they finished in 6 hr inserted of 8.

And get paid for 8 we still win, and no overtime.

What a reward, I was told years ago, if you work 12 hours a day you are not effective or efficient!

So I have to look from the outside in.

This communication could be modified or offensive 😕 . But we have to brainstorm 🤔 . And we need everyone to stay with us. Or we train and retrain and spinning our wheels. We also need to teach them how to invest in the corporate environment. As extra added income. They all need to be in compliance!!!

Really.

Lawrence
[Quoted text hidden]

Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

# I would like to replace to permanent employee asap.
1 message

**Wells, Lawrence** <lwells@gategroup.com>
To: "Peters, Latiya" <lapeters@gategroup.com>
Cc: Lawrence Wells <lawrence.wells18@gmail.com>

Wed, Jun 22, 2022 at 5:19 AM

Good morning Latiya :

I would like to check if two of my permanent workers are still on probation if so I would like them both replace asap. Bad attitude and no respect for leadership. Not following direct orders.

Lauren Nash telling my employees they are doing too many jobs multitasking! We have a business to run and do not need negativity at the workplace. And have outburst at the work place auguing with me in front of kitchen staff. Yesterday I had to send her home at 7am.

They were all told in the morning staff briefing that we had corporate visits for the next few days. And we need tighten up!

Adrian Moore not on working station or assigned work area. Too busy chatting with female employees. Not following corporate recipes preproduction guidelines.

Delaying workload beating the clock for overtime. Yesterday I instructed him to take the food out of the braiser. Later on he told me he needed help making the fattata. I told him to make it. He told me my communication suck!

I as him what did he say to me! And he " stated my Communication Suck" I told him to clock out and go home and take the next day off if he liked. And if he wanted to come back to work it was his choice.

He coming to work on weekend and working a few hours and going home sick last week.

Portia Jones refused to follow direct orders when ask to help with staff meals. Stating in front of the kitchen staff it not her job. I was told my the GM it is part of her job.

I been looking for the shop steward for Weeks now.

Sincerely

Lawrence Wells

Sent from my iPhone

Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

---

## Noted for the record Mary- Jane Bonnaud Culinary Development Manager Catering Service Qatar.

18 messages

---

**Wells, Lawrence** <lwells@gategroup.com>
To: "Wells, Lawrence" <lwells@gategroup.com>, "lawrence.wells18@gmail.com" <lawrence.wells18@gmail.com>
Cc: "Shepherd, Pamela" <PShepherd@gategroup.com>

Sun, Jul 3, 2022 at 9:45 AM

Good Morning Pamela : I had the professional pleaser to meet Mary Jane Bonnaud Culinary Development Manager Catering Service Qatar.

Her approach was very unprofessional and the comments she stated in the meeting at around 1300 on Thursday 30th in the conference room at gate group 301. That if she was in charge hear she would terminate the Executive Chef & Sous Chef her threat was well noted. It was clear to me she was creating a hostile work environment. Her tone her body language and her comment needs to be address at corporate office for gate group. This type of attitude in the Middle East is unacceptable and should be address within the Qatar Hr.

As she stated that she had 16 year experience in the hospitality business. And she treated me and round table like animals is not away to talk to American In America. And to slander me with her unprofessional remarks, we are not in the Middle East. As you may know I have live in the Middle East ,UAE, Oman Muscat for some 4 years. And this type of behavior needs to be in compliance when dealing with American and Afro- American at the workplace in USA. And within the EEOC Guidelines. We have the right to be respected and talk to in a professional manner. Her approach in front of management was very disrespectful. And her demeanor was off.

And all the items that MJ has tasted on that day were fresh and we used company recipes we used.

Lawrence Wells

Executive Chef

gourmet

Atlanta Business Unit 301

a gategroup member

**Shepherd, Pamela** <PShepherd@gategroup.com>
To: "Wells, Lawrence" <lwells@gategroup.com>, "lawrence.wells18@gmail.com" <lawrence.wells18@gmail.com>

Sun, Jul 3, 2022 at 11:32 AM

Chef,

Qatar is our Customer, the very customer that pays for us to be here, maybe you were not aware of that.
I am afraid she was actually a lot nicer that I would have been in her position.
They pay premium dollars, spend millions on their brand, and we are huge part of that brand for them.
If this was one occurrence I would absolutely agree with you. However, It has been 6 -8 months of not be able to provide Culinary Service Correct out of this kitchen. We cannot follow a recipe; We cannot cook Paneer correctly, and in all honesty I cannot get food out of hot food timely. Today have been waiting on the Chicken for Chicken Biriyani.
I listen and do everything in my power to show her we are moving forward because my job; is putting 2 kids through college; I get the brunt of it all, you have no idea. We had been working on this Culinary side for 2 weeks, I put giant post it notes in Hot Food, we discussed it daily. The day of her visit, you could not tell we had fixed anything. What was served was so bad; that even I can't cook that bad.

Unfortunately, It is part of our industry. She was mild compared to Korean or Virgin, and Korean will be back on Wednesday this week, and we have a Qatar Audit on Thursday & Friday.
If she hurt your feelings, you might be in the wrong industry.

My biggest concern for all this is; Culinary! I can fix anything else in this unit. I cannot personally fix culinary.
This is not and will not be addressed outside of this unit. I assure you her remarks were reported up.
In all honesty you do not want to know what my bosses had to say.

I have attached a photo of your Paneer; any comments on that?

[Quoted text hidden]



**Paneer.jpg**
69K

---

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Shepherd, Pamela" <PShepherd@gategroup.com>
Cc: "Wells, Lawrence" <lwells@gategroup.com>

Sun, Jul 3, 2022 at 2:17 PM

The recipes guideline was that Cook in the oven at 380 degrees for 15 minutes. And it melted. We can the Chef and he said deep fry it.
[Quoted text hidden]

**2 attachments**

gourmet' image001.png
6K

gourmet' image001.png
6K

---

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Shepherd, Pamela" <PShepherd@gategroup.com>
Cc: "Wells, Lawrence" <lwells@gategroup.com>

Sun, Jul 3, 2022 at 2:18 PM

We called the chef .

---

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Shepherd, Pamela" <PShepherd@gategroup.com>
Cc: "Wells, Lawrence" <lwells@gategroup.com>

Sun, Jul 3, 2022 at 3:02 PM

I am in full planning support! As you know me you will see peices of movement. You know I came to work for weeks and weekends because I care.

Today I came in 5am again and I went to HK and had them cook the rice, I defrost 100# of chicken in the sink for service. That was little frozen I had purple potatoes and Biriyani at 9:45 am for breakfast.

The flavor profile was on point. But I had to put my foot down with one of the cook their. Who came to work late! I told him this is no joke here.

And I expect him to come to work on time!!! We will move them around. Or out I have no time to wait.

This is a fast moving process and we and you was to stay on track! I will make it my business to get this in full compliance.

They think I was off really not me! I will change their whole system.

They must not go home without food for the next day. I will get with Chef A now!
[Quoted text hidden]

---

**Shepherd, Pamela** <PShepherd@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>
Cc: "Wells, Lawrence" <lwells@gategroup.com>

Sun, Jul 3, 2022 at 3:49 PM

Thank You Chef!
All I need to see is we are moving in the right direction!
Appreciate it much!

Get

**From:** Lawrence Wells <         >
**Sent:** Sunday, July 3, 2022 3:02:40 PM
**To:** Shepherd, Pamela <      >
**Cc:** Wells, Lawrence <     >
**Subject:** Re: Noted for the record Mary- Jane Bonnaud Culinary Development Manager Catering Service Qatar.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]

---

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Shepherd, Pamela" <PShepherd@gategroup.com>
Cc: "Wells, Lawrence" <lwells@gategroup.com>

Sun, Jul 3, 2022 at 3:59 PM

I agree!
[Quoted text hidden]

---

**Shepherd, Pamela** <PShepherd@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>
Cc: "Wells, Lawrence" <lwells@gategroup.com>

Sun, Jul 3, 2022 at 4:03 PM

Bad new Korean will be here Wednesday and Qatar audit Thursday and Friday. We have to be ready

Get

# Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## Fwd: Unit e-mail
1 message

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Wed, Jul 27, 2022 at 6:57 AM

Sent from my iPhone

Begin forwarded message:

> **From:** "Shepherd, Pamela" <     >
> **Date:** July 26, 2022 at 2:39:27 PM EDT
> **To:** helpdesk <      >, "Jackson, Kendra" <          >
> **Cc:** DL_ATL_1002_OPS <      >
> **Subject: Unit e-mail**

The owner of this e-mail was Duane Blue, he is no longer with the company and I took his place.
Can I please get the contact list updated on this list to only include the following recipients:
or can it be owned by mean to update. Thanks,

DL_ATL_1002_OPS
Eliott Wells
Latiya Peters
Jessica Kuhn
Peggy Boyd
Keith Gillard
Adrian Coleman
LaMarcus Davis
Ashley Hampton
Kabba Secka
Vince Person
Mark Bass
Eddie Render
Lawrence Wells
Pamela Shepherd
Kendra Jackson

Pamela Shepherd

*General Manager International Gateway Unit #301*

Cell: 470-717-2058

Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## Issues with my Healthcare Plan.
2 messages

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Wells, Lawrence" <lwells@gategroup.com>, Lawrence Wells <lawrence.wells18@gmail.com>

Thu, Jul 28, 2022 at 10:45 PM

Good morning Pamela and Latiya :

I had contacted my gate Benefits on 7/19/2022 about my health insurance plan. I was told I was not enrolled in any plans.

I had received information in the mail. But I was not in the country because of my wife passing. I had contacted my gate Benefits because I have to go to the dentist asap. And they told me they would call me back. And it didn't happen.

So I did a follow-up yesterday, and was told my request had been denied. And I should file an appeal letter to explain my situation.

And that I should contacted my HR department. Which I did. I was also in formed that the next enrollment is October or November.

Is there an contacted person in Gate Group Headquarters Hr that I can speak to? So I can get the medical insurance life insurance, dental that I need.

I also will fill out my time records today and send it to you. Working around the clock since June 7, 2022 .

Sincerely.

📄 **image-24-05-22-11-36.jpeg** Olga Wells death certificate from embassy in Madagascar
153K

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Shepherd, Pamela" <PShepherd@gategroup.com>, "Peters, Latiya" <lapeters@gategroup.com>

Thu, Jul 28, 2022 at 10:46 PM

[Quoted text hidden]

📄 **image-24-05-22-11-36.jpeg** Olga Wells death certificate from embassy in Madagascar
153K

## Gmail

**Lawrence Wells <lawrence.wells18@gmail.com>**

---

**Fwd: pm update**
1 message

---

**Wells, Lawrence <lwells@gategroup.com>**
To: Lawrence Wells <lawrence.wells18@gmail.com>

Wed, Aug 3, 2022 at 5:21 AM

Sent from my iPhone

Begin forwarded message:

> **From:** "Wells, Lawrence" <                              >
> **Date:** August 3, 2022 at 5:20:36 AM EDT
> **To:** "Gilliard, Keith" <                    >
> **Cc:** "Shepherd, Pamela" <                              >, "Render, Eddie" <                              >,
> "Wells, Elliot" <                    >, DL_ATL_1002_OPS <                                        >,
> "Gueye, Abdoulaye" <                    >
> **Subject:** Re: pm update
>
> Good Morning:
>
> Chef Abdoulaye will do all short coming or extra food request Western Kitchen . He was here at that time
> we are not sergated at the work place! He works from 1200 -2100++ . And he will check before her leaves
> with the MOD.
>
> Sincerely,
>
> Lawrence
>
> Sent from my iPhone
>
>> On Aug 1, 2022, at 11:21 PM, Gilliard, Keith <                              > wrote:
>>
>>
>>
>> **From:**                      <                    >
>> **Sent:** Monday, August 1, 2022 11:26 PM
>> **To:** Gilliard, Keith <                    >
>> **Subject:** Attached Image

🗒 **1175_001.pdf**
47K

Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## I we did the schedule 2 days ago and it was posted Wednesday

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Shepherd, Pamela" <PShepherd@gategroup.com>, "Peters, Latiya" <lapeters@gategroup.com>, "Wells, Lawrence"
<lwells@gategroup.com>, Meera Nair <foodtech.meera86@gmail.com>, mnair@gategroup.com, "Gueye, Abdoulaye"
<agueye@gategroup.com>

Fri, Aug 5, 2022 at 6:01 AM

GOOD MORNING Pamela and Latiya:

We have a training process in place for all new hiring kitchen staff to learn Special Meals first.

And I will add a team member to 12- 8 shift in a few weeks.

I also would recommend that the QA CCP person Damon Seaborn be certified in HACCP and take the course in Food
Safety And Food Service ServSafe ASAP.

Or have a Culinary Background. And he should be able to prepare and prep in the kitchen. As an extra addition to the
team.

And another issue work shoes, employees working in sneakers 👟 .
Sincerely.

Lawrence



**20220805_054306.jpg**
2425K

# Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

---

## Fwd: Response to the written warning letter and final warning letter.
3 messages

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Mon, Jul 18, 2022 at 5:25 AM

Sent from my iPhone

Begin forwarded message:

> **From:** "Gueye, Abdoulaye" <                          >
> **Date:** July 17, 2022 at 8:41:16 PM EDT
> **To:** "Shepherd, Pamela" <                          >, "Wells, Lawrence" <
> "Peters, Latiya" <                          >, "Alvonellos, Spyros" <                          >,
>                          >,
> **Subject: Fwd: Response to the written warning letter and final warning letter.**

Get

> **From:** Chefabdoul Gueye <                          >
> **Sent:** Sunday, July 17, 2022 8:39:27 PM
> **To:** Gueye, Abdoulaye <                          >
> **Subject:** Fwd: Response to the written warning letter and final warning letter.

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> --------- Forwarded message ---------
> **From: Chefabdoul Gueye** <                          >
> **Date:** Sun, Jul 17, 2022 at 8:38 PM
> **Subject:** Response to the written warning letter and final warning letter.
> **To:** <                          >

📄 **chef.pdf**
66K

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Mon, Jul 18, 2022 at 5:26 AM

[Quoted text hidden]

📄 **chef.pdf**
66K

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Sat, Aug 6, 2022 at 12:31 PM

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

🗐 **chef.pdf**
66K

**To:**   Pamela Shepherd
Gate Gourmet
General Manager
Atlanta Unit 301

**RE:**   Response to the Written Warning Letter received dated 6/30 and signed 6/30
&
Response to the Final Warning Letter received dated 6/30/2022 and signed 7/09/2022

Dear Pamela,

This letter serves as an official complaint to the #1: Response to the Written Warning Letter received dated 6/30 and signed by me under duress 6/30. This letter stated that I am being warned of my deficiencies in my performance which you have deemed as being poor, and the belittling of my cooking skills for an airline that I have not been properly trained to cook for; and to take immediate corrective actions for your concerns (which no corrective active and no training offered).

Formerly, I was the Sous Chef for British Airways for Unit 171, where some of the procedures appear to be the same as unit 301, and some are new to me. I have never been a Qatar Chef before coming to 301 and I have not been properly trained of the proper policies and procedures. At no point have I been properly trained of the CCP procedures since returning from being furloughed due to covid-19 last year; but yet I am held responsible for not being able to produce according to your standards. I do not have the support of a permanent or consistent kitchen staff, nor upper management.

In my defense, I may seem unfocused because I have been consistently harassed, disrespected, and laughed at by you and others. You walk in daily and look my way without speaking but speak to others in my presence. This I feel is a form of bullying and intimidation towards me. I have others to inform me that you have stated that you do not like me nor the other gentleman of African descent; you do not like the way we talk and other horrible things that a person in upper management should not engage in. This and other intimidating factors; with an addition to the 2 write ups which are written on the same day but provided on 2 separate days to fill my employee file with negative and incorrect statements regarding my skills and post my position 3 days after receiving the first written warning. Gate Gourmet normally provides coaching and training when warnings are given. I was not given or offered any training

**Response to the Written Warning Letter received dated 6/30 and signed 6/30**
**CCP's**-The Executive Chef has not brought to my attention that the CCPs are not within code or incorrect. From having to retrain myself of the airline catering requirements from what I know working in another unit, I have correctly and timely completed CCPs in which I am responsible for. There was an extensive time that the electronic system was out.

**Cooking to specs recipes, and yields-**I have cooked according to the improper spec which the electronic system displays for Qatar. The spec requires no seasoning, but you, Pamela, have verbally demanded that I add salt and pepper to the food in which the spec does not call for. I have not had support in updating the spec which has been brought up in meetings. As you are aware, Qatar praised me for the tasting of foods cooked by me and under my administration 7/13 and I am sure that the comments prove my capabilities as I have to work with non working equipment, and try to teach unskilled cooks how to cook for one of the most complex airlines we serve.

**Halal Area-** I am unable to train an inconsistent staff. It takes more than a day or two to train staff. By the time they can be trained, there is a new unskilled employee in place to restart the process, with no support from any other source. If the equipment is not working, we must find other sources to use. I don't know if this is the case or not, but a conversation could have be established to determine reason for your concern.

**Expired Product**s-Although I may have missed a few expired products, I do the best that I can having to cook myself, train an inconsistent staff of the procedures, deal with the intimidation and harassment, and check for expired products. Maybe you went in before I was able to pull all of the products. Normally, leads assist with removing and discarding expired products. I have no support. Since the unit has limited staff, as a team, you and other members of management could lift a hand and support me in the areas where I lack due to this deficiency.

# Response to Final Warning Letter dated 6/30/2022 and signed under duress by me on 7/9/2022

Please provide an explanation as to why the accusations were not mentioned in the initial warning letter, including the statement about the Qatar Chef's visit. I have not violated any of your initial complaints against my work ethics. It appears that you have a vendetta against me. Instead of giving me the opportunity to be trained or assist with the kitchen shortage, you attack my character and work capabilities, and double write letters to make it seem as if I am incapable of doing my job effectively.

**CCP's-**Before and since your last warning letter, I have made sure to correctly and timely complete my CCPs. Please provide a more clarified explanation or proof of CCPs that I have not completed. I still have not received any formal training from any source. And the Executive Chef has not notified me of any improper CCPs.

**Cooking to Spec, Recipes, and Yields-** Again, Qatar's report should hold merit to my capabilities and focus even under the stressful situations you create. The spec is not updated. There are missing products which are not in the current spec in the ipad, and I must use both the paper log and electronic system. This has been brought up in the meetings. Having an inaccurate system and having to take time away from training and observing the unskilled cooks to document on logs takes up a lot of time. The Qatar Chef did not update the spec. The Executive Chef and others have complimented me on the taste and quality of the food I have cooked. This can become a challenge when forced to work with an inconsistent cooking staff.

I felt it very intimidating that you would allow the Qatar Chef to come in and belittle your team. The operation does affect

**PPE-**I wear my uniform, hair net, slip resistant shoes, masks, and clean Chef jacket during all times of production and work hours. However, during work hours while cooking, if my gear gets dirty, I do change into a clean uniform. Please provide a more clarified explanation of when I was not in proper PPE. This is an area in which I have NEVER had an issue.

**SOPs for Halal-**I am aware of OPRPs and PRPs learned at unit 171. Since returning from covid after being furloughed, I have not been trained on any SOPs at unit 306. Please indicate what SOPs I am not or have not followed.

**I would like these false letters removed from my employee file** and I be provided with proof regarding the accusations of both letters, especially the final letter. I would also like to be allowed the opportunity to be trained and get a sufficient amount of trained staff to assist the development and growth so that you will not be disappointed in and document false accusations in my employee file; and be compensated the same salary, as the posted salary presently locates on the website for my position which has been updated since the final warning letter that I received. I love my job as a Chef and my postion with Gate Gourmet. I do feel like there should be some change in the way we work as a team and how we are supported and trained and offer opportunities to perform our jobs according to gate gourmet's procedures. I would also like a response to this letter within 72 hours to the requests made.

Respectfully,

Chef Abdoulaye Gueye
7/15/2022

# Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

---

## Fwd: Lydia Hospedales
3 messages

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Tue, Jul 19, 2022 at 6:46 AM

Sent from my iPhone

Begin forwarded message:

> **From:** "Wells, Lawrence" <                     >
> **Date:** July 19, 2022 at 6:46:14 AM EDT
> **To:** "Shepherd, Pamela" <                     >, "Peters, Latiya" <                          >,
> "Wells, Elliot" <                     >
> **Subject:** Lydia Hospedales

Good Morning:

Few weeks ago I noticed that Lydia was talking in the kitchen for a period of time. I cautioned her that cellular phone are not allowed or used during working hours.

As I noticed that she was having a conversation with someone. I guess she was once again on a cell phone from her person. Or under her lab coat, I look to see if she had an ear piece.

She was talking for hours or so. I approached her again and told her she couldn't be on a cellphone. While on duty I had her come to HK and she was in a DEEP Conversation!!

This was very annoying for at least 1.5 to 2 hours! I asked her again that she could not be on a cellphone!

She said something so I walk away and it was time for her to leave. Yesterday I came through WK and again she was in a DEEP Conversation.

And I approached her in a professional manner. And ask her was she on her cellphone. And she had an outburst and said no, and asked me if I seen any cellphone or ear device on her!

I said no " She said she was talking to herself. I had spoken to Lauren Nash this morning. And she started that Lydia was taking for hours yesterday.

And when Elliott the Operation Manager approached her. She said he was in her personal space. And she was working with a knife in her hand. When Elliott was talking to her she had the knife point.

We had to keep and close eye on her. To make sure she is mentally stable or unstable at the work place.

I have spoken to her a few times but her talking to someone or on her phone that I did not see. Or was she having a conversation with herself!!!!

I have also spoken to Taun Nguyen about her and he CONCUR!!!!

Sincerely

Lawrence

Sent from my iPhone

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Tue, Jul 19, 2022 at 5:06 PM

[Quoted text hidden]

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Sat, Aug 6, 2022 at 12:32 PM

Sent from my iPhone

Begin forwarded message:

> **From:** "Wells, Lawrence" <                    >
> **Date:** July 19, 2022 at 5:06:37 PM EDT
> **To:** Lawrence Wells <                    >
> **Subject: Fwd: Lydia Hospedales**

[Quoted text hidden]

# Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## Re: Halal organization progress

2 messages

**Wells, Lawrence** <lwells@gategroup.com>
To: "Harribey, Sylvain" <SHarribey@gategroup.com>
Cc: Lawrence Wells <lawrence.wells18@gmail.com>

Thu, Jul 21, 2022 at 7:21 AM

Good Morning Chef: We are moving forward, I need to get some 12 Paring Knife none at the unit. Also I will do a follow up on all new kitchen knives, I have sent a request to the GM.

And Chef we were bombarded with No Call No Show, since you left. At times the GM is doing the best she can do to support US! Temp not showing up on a schedule or coming in on there days off. And not coming in on schedule days.

Last week at the most we had me and 2 to 3 cooks. We had 4 temps yesterday only 2 show up so far. But we keep moving Chef. I still remember how to tournee. We still have Medina and Korean all day.

Chef we have 6 cases of patty pans in the store room. And the cut vegetables gave us some justice. Also the older lady in HK been out since last week. And I been working her station because we had no staff and doing back ups.

Each time I try to set up the carts. We get slam and I have to triple up and double check and double down. Last week we added a pm shift some we could stay ahead. But no one show up on the cold kitchen floor!

But I am hear since June 6 without a day off trying to stay positive and positive positive!!! On my commitment to the Brand Chef. As you seen some positive reviews on HK. I put my best foot forward Chef!!!

Regards.

Lawrence

Sent from my iPhone

> On Jul 19, 2022, at 3:45 PM, Harribey, Sylvain <                    > wrote:

Bonjour chefs,

Where are you at with the processes we discussed while I was here last week?
Are you on track or not?
If not, what are the obstacles?
I want to make sure that I did not come for anything and that we need to change things in ATL in order to get flights out on time.
Also food quality must be a priority. The last pictures I saw , the squash for the seabass were not up to standards, looks again like chunks not tournee.( because of sub)
I will schedule a team's call around 3 pm tomorrow.
Thank you

Culinary Regards,

Sylvain Harribey
Area Executive Chef
Gategroup

gategroup

Cell: ~1 323-556-4608

**Food Network's "Chopped" Winner**



---

**3 attachments**

 **ATT80656.jpg**
2K

 **ATT90545.jpg**
3K

**ATT45124.jpg**
3K

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Sat, Aug 6, 2022 at 12:34 PM

Sent from my iPhone

Begin forwarded message:

> **From:** "Wells, Lawrence" <                    >
> **Date:** July 21, 2022 at 7:21:11 AM EDT
> **To:** "Harribey, Sylvain" <                    >
> **Cc:** Lawrence Wells <                    >
> **Subject: Re: Halal organization progress**

Good Morning Chef: We are moving forward, I need to get some 12 Paring Knife none at the unit. Also I will do a follow up on all new kitchen knives, I have sent a request to the GM.
[Quoted text hidden]

Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## Fwd: Temp Xavier will not be on the schedule and should be replace by Friday
11 messages

Wells, Lawrence <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Sat, Jul 16, 2022 at 11:05 AM

Sent from my iPhone

Begin forwarded message:

> From: "Wells, Lawrence" <
> Date: July 16, 2022 at 9:38:03 AM EDT
> To: "Shepherd, Pamela" <                        >, "Peters, Latiya" <                        >,
> "Gueye, Abdoulaye" <                        >
> Subject: Fwd: Temp Xavier will not be on the schedule and should be replace by Friday

Good Morning All: Today day Adrian Moore did not report to work, Yesterday 7/15/2022 he did not come to work. Full Time Employee. He need to be replaced.

Deshun Blackstone did not report to work today 5/16/2020 He need to be replace.

Dwasynasia Heath did not report to work today 7/16/2022 and 7/15/2022. Full Time Employee. She needs to

Ronnie McPherson did not come yesterday 7/15/2022 and today 7/16/2022 Temp.

Xavier did not come to work yesterday 7/15/2022 and today 7/16/2022. Temp.

Lydia Hospedale came to work on her day off but she did not report to work 7/13/2022 , 7/14/2022 Full Time Employee

And Priscilla Carroll is out on medical since Thursday 7/14/2022 until now. And all the new employees did not return to work 3 days!!

So we are short 6 employees 4 full time staff and
2 temp's. Me cand Chef Adul are cooking for QA.
Sent from my iPhone. They are playing games with us.

Lawrence

Begin forwarded message:

> From: "Wells, Lawrence"b <
> Date: July 12, 2022 at 12:30:00 PM EDT
> To: "Peters, Latiya" <                        >
> Subject: Temp Xavier will not be on the schedule and should be replace by Friday

Good Afternoon Latiya:

We need to replace Xavier not really a cook , roasted 60# of rice in the oven yesterday it had to be on the waste report. The oven should be on steam and have no knife skills. And he was a No call No Show Sunday And today as well!

And Dwasynasia Heath was a No call No Show Sunday, I do not know id she will come to work tomorrow.

Deshun Bankstone Called in sick on Sunday and last Week on Wednesday he call sick . He will get a note to file tomorrow if he comes to work.

I also ask Ronnie McPherson to apply on line. Looks like we are short 3 full time cooks.

Lawrence Wells

Executive Chef

## gourmet

Atlanta Business Unit 301

a gategroup member

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Sat, Jul 16, 2022 at 11:05 AM

[Quoted text hidden]

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Sun, Jul 17, 2022 at 5:58 AM

Sent from my iPhone

Begin forwarded message:

> **From:** "Wells, Lawrence" <              >
> **Date:** July 17, 2022 at 5:57:50 AM EDT
> **To:** "Shepherd, Pamela" <              >, "Peters, Latiya" <              >,
> "Gueye, Abdoulaye" <              >, "Nair, Meera" <              >
> **Subject:** Re: Temp Xavier will not be on the schedule and should be replace by Friday

Good Morning:

Mr. Adrian Moore who was MIA show up for work this morning. I had suggested that he go to HR and that I would talk to the GM. Today and I told him to work! He came back in the office to tell me if he goes to HR.

She would let him go, I told him to work. So now he want to walk off the job. I told him he would have to take that issue up with HR. He had so many issues hear all ready.

I would suggest that we find a replacement for his position asap. Before he reaches his 90 days.

And the gentleman who was training for QA CCP . Was sitting down on the job the first day. He also has no food knowledge at all!

On his cellphone while I been busting my buns off since June 6, 2022. Working 12 to 14 odd hours a day! With no days off, I would suggest that we let some in house culinary experience staff do this job!!

Also he did not complete the tasks in hand. And left all the food unwrap in the cooler. He knows nothing about food safety at all.

I recommend that we have Portia Jones do this job!!! ASAP!!!

She knows The Whole System!! And hire a cook from the outside. Portia cooking skill are not up to par any how. We need new cooks on board!!

Sincerely

Lawrence

Sent from my iPhone

> On Jul 16, 2022, at 9:38 AM, Wells, Lawrence <          > wrote:
>
> Good Morning All: Today day Adrian Moore did not report to work, Yesterday 7/15/2022 he did not come to work.  Full Time Employee. He need to be replaced.
>
> Deshun Blackstone did not report to work today 5/16/2020 He need to be replace.
>
> Dwasynasia Heath did not report to work today 7/16/2022 and 7/15/2022. Full Time Employee. She needs to
>
> Ronnie McPherson did not come yesterday 7/15/2022 and today 7/16/2022 Temp.
>
> Xavier  did not come to work yesterday 7/15/2022 and today 7/16/2022. Temp.
>
> Lydia Hospedale came to work on her day off but she did not report to work 7/13/2022 , 7/14/2022 Full Time Employee
>
> And Priscilla Carroll is out on medical since Thursday 7/14/2022 until now. And all the new employees did not return to work 3 days!!
>
> So we are short 6 employees 4 full time staff and
> 2 temp's. Me cand Chef Adul are cooking for QA.
> Sent from my iPhone. They are playing games with us.
>
> Lawrence
>
> Begin forwarded message:
>
> [Quoted text hidden]

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Sun, Jul 17, 2022 at 7:25 AM

Sent from my iPhone

Begin forwarded message:

> **From:** "Wells, Lawrence" <                                    >
> **Date:** July 17, 2022 at 7:25:10 AM EDT
> **To:** "Shepherd, Pamela" <
> "Gueye, Abdoulaye" <                                    >, "Peters, Latiya" <                                    >,
>                                                  >, "Nair, Meera" <                                    >
> **Subject: Re: Temp Xavier will not be on the schedule and should be replace by Friday**

It's was 0630 I don't see Mr. Moore I need to check his time clock in and clock out!

Regards

Lawrence

PS: Heath Dwasnasia, Bankstone Deshun, Carroll Priscilla, Ronnie McPherson, Xavier and the 3 employees did not show up.

Only 2 cooks in the kitchen one prep and me , Tuan, Abdoulaye!

Sent from my iPhone
[Quoted text hidden]

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Sat, Aug 6, 2022 at 12:26 PM

[Quoted text hidden]

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Sat, Aug 6, 2022 at 12:27 PM

[Quoted text hidden]

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Sat, Aug 6, 2022 at 12:29 PM

Sent from my iPhone

Begin forwarded message:

> **From:** "Wells, Lawrence" <                                    >
> **Date:** July 16, 2022 at 9:38:03 AM EDT
> **To:** "Shepherd, Pamela" <
> "Gueye, Abdoulaye" <                                    >, "Peters, Latiya" <                                    >,
> **Subject: Fwd: Temp Xavier will not be on the schedule and should be replace by Friday**

Good Morning All: Today day Adrian Moore did not report to work, Yesterday 7/15/2022 he did not come to work. Full Time Employee. He need to be replaced.

Deshun Blackstone did not report to work today 5/16/2020 He need to be replace.

Dwasynasia Heath did not report to work today 7/16/2022 and 7/15/2022. Full Time Employee. She needs to

Ronnie McPherson did not come yesterday 7/15/2022 and today 7/16/2022 Temp.

Xavier  did not come to work yesterday 7/15/2022 and today 7/16/2022. Temp.

Lydia Hospedale came to work on her day off but she did not report to work 7/13/2022 , 7/14/2022 Full Time Employee

And Priscilla Carroll is out on medical since Thursday 7/14/2022 until now. And all the new employees did not return to work 3 days!!

So we are short 6 employees 4 full time staff and
2 temp's. Me cand Chef Adul are cooking for QA.
Sent from my iPhone. They are playing games with us.

Lawrence

Begin forwarded message:

[Quoted text hidden]

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>                    Sat, Aug 6, 2022 at 12:29 PM

[Quoted text hidden]

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>                    Sat, Aug 6, 2022 at 12:31 PM

Sent from my iPhone

Begin forwarded message:

> **From:** "Wells, Lawrence" <                    >
> **Date:** July 17, 2022 at 5:58:15 AM EDT
> **To:** Lawrence Wells <                    >
> **Subject:** Fwd: Temp Xavier will not be on the schedule and should be replace by Friday

[Quoted text hidden]

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>                    Sat, Aug 6, 2022 at 12:34 PM

Sent from my iPhone

Begin forwarded message:

> **From:** "Wells, Lawrence" <                    >
> **Date:** July 21, 2022 at 7:36:06 AM EDT
> **To:** "Harribey, Sylvain" <                    >
> **Subject:** Fwd: Temp Xavier will not be on the schedule and should be replace by Friday

This is private Chef it is being worked on. The GM is helping me with this!

Sent from my iPhone

Begin forwarded message:

**From:** "Wells, Lawrence" <                          >
**Date:** July 17, 2022 at 7:25:10 AM EDT
**To:** "Shepherd, Pamela" <
<                          >, "Gueye, Abdoulaye" <              >, "Peters, Latiya"
<                          >, "Nair, Meera"                          >,
**Subject: Re: Temp Xavier will not be on the schedule and should be replace by Friday**

It's was 0630 I don't see Mr. Moore I need to check his time clock in and clock out!

Regards

Lawrence

PS: Heath Dwasnasia, Bankstone Deshun, Carroll Priscilla, Ronnie McPherson, Xavier and the 3 employees did not show up.

Only 2 cooks in the kitchen one prep and me , Tuan, Abdoulaye!

Sent from my iPhone
[Quoted text hidden]

**Wells, Lawrence <lwells@gategroup.com>**
To: Lawrence Wells <lawrence.wells18@gmail.com>                    Sat, Aug 6, 2022 at 12:35 PM

[Quoted text hidden]

# Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## Fwd: Chef I think I will miss the chef meeting lots of temps training.
1 message

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Sat, Aug 6, 2022 at 12:35 PM

Sent from my iPhone

Begin forwarded message:

> **From:** "Wells, Lawrence" <                          >
> **Date:** July 21, 2022 at 12:42:33 PM EDT
> **To:** "Harribey, Sylvain" <                    >, "Pinon, Philippe" <                    >
> **Subject: Chef I think I will miss the chef meeting lots of temps training.**

Good Afternoon Chef: Few temps today I will not be able to come on line today. I cannot leave them alone for a few seconds. They are all new Chef and we are still in the Audit faze . I try to call you but you are busy. Lots of moving parts.

Regards.

Lawrence

Sent from my iPhone

Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## Fwd: Just doing a follow up on the results from Qatar on the feed back on the tasting meal last week.

4 messages

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Sat, Aug 6, 2022 at 12:30 PM

Sent from my iPhone

Begin forwarded message:

> **From:** "Wells, Lawrence" <                          >
> **Date:** July 16, 2022 at 11:31:54 AM EDT
> **To:** "Jackson, Kendra" <                          >
> **Cc:** "Gueye, Abdoulaye" <                          >
> **Subject:** Just doing a follow up on the results from Qatar on the feed back on the tasting meal last week.

Good Morning Kendra:

On a positive note did we get the feedback in writing from Qatar staff who had the opportunity to taste the food we provided and prepared.

Sincerely.

Lawrence

Sent from my iPhone

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Sat, Aug 6, 2022 at 12:30 PM

[Quoted text hidden]

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Sat, Aug 6, 2022 at 12:30 PM

[Quoted text hidden]

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Sat, Aug 6, 2022 at 12:35 PM

Sent from my iPhone

Begin forwarded message:

> **From:** "Wells, Lawrence" <                          >
> **Date:** July 22, 2022 at 6:22:11 AM EDT

To: "Shepherd, Pamela" <                              >
Subject: Fwd: Just doing a follow up on the results from Qatar on the feed back on the tasting meal last week.

[Quoted text hidden]

# Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## Employee work ethic on assuming that it's not their jobs!!
6 messages

**Wells, Lawrence** <lwells@gategroup.com>
To: "Shepherd, Pamela" <PShepherd@gategroup.com>, Lawrence Wells <lawrence.wells18@gmail.com>
Cc: "Gueye, Abdoulaye" <agueye@gategroup.com>
Tue, Jul 26, 2022 at 6:30 AM

Good Morning Pamela:

Yesterday morning during pre shift for 5 am starting staff. Portia Jones refused to follow direct orders. When told to help with staff meals. And was complaining about the prep process when she was off the day before.

So I got Chef Abdoulaye to bring Lauren Nash to the office to work out a positive attitude support to their issues. And that if I give them direct orders they have to comply. We left the meeting on a clear position on what is expected out of them both.

At 1000 the account manager came in the kitchen from VA. And stated she needed potatoe pancakes. It which I instructed Lauren Nash to prepared and she refused! I explained to her the VA needed them ASAP. She told me she was doing something and said she had too much to do all ready.

Then I asked Portia Jones to do it she refused in a loud tone. In front of all the temp workers. At this point I had to do it myself. So I got all the ingredients and mix them up. By this time it was 1100 and lunch was coming and would be late.

I instructed Lauren Nash and Portia Jones to pick up the lunch and they refused. Lauren told me she had too much work and that I should sent her home!! I refused to sent her home as she want. And that she would quit!

Then the account manager came and ask me to cook lunch for 12 for 1230 and I had. When ask for the both of them to pitch in it was a song and a dance! I had to go get the sub roll from the store room. Twice I ask the store keeper. And the were rock frozen I had to steam them.

By 1130 that's when Portia and Lauren comply. And the lunch was going to be late. At 1300 the Union Representative came to me to discuss and issues that Portia and Lauren had brought to his attention.

Like I told him in front of Chef Abdoulaye that they were giving direct orders and did not comply in a timely manner. It this point Lauren Nash was rude and her attitude was rude!

I left the meeting and let chef Abdoulaye handle them both as the Sous Chef. I will let chef handle all disputes with kitchen staff and conflicts and resolution moving forward.

And her will assist me and build a better team environment!

Sincerely,

Lawrence Wells

Sent from my iPhone

---

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Wells, Elliot" <ewells@gategroup.com>
Tue, Jul 26, 2022 at 4:41 PM

FYI

[Quoted text hidden]

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>
Sat, Aug 6, 2022 at 12:37 PM

Sent from my iPhone

Begin forwarded message:

> **From:** "Wells, Lawrence" <                              >
> **Date:** July 26, 2022 at 6:30:03 AM EDT
> **To:** "Shepherd, Pamela" <
> **Cc:** "Gueye, Abdoulaye" <                    >, Lawrence Wells <                              >
> **Subject: Employee work ethic on assuming that it's not their jobs!!**

Good Morning Pamela:
[Quoted text hidden]

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Sat, Aug 6, 2022 at 12:38 PM

Sent from my iPhone

Begin forwarded message:

> **From:** "Wells, Lawrence" <                              >
> **Date:** July 26, 2022 at 6:30:03 AM EDT
> **To:** "Shepherd, Pamela" <
> **Cc:** "Gueye, Abdoulaye" <                    >, Lawrence Wells <                              >
> **Subject: Employee work ethic on assuming that it's not their jobs!!**

Good Morning Pamela:
[Quoted text hidden]

---

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Alvonellos, Spyros" <salvonellos@gategroup.com>

Fri, Aug 12, 2022 at 3:45 PM

Please keep this confidential.

--------- Forwarded message ---------
From: **Wells, Lawrence** <                              >
Date: Tue, Jul 26, 2022 at 6:30 AM
Subject: Employee work ethic on assuming that it's not their jobs!!
To: Shepherd, Pamela <                    >, Lawrence Wells <                              >
Cc: Gueye, Abdoulaye <                    >

[Quoted text hidden]

---

**Alvonellos, Spyros** <SAlvonellos@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Fri, Aug 12, 2022 at 3:56 PM

Is the statement in the email below? Or is there another one?

**Spyros G. Alvonellos**

Director, Human Resources

gategroup

Network BU

Tel +1 404 801 3911

Mob +1 478 951 4477

salvonellos@gategroup.com | www.gategroup.com

This message and any material transmitted herein may contain confidential, proprietary and/or legally privileged information.  If the reader of this message is not the intended recipient, or is not the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this communication, including any materials transmitted herein, is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail, and delete this communication. While gategroup and its affiliates apply reasonable and prudent measures to screen outgoing electronic communications for computer viruses, malware and other malicious software and/or code, they accept no responsibility for damages resulting from accessing such communications.  Therefore, recipients should take reasonable and prudent action to protect themselves from such malicious software and/or code.  Thank you.

**From:** Lawrence Wells <                              >
**Sent:** Friday, August 12, 2022 3:45 PM
**To:** Alvonellos, Spyros <                    >
**Subject:** Fwd: Employee work ethic on assuming that it's not their jobs!!

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]

Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## Please replace some of the temps and change them out. Not following production schedule. Working too slow poor job performance.

3 messages

**Wells, Lawrence** <lwells@gategroup.com>
To: "Peters, Latiya" <lapeters@gategroup.com>
Cc: Lawrence Wells <lawrence.wells18@gmail.com>

Thu, Jul 28, 2022 at 10:38 AM

Good Morning Latiya: These temp are not coming to work on time. And Working too slow!!!

Courtney Grover - Not reporting to work on time and putting 5 am on his time sheets and coming to work at 8 am or so. Tuesday, Wednesday, Thursday today start time was 5am came in at 8am!

Allen Graves - Working too too too slow! No productivity all day!

Albert Wright - Too slow no productivity! Not coming to work on time  Tuesday,Wednesday, last weekend.

Can you please replace them!

Alisha Walker will be replaced by Walter Gamble new hire.

Please inform temp management that they will not be working as of tomorrow or this week end!

Albert Wright - off today and tomorrow.
Alisha Walker- off Saturday and Sunday.

Allen Wright - off today and tomorrow

PS: Lauren Nash stated this week she had a death in her family. I told her she needed to go to HR. She gave me a request for 7/ 30,31,- 8-1 I didn't sign it. She did not tell me that she had told HR.

Damon Seaborn - not following his schedule was seen at 1230 yesterday. That was the first time I had seen him. And today came in 0937 and was scheduled at 0900.

Sincerely
Lawrence

Sent from my iPhone

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Sat, Aug 6, 2022 at 12:40 PM

Sent from my iPhone

Begin forwarded message:

> **From:** "Wells, Lawrence" <                    >
> **Date:** July 28, 2022 at 10:38:28 AM EDT
> **To:** "Peters, Latiya" <                    >
> **Cc:** Lawrence Wells <                    >
> **Subject: Please replace some of the temps and change them out. Not following production schedule. Working too slow poor job performance.**

Good Morning Latiya: These temp are not coming to work on time. And Working too slow!!!

[Quoted text hidden]

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Sat, Aug 6, 2022 at 12:40 PM

Sent from my iPhone

Begin forwarded message:

> **From:** "Wells, Lawrence" <                    >
> **Date:** July 28, 2022 at 10:38:28 AM EDT
> **To:** "Peters, Latiya" <                    >
> **Cc:** Lawrence Wells <                    >
> **Subject: Please replace some of the temps and change them out. Not following production
> schedule. Working too slow poor job performance.**
>
> Good Morning Latiya: These temp are not coming to work on time. And Working too slow!!!
> [Quoted text hidden]

# Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## Respond to GM & HR I did not get a form for a written statement yesterday.

Alvonellos, Spyros <SAlvonellos@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Fri, Aug 12, 2022 at 3:56 PM

Ok, I have it, thank you

**Spyros G. Alvonellos**

Director, Human Resources

gategroup

Network BU

Tel +1 404 801 3911

Mob +1 478 951 4477

salvonellos@gategroup.com | www.gategroup.com

This message and any material transmitted herein may contain confidential, proprietary and/or legally privileged information.  If the reader of this message is not the intended recipient, or is not the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this communication, including any materials transmitted herein, is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail, and delete this communication.  While gategroup and its affiliates apply reasonable and prudent measures to screen outgoing electronic communications for computer viruses, malware and other malicious software and/or code, they accept no responsibility for damages resulting from accessing such communications.  Therefore, recipients should take reasonable and prudent action to protect themselves from such malicious software and/or code.  Thank you.

**From:** Lawrence Wells <                              >
**Sent:** Friday, August 12, 2022 3:55 PM
**To:** Alvonellos, Spyros <                              >
**Subject:** Fwd: Respond to GM & HR I did not get a form for a written statement yesterday.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

———— Forwarded message ————

[Quoted text hidden]

[Quoted text hidden]

On the weeks of July 14-22, I have instructed Chef Abdoulaye that she was going to make special meals. Because she had a problem working with Chef Abdoulaye Gueye. And he had suggested me to move her out of HK. And that she had some issues when he told her to work. Chef Abdoulaye told me she works better with me since I was the first one who was training her. After the first day she was doing okay. The second had she was not okay.

The third day she flips out and started crying and whining about the job. she could not do it and she wanted to be removed. I told her she could leave and go home; she left the kitchen. And we could not find her. When she came to work, she looks high or stone or something. She needs to be drug tested.

.

On July 30, 2022, I was working in the Halal Kitchen at 0400 and I did not see India . Who was schedule to work at 0500? I had to prep all the missing items for QA. Until the temp shows up for work at 0800. Chef Abdoulaye came to work at 1200 and show up in the kitchen at 1230. This was the first day to adjust all the preparation for 2 days in advance for QA. When India shows up for work on her schedule day off, I let her work because we were short. I ask her why she did not show up for work on Saturday.

July 30, 2022, she told me Chef Abdoulaye had change her days off. I believe Chef Abdoulaye was mad that he had got his schedule change and gave her the days off. So, we would get a delay if things were not ready on time! Without telling me, keep in mind if he did as he said he did.

He knew I would be working on the start up by myself at 0500 but I came in at 0400 on July 30, 2022. That's why I came in early because the equipment was broken. No braiser, and we were cooing in 3 round doe pots, in QK. And if I did not come in early, we would have got burned!! And the flight would have been late!! So, I as proactive!!!

On August 2, 2022, India came in the QK at 0524 late, I did not say nothing to her yet. I instructed her what to do. She did not have a list from Chef Abdoulaye because he was off. And he did not leave a list for the night before.

But I seen Eddie and he show me a production list that Chef Abdoulaye had let him. Or had given to him that had done with a Marker. That you could not read. Around 0115 I notice India had made some omelets and they were over cooked. And not up to QA Standards, I explain to her that they need to be discard and remade.

She "Why do I have a problem when she does something, but Chef Abdoulaye had no problems with her work. I told her they were over cooked, and she could not serve that at all. She walks off the job and left the kitchen. So, I made all 40 omelets myself, when she returned late about 45 minutes.

I ask her what happen to her on Saturday she told me that Chef Abdoulaye had change her working schedule.

I told her I write the schedule not Chef Abdoulaye!! She started to argue with me in front of the temp worker. Telling her to her JOB!! On A Direct Order!! She Wanted Me To Do Her Job once again. Clear sign of INSUBORDINATION.

I ask her let got to the office, and she told I could not talk to her any way. So, I took her to the QA office and explain to her it was not the first time she had spoken to me with attitude in front of temps or kitchen workers. And that I get paid to correct her and direct her, that was my job. I went back to the QK and completed the workload for the day.

The next day on August 3, 2020, I show her once again how to make Omelettes correct.

On August 4, 2022, when Chef Abdoulaye came to work I gave him a debrief on what had happen and told him what India had done and said. That he did not have a problem with her work habits. But I told him all the omelettes were way overcook and Brown!!

I told him about the Salted Peach Cobbler that I had made that morning!! That some one in the kitchen had put about 1 -2 cups of salt in the mix. And that I had bake the cobbler for the kitchen. I was asked by Portia Jones, Elizabeth Henry, that I make a mean cobbler and if I have time could I make one for the kitchen staff.

So, I made one then Chef Philippe Pinon came in the kitchen this morning. So I had it half was done I stop, the peaches from cooking. And told Portia Jones, Elizabeth Henry, that I would finish it in the morning.

But I have some time when they were on their lunch break at 1100. So I mix the Flour 5 cp, Sugar 5cp, Bake Power 10 teaspoon, Milk 3/3/4 cp and Salt 1/14teaspoon and 30 TBS of Melted Butter In A Bowl in HK.

The only one in the kitchen at the time was Chef Philippe Pinon and India and myself. I took the mixture to WK and added the milk and went to get the peaches mixture from the refrigerator. And went to get the pan to bake 2 small ones for them. Leaving the mix on the table. And I prepared the cobbler and place it in the Combi over.

I also told Chef Philippe Pinon that the combi over was not working properly and that the repaired man for Rational had come. And he left the panel open, so Chef Philippe Pinon came and check the Combi oven with me. And he seen the cobbler in the over.

Later I came back to see if the cobbler were done it was out of the over. I came back some time later and I was told it was in the warner for the cafeteria.

And I got a bowl and I taste it was FULL OF SALT FULL I ASK WHO DID THIS!! I told them in the kitchen I do not ---- around with people food. And that was wrong to do that to me or anyone.

I am the Executive Chef why would they do that!! I told them no overtime we had all new workers. And overtime is not required now that we have full staff!! I threw it in the garbage.

Portia Jones, Elizabeth Henry, also had tasted it before I did, and they said it was totally wrong to do that!! I made the Peach Cobbler to appreciation for the hard work that they did when Lauren Nash was out for 5 days or more last week!! This is unacceptable at the Food Service Workplace Or Industries to tint someone food or my food I am cooking for staff!!

Few hours later Lauren Nash told me I need to get someone else to special meals for the cold kitchen. I told her to mine her business and to stay in her lane. That was a manager decision to have those new employee train on those Special meals.

Because if something happens, we would be in trouble and we would collapse. Lauren Nash has a habit of telling new staff not to do this or that. Then the Walter Gamble who was doing special meals told me that. He did not want to do them, and he wanted to cook. I explain to him that all new employee in the kitchen had to learn special meals. He asked if he could be transfer to the cold kitchen. Keep in mind it was his second day on the job!!

Lauren Nash telling them how to refuse the direct orders. And in the pre shift line up, I had introduced the new team members to the kitchen staff. And explain to the chain of command. I explain to them it would take me time to remember their names. And later that day I approached one on the new hires and she was in HK taking off the glove. I explain to her that this was a restricted area HK.

And Shameka M Benn had an attitude on the first day of work.

I told Tuan Nguyen and he told me she did not want to work either. And she had attitude with him also!!

On August 5, 2022, I came to work at 0500 and there was no prep list left from the night before. That I had requested from Chef Abdoulaye. So, I requested from the floor manager in Cold kitchen HC. I once again was the only chef in HK. Working on the prep list, and the omelettes from the day before was not made.

At around 1015 I have made another cobbler and put it in the over while WK staff was working. Because the day before someone had salted the cobbler. So I made it over for the staff. When I came back to find it, I was told by Lauren Nash it was on the table, so she gave it to the cafeteria. I told her it was for the kitchen staff for the hard work they had did last week. And she started to laugh, and I ask her to use common sense.

Because she knew what happen the day before with the salted cobbles. She deliberately gave it away and thought it was funny!! Why did she do that, she was in the kitchen the day before. On the came table I was making the cobbler and knew about the salt.

What if the cobbler for a guest or the GM Or Chef Philippe Pinon???

I was also told that chef Philippe Pinon was laughing the day before when I told the staff about the salt in the cobbler. He knows who did it or did he do it to see how I would react!! Or was this a set up!?

Also, while working in the HK kitchen, I pick up the I pod, and I did not notice it was the Chef Philippe Pinon. Sent an e-mail to the GM stated that I was unorganized which was bias. All the flight for QA and were separated in the walk-in and I did not know he was coming this day. And the CK QC was all pack up my 1130 and finish so how can I be unorganized?? And all the meals are up by at 2 days advance! I did not read the rest I put the I Pod down.

At 1200 Chef Philippe Pinon said he was going a tasting for VA and I had to be present. So I got the other chef and we all went over to the test kitchen. At 1300 he returned back to HK and some missing items we to do. Eddie came over to double check, when doing so he ask Chef Abdoulaye are things ready. **Chef Abdoulaye said nothing ready.**

I told not to say that, and I ask Eddie to come to me. I insure him in 5 minutes, and I call him on the walkie talkie. It was all ready and his respond was he appreciate that!! I made some 45 omelettes

already before we went to the tasting for VA!! And all they had to be is filled. And I made the 18 cutlets, 12, omelettes, and fajita mix vegetables.

1345 Chef Abdoulaye came to the chef office telling me that we was tired of cleaning behind me. I came told him have India clean up the table. That I have cook 45 Omelettes for her and you. And I went over to HK and nothing was in her way or his.

Chef Abdoulaye was cleaning out the prep sink. I told him that was the pot washer job!! And why was he doing that!! I also told the both. That I was taking off my days off and the need to have everything done for tomorrow today. And I left the HK it funny when I told them to prep for the next day there was a issues or problem.

We have enough food in the boxes for 2 days already. So, what is the issues Business Class??

I have the preparation list from 8/5/2022 that the prep was not done the day before for me. And I had to do it this morning by myself!! And I asked Chef Abdoulaye why India was working today when you told me you gave her off!!

On Friday & Saturday this week. Even the GM Pamela Shepherd told me that you had change India working schedule and I said it was okay. And then I was told she was in the HR Crying. And I was call to the GM Office and inform that I was suspended with pay under investigation for Hostile Work Environment.  I was told India is mentally unstable at the workplace when giving orders to perform the task in hand. And she was doing the same action things on her job at Walmart in the pass!

Sincerely.

Executive Chef

Lawrence Wells

# Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## Respond to GM & HR I did not get a form for a written statement yesterday.
7 messages

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Sat, Aug 6, 2022 at 12:00 PM

> **Respond To HR -GM I did not have a legal respond to a written statement Gate Group for Hostile Work**
> **Enviroment^.pdf**
> 122K

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>, "Shepherd, Pamela" <PShepherd@gategroup.com>, "Wells, Lawrence"
<lwells@gategroup.com>, "Render, Eddie" <ERender@gategroup.com>, "Peters, Latiya" <lapeters@gategroup.com>

Sat, Aug 6, 2022 at 12:03 PM

On Sat, Aug 6, 2022, 12:00 PM Lawrence Wells <                    > wrote:

8 attachments



**20220805_075631.jpg**
2418K



**20220729_150427.jpg**
2663K

**20220805_075637.jpg**
1883K





**20220729_150407.jpg**
2836K



**20220729_150413.jpg**
2706K



**20220805_054306.jpg**
2425K



**20220729_150425.jpg**
2124K

**20220805_075642.jpg**
2136K

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Peters, Latiya" <lapeters@gategroup.com>, "Render, Eddie" <ERender@gategroup.com>,   Sat, Aug 6, 2022 at 12:04 PM
<PShepherd@gategroup.com>, "Wells, Lawrence" <lwells@gategroup.com>, "Shepherd, Pamela"

---------- Forwarded message ----------
**From:** Lawrence Wells <
Date: Sat, Aug 6, 2022, 12:00 PM                                    >
Subject: Respond to GM & HR I did not get a form for a written statement yesterday.
To: Lawrence Wells <
                                                    >

📄 **Respond To HR -GM I did not have a legal respond to a written statement Gate Group for Hostile Work Enviroment^.pdf**
122K

**Shepherd, Pamela** <PShepherd@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>, "Wells, Lawrence" <lwells@gategroup.com>,   Sat, Aug 6, 2022 at 12:07 PM
<ERender@gategroup.com>, "Peters, Latiya" <lapeters@gategroup.com>, "Render, Eddie"

As stated,: HR will be in contact, you could however,
Go ahead and send one to Latiya.

Get

**From:** Lawrence Wells <
Sent: Saturday, August 6, 2022 12:04 PM                    >
To: Lawrence Wells <
<                          >; Render, Eddie <         >; Shepherd, Pamela <                        >; Wells, Lawrence
Subject: Re: Respond to GM & HR I did not get a form for a written statement yesterday.       >; Peters, Latiya <

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the
sender and know the content is safe.

[Quoted text hidden]

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Alvonellos, Spyros" <salvonellos@gategroup.com>                          Fri, Aug 12, 2022 at 3:41 PM

---------- Forwarded message ----------
**From:** Lawrence Wells <
Date: Sat, Aug 6, 2022 at 12:03 PM                              >
Subject: Re: Respond to GM & HR I did not get a form for a written statement yesterday.
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

📄 **Respond To HR -GM I did not have a legal respond to a written statement Gate Group for Hostile Work Enviroment^.pdf**
122K

---

**Alvonellos, Spyros** <SAlvonellos@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>                                    Fri, Aug 12, 2022 at 3:56 PM

Ok, I have it, thank you

**Spyros G. Alvonellos**

Director, Human Resources

Network BU

Tel +1 404 801 3911

Mob +1 478 951 4477

salvonellos@gategroup.com | www.gategroup.com

This message and any material transmitted herein may contain confidential, proprietary and/or legally privileged information.  If the reader of this message is not the intended recipient, or is the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this communication, including any materials transmitted herein, is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail, and delete this communication.  While gategroup and its affiliates apply reasonable and prudent measures to screen outgoing electronic communications for computer viruses, malware and other malicious software and/or code, they accept no responsibility for damages resulting from accessing such communications.  Therefore, recipients should take reasonable and prudent action to protect themselves from such malicious software and/or code.  Thank you.

**From:** Lawrence Wells <lawrence.wells18@gmail.com>
**Sent:** Friday, August 12, 2022 3:55 PM
**To:** Alvonellos, Spyros <SAlvonellos@gategroup.com>
**Subject:** Fwd: Respond to GM & HR I did not get a form for a written statement yesterday.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---------- Forwarded message ----------

[Quoted text hidden]

[Quoted text hidden]

 **Gmail**

Lawrence Wells <lawrence.wells18@gmail.com>

---

## If possible tomorrow I need a break for a day off. Sunday 24
8 messages

---

**Wells, Lawrence** <lwells@gategroup.com>
To: "Shepherd, Pamela" <PShepherd@gategroup.com>, Lawrence Wells <lawrence.wells18@gmail.com>
Sat, Jul 23, 2022 at 11:49 AM

Good Morning Pamela:

I need to get some R/R I am cooking from inside out. Abdoulaye can cover for me I have been working since June 7, 2020 some 12 to 14 hours day straight.

Yesterday I was informed that the representative from KA were going to have a luncheon at 1300 Sharp.

The good thing is that I was told at 0930. Enough time to get things in order. So I reached out to Kendra around 0900 or 0930. Who told me it was ago at 1300.

We call her at 1015 and she came to the western kitchen. And we discussed a 1300 time pick up for the food.

At 1250 I did not see Kendra coming to get the food. And so I muster the new cold food director. Who was walking pass the kitchen to help take the food to the conference room.

Now it 1300 all the food was hot the bowl were hot and I plated the hot food. Now at 1308 Kendra apparently came in and said they were not hear yes.

I blow a gasket I was under the impression that. When your guests are in the conference room it is totally business!!

And I have no room for errors at all! I had to reheat all the hot food because is was sitting on the table for 10 to 13 minutes. I had to reheat the entrée and that was a mess.

I was not a street chef I explained to them, I am a master chef. And it is all about the cuisine not about me!! I have to deliver and that is a must. I have to make us all shine, I can not be force to serve hot food warm or cold. It is not in my makeup. Or my culinary repertoire

I do not want to embarrass myself or anyone else not even you!!! In front of airline representatives at all!! I also told them if I had served like this in Dubai they would terminate me.

I work hard to prepare those items. And I have show Best Of Class when I am in a situation like this! I was so embarrassed when I looked at the previous day presentation on the table. My skin got tightened at was I seen!

I don't like to be on the spot like that. I know you don't want that. And even with the beef stroganoff. It was my chance to show them the correct action ASAP. That we are in compliance with regards to the conversation with them to fix the issues!!!!
Regards

Lawrence

Sent from my iPhone

---

**Shepherd, Pamela** <PShepherd@gategroup.com>
To: "Wells, Lawrence" <lwells@gategroup.com>, Lawrence Wells <lawrence.wells18@gmail.com>
Sat, Jul 23, 2022 at 12:56 PM

Please make sure you have ample coverage such as Tuan.

Get

From: Wells, Lawrence <lwells@gategroup.com>
Sent: Saturday, July 23, 2022 11:49:14 AM

**To:** Shepherd, Pamela <PShepherd@gategroup.com>; Lawrence Wells <lawrence.wells18@gmail.com>
**Subject:** If possible tomorrow I need a break for a day off. Sunday 24

[Quoted text hidden]

---

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Shepherd, Pamela" <PShepherd@gategroup.com>
Cc: "Wells, Lawrence" <lwells@gategroup.com>

Sat, Jul 23, 2022 at 7:02 PM

Yes, I will.  And the Stew for Korea Airlines was well received today. I will go down tomorrow and make sure. Things are going well first.

I have to also go to the dentist 😬 😬 on Monday afternoon 😬 to try to get a few teeth pulled. I have cracked them 3 weeks ago. I will make an appointment in the late afternoon or early evening. The pain is up my face to my eyes.

Because we have those Audit next week.

Today it was OK and I made Miso Soup with Oyster Mushrooms, Shiitake and Truffel Oil Scallions. Stir Fry Beef Strips with Szechuan Sauce,Tricolor Baby Pepper. Fried Red Himalayas Rice with Pineapple. And I place all plated items in the hot box and roll it over.

Sincerely.

Lawrence
[Quoted text hidden]

---

**Shepherd, Pamela** <PShepherd@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>
Cc: "Wells, Lawrence" <lwells@gategroup.com>

Sat, Jul 23, 2022 at 7:08 PM

Chef, as long as you have made plans to have coverage take some days off.

Get           UK for iOS

**From:** Lawrence Wells <lawrence.wells18@gmail.com>
**Sent:** Saturday, July 23, 2022 7:02:22 PM
**To:** Shepherd, Pamela <PShepherd@gategroup.com>
**Cc:** Wells, Lawrence <lwells@gategroup.com>
**Subject:** Re: If possible tomorrow I need a break for a day off. Sunday 24

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Sat, Aug 6, 2022 at 12:36 PM

Sent from my iPhone

Begin forwarded message:

> **From:** "Wells, Lawrence" <lwells@gategroup.com>
> **Date:** July 23, 2022 at 11:49:14 AM EDT
> **To:** "Shepherd, Pamela" <PShepherd@gategroup.com>, Lawrence Wells <lawrence.wells18@gmail.com>
> **Subject: If possible tomorrow I need a break for a day off. Sunday 24**

Good Morning Pamela:
[Quoted text hidden]

---

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Fri, Aug 12, 2022 at 4:06 PM

Sent from my iPhone

Begin forwarded message:

> **From:** "Wells, Lawrence" <lwells@gategroup.com>
> **Date:** July 23, 2022 at 11:49:14 AM EDT
> **To:** "Shepherd, Pamela" <PShepherd@gategroup.com>, Lawrence Wells <lawrence.wells18@gmail.com>
> **Subject: If possible tomorrow I need a break for a day off. Sunday 24**
>
> Good Morning Pamela:
> [Quoted text hidden]

---

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Alvonellos, Spyros" <salvonellos@gategroup.com>

Fri, Aug 12, 2022 at 4:13 PM

---------- Forwarded message ---------
From: **Wells, Lawrence** <lwells@gategroup.com>
Date: Sat, Jul 23, 2022 at 11:49 AM
Subject: If possible tomorrow I need a break for a day off. Sunday 24
To: Shepherd, Pamela <PShepherd@gategroup.com>, Lawrence Wells <lawrence.wells18@gmail.com>

[Quoted text hidden]

---

**Alvonellos, Spyros** <SAlvonellos@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Fri, Aug 12, 2022 at 4:15 PM

Thank you

**Spyros G. Alvonellos**

Director, Human Resources

**gate**group

Network BU

Tel +1 404 801 3911

Mob +1 478 951 4477

salvonellos@gategroup.com | www.gategroup.com

This message and any material transmitted herein may contain confidential, proprietary and/or legally privileged information.  If the reader of this message is not the intended recipient, or is not the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this communication, including any materials transmitted herein, is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail, and delete this communication.  While gategroup and its affiliates apply reasonable and prudent measures to screen outgoing electronic communications for computer viruses, malware and other malicious software and/or code, they accept no responsibility for damages resulting from accessing such communications.  Therefore, recipients should take reasonable and prudent action to protect themselves from such malicious software and/or code. Thank you.

**From:** Lawrence Wells <lawrence.wells18@gmail.com>
**Sent:** Friday, August 12, 2022 4:13 PM
**To:** Alvonellos, Spyros <SAlvonellos@gategroup.com>
**Subject:** Fwd: If possible tomorrow I need a break for a day off. Sunday 24

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

--------- Forwarded message ---------

[Quoted text hidden]

[Quoted text hidden]

 Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## Re: I we did the schedule 2 days ago and it was posted Wednesday 
2 messages

**Wells, Lawrence** <lwells@gategroup.com>
To: "Shepherd, Pamela" <PShepherd@gategroup.com>
Cc: "Nair, Meera" <mnair@gategroup.com>, "Gueye, Abdoulaye" <agueye@gategroup.com>, Lawrence Wells
<lawrence.wells18@gmail.com>

Fri, Aug 5, 2022 at 3:08 PM

Sorry  Meera for not getting back to you sooner. Just had a chance to check my email. What happened was Damon was
not coming to work on time. And was not using his badge, and was using Missed No Punch Employee Form. I was
informed by the payroll personal.

And he was not wrapping up the food items in the blast cooler. At the end of his shift and would leave at the drop of a
dime.

So it was best for him to come in at 0900 so he could be supervised. And he also had a few call ins also. Keep in mind
when some people are off on their day off. I am still physically working since June 7, 2022.

Putting out fires daily and when we are in flight. Meaning the push time from 0900 to 1300 you will find things not
organized.

Because everyone one's working supply and demand. And If Damon came to work early that 0900 we really don't have
thing ready for him. And he would be on his cellphone or texting most of the day .

My jod in not as easy as you think. And if we or I was not organized then how are we getting the food out! It took me
weeks after weeks and I lots of sleepless nights.

Enjoy your time off and your weekends. I too will get a break soon. I trying to stay in my lane.

Sincerely.

Lawrence

Sent from my iPhone


On Aug 5, 2022, at 8:04 AM, Shepherd, Pamela < 　　　epherd@gategroup.com> wrote:

This is canceled Team. Meera take care of what you need to today, enjoy your weekend.

From: Nair, Meera <mnair@gategroup.com>
Sent: Friday, August 5, 2022 7:56 AM
To: Shepherd, Pamela <PShepherd@gategroup.com>; Wells, Lawrence <lwells@gategroup.com>; Gueye,
Abdoulaye <agueye@gategroup.com>
Subject: Re: I we did the schedule 2 days ago and it was posted Wednesday 

Good morning all!
Well, this is really being very serious non-conformance and that too for QR as we just submitted the CA
report of a position of CCP lead.
To me, Damon was doing well for first 2 weeks ( was monitoring both logs and his work ) recently I started
noticing everything going in a haphazard manner even in CCP entry, both in MDC and manual log ( please
see attached below and I know it's Damon's writing in CCP2 process) .
Chef Wells/Chef Abdule: I have notified you multiple times to verify the logs completely before signing off.
The purpose of your verification is to check for any errors and correct it before my review. That's why I say
to submit CCP logs on same day at the end of the shift. I even monitor the MDC CCP live during my
working hours, that's when I come to kitchen if I find anything wrong and correct the staffs immediately.
These records cannot be corrected once entered. I get CCP logs from western kitchen all entered correctly.
But QR CCP is going worst than before. Even the cooler.

I'm coming for a short time to correct this as I was on off due to an appointment at noon today. I cannot tolerate this anymore, Seriously!!!

I want Chef, Damon and any cook from halal kitchen to meet me at 11.00-12.00, no excuse. Plan your schedule accordingly.

Pam, I would like you to join too.

Let me know for any clarifications at the earliest.

[Image.jpeg]

Thank you

Meera

Get Outlook for iOS<

From: Shepherd, Pamela <PShepherd@gategroup.com<mailto:PShepherd@gategroup.com>>
Sent: Friday, August 5, 2022 7:23:10 AM
To: Lawrence Wells <lawrence.wells18@gmail.com<mailto:lawrence.wells18@gmail.com>>; Peters, Latiya < <mailto: >; Wells, Lawrence
mailto: >; Nair, Meera <mnair@gategroup.com<mailto:mn
 >; Gueye, Abdoulaye <aguey gategroup.com<mailto:aguaye@gategroup.com>>
Subject: RE: I we did the schedule 2 days ago and it was posted Wednesday

Try positive re-enforcement.
How much time have you spent with him?
have you made him any type of a check sheet?
what type of dialogue have you had with him?
who changed his hours? I had him at 7 am start
Meera please see if he needs more training, we did throw a driver in a culinary position.
This person falls under Meera with a dotted line to you.
Chef LaShonda will be here next week to train and work with Damon as well.

Part of being a leader is molding the individuals into a fine tuned working together song.
This way every team member works together without skipping a beat.

From: Lawrence Wells <lawrence.wells18@gmail.com<mailto:lawrence.wells18@gmail.com>>
Sent: Friday, August 5, 2022 6:23 AM
To: Shepherd, Pamela <PShepherd@gategroup.com<mailto:PShepherd@gategroup.com>>; Peters, Latiya < <mailto: >; Wells, Lawrence
mailto: >; Nair, Meera <mnair@gategroup.com<mailto:mn
 >; Gueye, Abdoulaye <aguey gategroup.com<mailto:mn
Subject: Re: I we did the schedule 2 days ago and it was posted Wednesday

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Also could you remind Damon Seaborn that he reported to me when he comes to work. He must be at his work station or area 0900 Sharp.

Shows up late in the kitchen, taking to long in finishing a task in hand.

In the cafeteria watching TV while on schedule working hours! Roaming the hallway daily.

And he has to follow working command. Putting wrong dates on food items ect.

Wrapping items in wrong pans.Not transferring them in hotel pans as instructed for service lines. Causing double work. And lackadaisical!!

On Fri, Aug 5, 2022, 6:01 AM Lawrence Wells < ce.wells18@gmail.com< mailto:  @gmail.com >> wrote:

GOOD MORNING Pamela and Latiya:

We have a training process in place for all new hiring kitchen staff to learn Special Meals first.

And I will add a team member to 12- 8 shift in a few weeks.

I also would recommend that  the  QA CCP person  Damon Seaborn be certified in HACCP and take the course in Food Safety And Food Service ServSafe ASAP.

Or have a Culinary Background. And he should be able to prepare and prep in the kitchen. As an extra addition to the team.

And another issue work shoes, employees working in sneakers 👟.

Sincerely.

Lawrence



**image001.jpg**
122K

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Alvonellos, Spyros" <SAlvonellos@gategroup.com>

Sat, Aug 13, 2022 at 4:32 PM

FYI
[Quoted text hidden]

**8 attachments**



**image001.jpg**
122K



**20220720_071504.jpg**
2090K



**20220720_071534.jpg**
2463K



**20220720_071501.jpg**
1828K

**20220720_071507.jpg**
2989K





**20220720_071559.jpg**
3384K



**20220720_071539.jpg**
3191K



**20220720_071551.jpg**
3590K

 Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

---

**Check Lauren Nash, India Colquitt time records for the last 3 weeks. For overtime**
2 messages

---

**Wells, Lawrence** <lwells@gategroup.com>
To: "Shepherd, Pamela" <PShepherd@gategroup.com>, "Peters, Latiya" <lapeters@gategroup.com>
Cc: Lawrence Wells <lawrence.wells18@gmail.com>

Thu, Aug 18, 2022 at 7:29 AM

Good Morning:

Lauren Nash not finishing her work in a timely manner causing excessive overtime. Not wrapping up items in the blast chiller before going home. We had or have an 0800/1630 shift to excessive workload. Dragging the workload out, not prepping all items for the flights,milking the clock.

But the new hires Benn Shameka was working on her schedule day off. Which was Wednesday and Thursday. And stated that she could not work posted schedule that is up. And she coming to work at 0500. Stated she was hired to work 0500 from HR she stated.

I also see Benn Johnson Hawwah coming to work at 0500 in stead of 0800/ 1630. We have a full staff and we should not have any overtime what's so ever. The 0800 to 1630 in an overlapping schedule.

That prevents unnecessary overtime hours. Mr.?Gamble Walker did not come to work on Tuesday before his scheduled day off. These are new employees and the have to comply.

India Colquitt has ask for August 29- September 5 , 2022 off. That is a holiday week and weekend. We know things change on holiday.

Regards,

Lawrence

Sent from my iPhone

---

**Wells, Lawrence** <lwells@gategroup.com>
To: "Shepherd, Pamela" <PShepherd@gategroup.com>, "Peters, Latiya" <lapeters@gategroup.com>
Cc: Lawrence Wells <lawrence.wells18@gmail.com>

Thu, Aug 18, 2022 at 10:02 AM

I also spoke to the two ladies about their time and attendance. I hope they understand because they or one of them are not using their badges! They said it not working. Quite as I hope they don't fudge their time today. Because one of them arrived this morning at 0545!! I asked them yesterday to go to HR!

Sincerely,

Lawrence

Sent from my iPhone

> On Aug 18, 2022, at 7:29 AM, Wells, Lawrence <lwells@gategroup.com> wrote:
>
> Good Morning:
[Quoted text hidden]

 Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## Knife log,Chef table.
1 message

Lawrence Wells <lawrence.wells18@gmail.com>
To: "Harribey, Sylvain" <SHarribey@gategroup.com>, "Wells, Lawrence" <lwells@gategroup.com>

Thu, Sep 1, 2022 at 1:12 PM

Good afternoon Sylvain : Chef I been hear 15 days and my Chef Table only showing 2 days. And the raspberry not taking the information. So we have copies of knife log from the cold kitchen.

Regards.

Lawrence



# I must considered and participate present when employees are making commitments or completing about me or my leadership.

2 messages

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Shepherd, Pamela" <PShepherd@gategroup.com>, "Peters, Latiya" <lapeters@gategroup.com>

Fri, Sep 2, 2022 at 7:11 AM

Good Morning Pamela and Latiya: I would suggest I review all CV or Resume of new hiring process for culinary.

Executive Chef

Lawrence Wells

---

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Wells, Lawrence" <lwells@gategroup.com>

Fri, Sep 2, 2022 at 7:12 AM

[Quoted text hidden]

 Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## Follow up. This email is back dated from 3 days and I have updated it.

**Peters, Latiya** <lapeters@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>, "Shepherd, Pamela" <PShepherd@gategroup.com>
Cc: "Wells, Lawrence" <lwells@gategroup.com>

Fri, Aug 26, 2022 at 9:25 AM

Good Morning Chef,

I will reach out to Elizabeth today to see why she has been out all week.

Lauren Nash is scheduled off today.

I spoke with Walter this morning, he stated you sent him home. I sent him back to work. He worked Saturday and Sunday, called out Mon-Tues, off Wed and Thurs and is back today. Once again, we DO NOT send home employees for attendance violations.

**From:** Lawrence Wells <lawrence.wells18@gmail.com>
**Sent:** Friday, August 26, 2022 6:09 AM
**To:** Peters, Latiya <lapeters@gategroup.com>; Shepherd, Pamela <PShepherd@gategroup.com>
**Subject:** Follow up. This email is back dated from 3 days and I have updated it.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]

Regards.

Lawrence

Sent from my iPhone

---

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Alvonellos, Spyros" <SAlvonellos@gategroup.com>, "Harribey, Sylvain" <SHarribey@gategroup.com>

Fri, Dec 16, 2022 at 5:42 AM

---------- Forwarded message ----------
From: **Shepherd, Pamela** <PShepherd@gategroup.com>
Date: Fri, Sep 2, 2022, 8:24 AM
Subject: RE: I would highly recommend cross training Sous Chefs. So I can focus on the food infraction.
To: Wells, Lawrence <lwells@gategroup.com>, Peters, Latiya <lapeters@gategroup.com>, Lawrence Wells
<lawrence.wells18@gmail.com>, Gueye, Abdoulaye <agueye@gategroup.com>

Chef Cameron is to focus only on Halal until his return from Boston.

-----Original Message-----
From: Wells, Lawrence <lwells@gategroup.com>
Sent: Thursday, September 1, 2022 10:37 PM
To: Shepherd, Pamela <PShepherd@gategroup.com>; Peters, Latiya <lapeters@gategroup.com>; Lawrence Wells
<lawrence.wells18@gmail.com>; Gueye, Abdoulaye <agueye@gategroup.com>
Subject: I would highly recommend cross training Sous Chefs. So I can focus on the food infraction.

Good Morning Pamela: I would suggest that we cross train Sous Chef Cam in the western kitchen this week. So that he
would be well rounded, I would also suggest that if we waste any items it must be documented. Their were items wasted
in Halal but I don't see a waste sheet. From Wednesday.

Regards.

Lawrence

Sent from my iPhone

 Gmail

## Laura Nash poor job performance.
2 messages

Lawrence Wells <lawrence.wells18@gmail.com>
To: "Peters, Latiya" <lapeters@gategroup.com>, "Wells, Lawrence" <lwells@gategroup.com>

Thu, Sep 1, 2022 at 6:11 AM

Good morning Latiya:

On Tuesday 30 at 1700 the manager Mrs.Smith  came to me started she was out of some items. And that she had spoken to Lauren Nash at 1400.

As a pm brief survey regarding her check list. Told Mrs.Nash that the prep items are short daily. I also instructed her and Chef Tuan that she must prepared the full amount of products.

While  she is working overtime. She left all the vegetables and food in the sink and went home.

Dragging the clock out and workload. With disregard to follow order. Missing date labels not wrapping items before she leave daily.

Attude when giving instructions daily at 0500. And on going daily. Her coworkers are complaining about her behavior and work habits.

At 1600 I had to prepare and prep her miss items. Until 1900 this is Korean Airlines!!! In the pass all items that were missing came from her station.

And on Wednesday 31 when we assigned her tasks for the day. It had time management tasks. Which all kitchen staff has time to complete their workload. She complaining all morning at 1100 I instructed her to please Mrs. Nash can you pick up the cafeteria food out of the oven.

She told me she had too much work today. I explained to her just take the sausage out and put it the pans. For the cafeteria she left the sausage outside of the oven. I had to ask her again to put in the pans. And in the hot box,Chef Tuan was doing special meal, Portia Jones was making omelets.

I was making VIP lunch. And she was doing vegetables. This task only would have been 10 minutes. But she still had push back. When I came back in the kitchen 1150 she was gone! I had to complete all of her assigned tasks workload until 1745 last night. Also when we have cycles changes she normally call off!!

I asked Chef Tuan were was Mrs. Nash Chef Tuan "she said it was too much work so she abandoned her post workstation. And left the kitchen " I ask Chef Cam did she come to him since I was not informed. Because I was not in the kitchen. He told me he told her to find her union representative.

And the go to HR. I also hear the Chef Cam telling kitchen staff keep an eye on me Lawrence.

And if he said anything out of line to tell him!! Is he being directed from Hr, or GM??.. So he can tell the GM or Hr. What was this all about? Today the Benn Shows up for work Benn Shameka show up on her schedule days off!! And didn't come to work on August 30 on her schedule days to work.

My suggestion is to let her go. Poor job performance. As you might not know few weeks ago. We had food shortage on KA vegetables it was Mrs. Nash station. I would suggest that Chef Tuan come to you office and tell the truth. About her attitude towards him since day one.

Sincerely.

Executive Chef

PS: Photos of items that she left out.

**5 attachments**



**20220901_061025.jpg**
1796K



**20220901_060957.jpg**
2030K



**20220830_171332.jpg**
2429K



**20220830_171328.jpg**
2162K



**20220830_171340.jpg**
2302K

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Alvonellos, Spyros" <SAlvonellos@gategroup.com>

Thu, Sep 1, 2022 at 11:16 PM

Private let's see what happens.
[Quoted text hidden]

**5 attachments**

**20220901_061025.jpg**
1796K





**20220901_060957.jpg**
2030K



**20220830_171332.jpg**
2429K



**20220830_171328.jpg**
2162K



**20220830_171340.jpg**
2302K

 Gmail

## Work Environment Ethics.

1 message

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Peters, Latiya" <lapeters@gategroup.com>, "Shepherd, Pamela" <PShepherd@gategroup.com>, "Wells, Lawrence"
<lwells@gategroup.com>

Fri, Sep 2, 2022 at 9:31 AM

Good morning Latiya and Pamela: Yesterday at 0500 we had a early morning briefing meeting.

About the review on complaints I instructed the staff that from 0500 to 0545 we will reorganize all walking cooler. We were lucky that the 2 ladies came to work. Shameka Benn, Hawwah Benn, but after the 10 minutes brief I and Chef Tuan split up the work.

We instructed the Benn to organize the cooler. But when we open the door it needed to be organized. In a burst of language Shameka stated when did they had to organized the cooler.

Which I was surprised by the fact they had said. I told them I was standing right their. And they told me they were not taking to me.

They were both standing right in front of me. I later instructed Hawwah to stop cleaning vegetables, and to cook breakfast and lunch.

And that I would cook and clean vegetables. Because it was a new cycle change. And it would be best that I do the preparations myself. The food in the cafeteria had to be reheated.

Because the hot box is still not working. I have in formed Vince for a week in a half now. And nothing has changed. Also Hawwah did not finish her assignment on Special Meals either. And Shameka was serving cold and warm food to the cafeteria.

And on the Halal Kitchen Chef Cam throw out 1/2 of the food in the garbage without informing me. And did not replace the items back. We almost got burned yesterday, it could of been a disaster! And I am still looking for the waste sheets. I was told this by India Colquitt.

At 0510 yesterday I was told by India Colquitt that she had burned her finger. I ask her what time was that she said 0830. Some 8 hours ago, I have instructed and inform them in the pass. All accidents must be reported ASAP!!

To you supervisor or me. I was not told at all Chef Tuan or Chef Abdoulaye knew about this accident at all. Portia Jones blocked the oven or braiser collecting all the sheets trays.

And good mobile food carts and some speed racks. For herself every morning. And when we need trays or ect she automatically raised havoc. Daily.

THEY CALL IN SICK TODAY.
We must replace the Benn ASAP!!..
Sincerely.

Executive Chef

Lawrence Wells

 Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## Pam attudes toward me .

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Peters, Latiya" <lapeters@gategroup.com>, "Shepherd, Pamela" <PShepherd@gategroup.com>

Mon, Sep 5, 2022 at 6:25 AM

---------- Forwarded message ---------
From: **Lawrence Wells** <lawrence.wells18@gmail.com>
Date: Sat, Aug 20, 2022, 8:52 AM
Subject: Pam attudes toward me .
To: Wells, Lawrence <lwells@gategroup.com>, Lawrence Wells <lawrence.wells18@gmail.com>

On August 17, stated she was coming after me in the briefing meeting at 1016 in front of all the managers. And that she had a list of things for me. I have not received any response regarding this.  On August 18 she told me nothing has changed since I came day 1! With no explanation in front of whole management team in briefing. Also said the designer Chef Shawn from Korean Airlines. Who was disrespect full and rude. Having be his pre Cook.

 **Gmail**

Lawrence Wells <lawrence.wells18@gmail.com>

## RE: Recalls

**Lawrence Wells** <lawrence.wells18@gmail.com>                                    Thu, Sep 8, 2022 at 4:34 PM
To: "Alvonellos, Spyros" <SAlvonellos@gategroup.com>

---------- Forwarded message ---------
From: **Lawrence Wells** <lawrence.wells18@gmail.com>
Date: Tue, May 10, 2022, 4:31 PM
Subject: Re: Recalls
To: Blue, Duane <DBlue@gategroup.com>
Cc: Peters, Latiya <lapeters@gategroup.com>, **Gueye, Abdoulaye** <agueye@gategroup.com>, **Wells, Elliot**
<ewells@gategroup.com>, **Gilmore, Calithia** <CGilmore@gategroup.com>, **Wells, Lawrence** <lwells@gategroup.com>

Good morning Duane:

The schedule should be the same each week!

If they keep jumping around it will be a needle in a haystack!

And the worker should not be all coming in at the same time, anyway.

Chef Abdul please put your foot down!

As we all know they were eating the clock. For 10++++ hours each.

That's why I did a positive impact solution assessment.

And watch each one of them work. All the production changes from day to day.

And the count also,have a look at the production from flight to flight. You will see peice work.

And if you use a calculator and weight the bulk weight. Raw weight and cooking weight.

You will have your positive impact solution portions.

This will also help you cut down on your underlying waste factor!! And unjustified overtime issues.

And each airline should have its own identity and food cost structure. Meal by meal cost factor. Yield preparation against fix labor costs.

Based on your DTD or WTW or MTM as well as you quarter and YTD. On your P/L statement.

What they need is to turn in is a written daily report of production with Weight Yield Counts.

And have a par items if need be. But it must be subtract from the par items. And only prep the difference. And all Cooks or should know this.

We should be running food cost daily against the purchase Requisitions! Divide ÷ by the flight passengers count.

To justify our performance purchases. And we don't have production measurements!! That is what going on. None of the recipes are being followed to the profile.

I belive that we need to use the imperial system.

And most of the scales in the kitchen can not convert to pounds. Or just don't work.

PS: The schedule should be fix cost not a variable factor. And we should a food cost number daily and within 7 days. Draining inventory and hit your numbers . Every

Sincerely.

Lawrence

On Mon, May 9, 2022, 8:42 PM Blue, Duane <DBlue@gategroup.com> wrote:

Hello,


The cook will need a schedule from Chef A.

The dishroom person 4pm-1230am  mon/tues off.


Thanks

Duane



**From:** Peters, Latiya <lapeters@gategroup.com>
**Sent:** Monday, May 9, 2022 1:31 PM
**To:** Gueye, Abdoulaye <agueye@gategroup.com>; Wells, Elliot <ewells@gategroup.com>; **Gilmore, Calithia** <cgilmore@gategroup.com>
**Cc:** Blue, Duane <DBlue@gategroup.com>
**Subject:** Recalls
**Importance:** High


Hello,


We have had 2 employees respond to the recall.  I working on getting them rehired in WD.


Please provide a start time and the days off for each.


Assistant cook

Dishroom attendant


Thanks,


*Latiya Peters*

Human Resources Manager


Atlanta Business Unit 301

 **Gmail**

Lawrence Wells <lawrence.wells18@gmail.com>

---

# I have signed this under protest.

2 messages

---

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Alvonellos, Spyros" <SAlvonellos@gategroup.com>, "Wells, Lawrence" <lwells@gategroup.com>

Fri, Sep 9, 2022 at 5:28 AM

Good mmorning  Spyros:

I have signed this under protest.

I spend 99% of my time cooking because of call ins, sick calls. And with unqualified non certified cooks. From 0430 or 0445 to 1600,1700,1800 at times. Working at times 7 days a week! On my feet all day.... I never sit down pushing the food out.

Preparing or preping products. I never take breaks, no Breakfast, Lunch, Dinner. Most of the new staff have no speed at all. Arguing daily about workloads running to hr daily.

Sincerely.

Lawrence Wells

---

**3 attachments**



**20220909_051513.jpg**
2375K



**20220909_051526.jpg**
2425K



**20220909_051557.jpg**
2321K

**Lawrence Wells** <lawrence.wells18@gmail.com>                                    Fri, Sep 9, 2022 at 5:45 AM
To: "Alvonellos, Spyros" <SAlvonellos@gategroup.com>, "Wells, Lawrence" <lwells@gategroup.com>

All and at times cooking in both kitchens Halal Kitchen and Western Kitchen Cafeteria food daily at the same time and day .
[Quoted text hidden]

 **Gmail**

Lawrence Wells <lawrence.wells18@gmail.com>

## Fwd: Correct Action for Benn Johnson Hawwah and Benn Shameka

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Mon, Sep 12, 2022 at 3:27 PM

Sent from my iPhone

Begin forwarded message:

> **From:** "Wells, Lawrence" <lwells@gategroup.com>
> **Date:** September 12, 2022 at 8:30:34 AM EDT
> **To:** "Gueye, Abdoulaye" <agueye@gategroup.com>, **"Shepherd, Pamela"** <PShepherd@gategroup.com>,
> "Peters, Latiya" <lapeters@gategroup.com>
> **Subject: Re: Correct Action for Benn Johnson Hawwah and Benn Shameka**
>
> Chef Abdoulaye :
>
> You will coach the Department Shift Briefing Daily at 0900 sharp. In the western kitchen we also have the
> sheet that has to be documented and handed in daily.
>
> We will have a meeting with Demon about what is expected CCP. Before and after his shifts.
>
> We have to monitor all overtime hours. India Colquitt must be supervised daily, and she must be in her
> working area. She can not work overtime and if so you must be present at all times. And proper days off in
> time management.
>
> I will inform Chef Cam also India should not be working alone. And she has to follow the chain of command.
>
> Sincerely.
>
> Executive Chef
>
> Lawrence Wells
>
> Sent from my iPhone
> [Quoted text hidden]

 Gmail

Lawrence Wells <lawrence.wells18@gmail.com>

## India Colquitt poor job performance noted on September 14, 2022

**Wells, Lawrence** <lwells@gategroup.com>
To: "Gueye, Abdoulaye" <agueye@gategroup.com>
Cc: "lawrence.wells18@gmail.com" <lawrence.wells18@gmail.com>

Fri, Sep 16, 2022 at 6:08 AM

Good morning Chef Abdoulaye:

These photos were taken on Wednesday 14 in the morning. You need to have a talk to India about her cooking performance . And her time attendance Tuesday she came to work around 1000.

As of today you have 45 orders of Rack of lamb in the cooler. I was told at the tasting you had none ready, for the tasting.

And that all you have was for the flight. India has to have those little Band-Aid remove because PPE may fall in the food and we do not need that kind of issues. And she also need to have her pants roll down, to prevent from any burns. And need slip safety shoes.

And if she had studs also need to be remove also!

Before she had come to work yesterday she had 52 or so hours worked. What was she doing for 11 hours a day and now she has 60 + . If she is schedule then she need to finished her work on time.

I expect a responds on correct action within 72 hours. And a daily production sheet turned in daily.

Regards.

Lawrence

**From:** Lawrence Wells <lawrence.wells18@gmail.com>
**Sent:** Friday, September 16, 2022 5:51 AM
**To:** Wells, Lawrence <lwells@gategroup.com>
**Subject:** Re: India Colquitt poor job performance noted on September 14, 2022

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]

**9 attachments**



**20220916_050807.jpg**
2917K



**20220914_135624.jpg**
2397K



**20220914_105133.jpg**
2224K



**20220916_050754.jpg**
3093K



**20220914_135626.jpg**
1916K

**20220914_055616.jpg**
2019K





**20220913_062034.jpg**
2540K



**20220914_105131.jpg**
2437K

**20220915_121907.jpg**
3252K

 Gmail

**Lawrence Wells <lawrence.wells18@gmail.com>**

## Fw: Chef hope all is well I will miss out Chef meeting today because I have to have oral surgery at 1pm

1 message

**Wells, Lawrence** <lwells@gategroup.com>
To: Lawrence Wells <lawrence.wells18@gmail.com>

Thu, Sep 22, 2022 at 9:07 AM

**From:** Wells, Lawrence
**Sent:** Thursday, September 22, 2022 9:04 AM
**To:** Harribey, Sylvain <SHarribey@gategroup.com>
**Subject:** Chef hope all is well I will miss out Chef meeting today because I have to have oral surgery at 1pm


Sent from my iPhone. Can you give me a call when you have time Chef.

7188104373

 **Gmail**

Lawrence Wells <lawrence.wells18@gmail.com>

---

# I had 7 extractions lots of pain will not be in a few days. I will call Chef Abdoulaye and Chef Tuan.

1 message

---

**Lawrence Wells** <lawrence.wells18@gmail.com>                                    Thu, Sep 22, 2022 at 9:16 PM
To: "Shepherd, Pamela" <PShepherd@gategroup.com>, "Peters, Latiya" <lapeters@gategroup.com>, "Alvonellos, Spyros" <SAlvonellos@gategroup.com>, "Wells, Lawrence" <lwells@gategroup.com>

Good evening Pamela: I will check in with Chef Abdoulaye and Chef Tuan.

Lawrence

---

**2 attachments**


**20220922_210628.jpg**
1807K


**20220922_211201.jpg**
2056K

 **Gmail**

Lawrence Wells <lawrence.wells18@gmail.com>

---

## Action Plan.

2 messages

---

**Wells, Lawrence** <lwells@gategroup.com>
To: "Shepherd, Pamela" <PShepherd@gategroup.com>
Cc: "lawrence.wells18@gmail.com" <lawrence.wells18@gmail.com>

Wed, Sep 28, 2022 at 7:56 AM

Good Morning Pamela: Area were I could need some help in.

1. I need a new printer for the chefs office, current printer not working at all. On 9/9/2022 -09:26 I reach out to the help desk and they said they had install the printer from the account office. I have the requested, but it did not connect.
2. I would like to learn how to input the inventory in the system.
3. I would like learn how to look for the MTD,YTD Food Cost In The SACS Airline By Airline as well as Labor Projections.
4. I would also like to know our Break- Even P/L
5. And What Is Our Waste Factor %
6. I am having problems with U- Drive will not install on my Laptop.
7. And how do we stand within the company, to achieve Simply The Best.
8. We need to give some in house Culinary Classes Lisa Training.
9. And Sanitation Classes.

Lawrence Wells

Executive Chef

 **gourmet**

Atlanta Business Unit 301

16? Charles W Grant Pkwy

Ablanta, GA 30354

lapew s@gategroup.com a gategroup member

---

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Alvonellos, Spyros" <SAlvonellos@gategroup.com>, "Harribey, Sylvain" <SHarribey@gategroup.com>

Fri, Dec 16, 2022 at 5:37 AM

Pamela had no response!!
[Quoted text hidden]

---

**2 attachments**

 **gourmet** **image001.png**
6K

**image001.png**

 **Gmail**

Lawrence Wells <lawrence.wells18@gmail.com>

## Recap attention employees calling out sick.
2 messages

**Lawrence Wells** <lawrence.wells18@gmail.com>                                    Mon, Sep 5, 2022 at 12:45 PM
To: "Peters, Latiya" <lapeters@gategroup.com>, "Shepherd, Pamela" <PShepherd@gategroup.com>, "Wells, Lawrence"
<lwells@gategroup.com>

Good afternoon Latiya and Pamela:

Lauren Nash called sick Saturday and Sunday.

Today at 0640 Mrs. Nash was in a private conversation at her work area with an employee from the cold kitchen.

She had stopped work completely for 17 minutes. When instructed to work her response was I can not tell her that she
could not talk. But she was on our working hours.

At 0800 checking the walkin cooler I found out dated items. So I called Lauren and told her she missed and out dated
item she started yelling at me with her knife in her had.

I asked her to put the knife down. She still was radding off. I told her to place the knife down after a few times she put it
on the working table. I was 20 feet away. I have explained to the kitchen staff when talking to other employees. They are
to put their knife down. For safety reasons.

She told me to tell Portia Jones about the out dated thing. Portia came to the cooler with Chef Tuan. And did a correct
action and discarded the items.

Lauren never left her station stated she just got back to work.

Hamada Shameka Benn, Hawwah Benn called sick Friday and Saturday. Can to work and did not finish assigned work
load. Causing Chef Tuan to mirco manage them both.

Yesterday Chef Tuan had to discard meals because they were not up to company recipes guidelines.

Comment today at 0805 when giving assigned duties response from Shameka was it like that today. Show lack of
respect for leadership and responsibility.

I has a meeting with Chef Abdoulaye and Chef Cam in the office one by one. To correct what had happened today at
0615.

Sincerely.

Lawrence Wells

PS: For the first 45min we all must check all cooler for time and date labels. It is a must. Laura and Portia miss those
items twice.

**2 attachments**

**20220905_081121.jpg**
1677K





**20220905_075830.jpg**
2662K

---

**Lawrence Wells** <lawrence.wells18@gmail.com>                                   Fri, Dec 16, 2022 at 5:40 AM
To: "Alvonellos, Spyros" <SAlvonellos@gategroup.com>, "Harribey, Sylvain" <SHarribey@gategroup.com>

[Quoted text hidden]

**2 attachments**



**20220905_081121.jpg**
1677K



**20220905_075830.jpg**
2662K

 Gmail

**Lawrence Wells <lawrence.wells18@gmail.com>**

# I have some health issues I will take off Monday and Tuesday and Wednesday.

**Shepherd, Pamela** <PShepherd@gategroup.com>                    Sat, Oct 15, 2022 at 8:05 PM
To: Lawrence Wells <lawrence.wells18@gmail.com>, "Peters, Latiya" <lapeters@gategroup.com>, "Alvonellos, Spyros"
<SAlvonellos@gategroup.com>

Will Tuan be here? did you make sure we had coverage?
Normally more notice is given. Planned.

I need to know the coverage while you are out.

**From:** Lawrence Wells <lawrence.wells18@gmail.com>
**Sent:** Saturday, October 15, 2022 6:51 PM
**To:** Shepherd, Pamela <PShepherd@gategroup.com>; Peters, Latiya <lapeters@gategroup.com>; Alvonellos, Spyros
<SAlvonellos@gategroup.com>
**Subject:** I have some health issues I will take off Monday and Tuesday and Wednesday.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you
recognize the sender and know the content is safe.

[Quoted text hidden]

 **Gmail**

Lawrence Wells <lawrence.wells18@gmail.com>

## Abdoulaye work unsatisfied CCP ect.

7 messages

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Wells, Lawrence" <lwells@gategroup.com>

Sat, Oct 15, 2022 at 6:39 AM

Pamela: What do you think? Not complying in his work station or area daily! Is this leadership or toxic? I did not create this attudes he the solution to his problem. His response to what claims that happened. I see you and HR.

Has documented his response premature or premeditated. Before you even asked me about anything it Is well noted he was the one who was yelling and swearing at me. I told him we are in this together!

Saying this is bullshit and fuck this. In the production area I asked him let's go talk. But he wanted to make a scene.

Just like him and Chef Cam had, a few weeks ago. It is what is is, he show no support to me every now and then. I had to asked John to bring him into my office.

Because he was yelling and trying to drag me into a conversation in front of staff. I left him standing right their, when he came in the Chef office he was pointing him finger at me.

I asked him to stop and he was curing me out. Tell me what I should of done.

He is not the Executive Chef I Am. And I don't not have to explain my position to him. He works for me and I am his supervisor!!!

This was a draft from September 29, 2022

This week October 10th was Monday and the kitchen was quiet I spoke to India Colquitt.

That Chef Abdoulaye wanted us together and get along. I also told her she was doing a good job on Monday.

On October 11 she came in the Chef office at 0520 with Elizabeth Henry as a witness. And stated was not going to wrap the food.

Because Demon was not at work. And she said that she had too much work to do. But she labeled some items wrong.

All day on Tuesday she harassed me she was telling me I was bullying her. I said nothing to her all day. I had to engorged comments.

I call and second shift briefing because Lauren Nash had cut her hand. That we would be behind. And John was present and India Colquitt said that I was making her work overtime.

The mandatory overtime was for all of us. I was work both side of the kitchen Western Kitchen and Halal Kitchen. And I was force to cook the staff meal also.

Because Elizabeth Henry and Portia Jones did not want to cook. Stated that I was the only Chef who came in here and was cooking 2 meals for our staff! I explained to them our staff are customers also. And we need to treat them the same!

They both don't not want to use the combi over at timed! Which save us all cooking time. And cut down production and working hours,and control labor.

On Wednesday India Colquitt came in the kitchen at 0621 was yelling all over the place. I was in my office and she was in the western kitchen. She had just came to work, I said nothing to her at all. She was blood shot red eyes.

And was about to cry say this place was a nightmare. Mine you I was in the Chef office minding my own business. And her outbreak was out of order and she said she could not do it today. I told her just go relax she was passing back in forth.

I said to her you just came to work. And I did not say anything to her at all. I said to myself at least she came to work. All day she anointed me all day for 9 hours.

I had to just enor her she was obnoxious.

That was the same day that Jarvis Ford call me a nigger and to me to get the fuck out of his face and he would fuck me up.

At 01305 India Colquitt was talking to him while he was in the Halal Kitchen. About how to build up working hours and when he would get 40 or more.

Before his day off he could call in sick to get extra day off. Because he would all ready have his time in. But he should hurry up because in November he could not do it!

As I looked on Javis was cutting Zucchini on a red cutting board. I was on the opposite side of the table. And kindly told him in a professional manner that the red board was for meat.

And we had audit and we will get in trouble if we use the wrong board. I suggest to him to get a white board. And he said to me what different would that make. I kindly took the red board and got a white board and place in on the table for him to use. So he stated cutting the Zucchini in the

roasting pan. I told him that would dull the knife. I was him do he knew who I was. " he said he did not give a shit" I said I know you didn't use the S Word. " he said he did not give a shit who I was.

Then India Colquitt jump and said she was his witness. And was instigated I left the kitchen to get keith. To talk to him. He followed behind me call me a snitch. He started yelling in the hallway get this nigger away from him.

That that he would fuck me up. I was in Peggy's office and Peggy and Keith was present. And Jarvis jump in my face and repeated his self again.

And the whole time the union Shop Stewart was watching the whole thing." I can hear keith tell Javis that the chef was just doing his job "

I also on Wednesday and last week I explained to India Colquitt that her schedule days off may change.

Because she and Chef Cam can not be off at the same time. Chef Cam was not back to work until.
I ask India Colquitt to stop harassing me because she was discriminated against my for my age. And she needs to stop saying negative things about me to workers around me. In front of me antagonistic and antagonize daily.

Looking for a conflict with me that I am avoiding daily!! The issues is they are complaining to you and hr because they do not was to follow direct order. Or Leadership.

And we have to work together. I was told that India Colquitt was picking on me to react. Jerome spoke to Javis and Javis apologize to me Thursday. For the was he spoke to me.

I had a meeting with Chef Cam and the kitchen staff that we had guests Chefs from Korean Airlines this week working with us.

Friday October 14th at 0430 I set up the western kitchen so that they can work. I place blue cutting first for the fish. When I left the 0500 western kitchen staff.

Change the setting removed the cutting board. Took all the trays,food racks,pots, pans. For their selfs. I said I might as well go home meaning me. And let that work, but I did not.

Then at 0110 Portia Jones had an outburst with the guest Chef. That I had to ask her to carm down. I gave all the Chef Full Respect. And took care of them since they arrived!!! They were very respectful and I learned something.

Sincerely.

Lawrence Wells

---

**Lawrence Wells** <lawrence.wells18@gmail.com>                                              Sat, Oct 15, 2022 at 7:43 AM
To: "Wells, Lawrence" <lwells@gategroup.com>, "Shepherd, Pamela" <PShepherd@gategroup.com>, "Peters, Latiya" <lapeters@gategroup.com>

---------- Forwarded message ---------
From: **Lawrence Wells** <lawrence.wells18@gmail.com>
Date: Sat, Oct 15, 2022, 6:39 AM
Subject: Abdoulaye work **unsatisfied CCP ect.**
To: Wells, Lawrence <lwells@gategroup.com>

Pamela: What do you think? Not complying in his work station or area daily! Is this leadership or toxic? I did not create this attudes he the solution to his problem. His response to what claims that happened. I see you and HR.

Has documented his response premature or premeditated. Before you even asked me about anything it Is well noted he was the one who was yelling and swearing at me. I told him we are in this together!

Saying this is bullshit and fuck this. In the production area I asked him let's go talk. But he wanted to make a scene.

Just like him and Chef Cam had, a few weeks ago. It is what is is, he show no support to me every now and then. I had to asked John to bring him into my office.

Because he was yelling and trying to drag me into a conversation in front of staff. I left him standing right their, when he came in the Chef office he was pointing him finger at me.

I asked him to stop and he was curing me out. Tell me what I should of done.

He is not the Executive Chef I Am. And I don't not have to explain my position to him. He works for me and I am his supervisor!!!

This was a draft from September 29, 2022

This week October 10th was Monday and the kitchen was quiet I spoke to India Colquitt.

That Chef Abdoulaye wanted us together and get along. I also told her she was doing a good job on Monday.

On October 11 she came in the Chef office at 0520 with Elizabeth Henry as a witness. And stated she was not going to wrap the food.

Because Demon was not at work. And she said that she had too much work to do. But she labeled some items wrong.

All day on Tuesday she harassed me she was telling me I was bullying her. I said nothing to her all day. I had to engorged comments.

I call and second shift briefing because Lauren Nash had cut her hand. That we would be behind. And John was present and India Colquitt said that I was making her work overtime. At 11:00 India Colquitt stated to me if she had to work overtime she was going to drag the job out. And she said she would finish at 1900. At 1500 while I was in Halal Kitchen she ask Chef tuan if he wanted her to cook the cutlets one by one. Chef Taun told her to use both hands. What it appeared to me she was going to work at snails pace. She did not finish until 1700. And was unapproachable her attitude reflected her workload.

The mandatory overtime was for all of us. I was work both side of the kitchen Western Kitchen and Halal Kitchen. And I was force to cook the staff meal also.

Because Elizabeth Henry and Portia Jones did not want to cook. Stated that I was the only Chef who came in here and was cooking 2 meals for our staff! I explained to them our staff are customers also. And we need to treat them the same!

They both don't not want to use the combi over at timed! Which save us all cooking time. And cut down production and working hours,and control labor.

On Wednesday India Colquitt came in the kitchen at 0621 was yelling all over the place. I was in my office and she was in the western kitchen. She had just came to work, I said nothing to her at all. She was blood shot red eyes.

And was about to cry say this place was a nightmare. Mine you I was in the Chef office minding my own business. And her outbreak was out of order and she said she could not do it today. I told her just go relax she was passing back in forth.

I said to her you just came to work. And I did not say anything to her at all. I said to myself at least she came to work. All day she anointed me all day for 9 hours.

I had to just enor her she was obnoxious.

That was the same day that Jarvis Ford call me a nigger and to me to get the fuck out of his face and he would fuck me up.

At 01305 India Colquitt was talking to him while he was in the Halal Kitchen. About how to build up working hours and when he would get 40 or more.

Before his day off he could call in sick to get extra day off. Because he would all ready have his time in. But he should hurry up because in November he could not do it!

As I looked on Javis was cutting Zucchini on a red cutting board. I was on the opposite side of the table. And kindly told him in a professional manner that the red board was for meat.

And we had audit and we will get in trouble if we use the wrong board. I suggest to him to get a white board. And he said to me what different would that make. I kindly took the red board and got a white board and place in on the table for him to use. So he stated cutting the Zucchini in the

roasting pan. I told him that would dull the knife. I was him do he knew who I was. " he said he did not give a shit" I said I know you didn't use the S Word. " he said he did not give a shit who I was.

Then India Colquitt jump and said she was his witness. And was instigated I left the kitchen to get keith. To talk to him. He followed behind me call me a snitch.  He started yelling in the hallway get this nigger away from him.

That that he would fuck me up. I was in Peggy's office and Peggy and Keith was present. And Jarvis jump in my face and repeated his self again.

And the whole time the union Shop Stewart was watching the whole thing." I can hear keith tell Javis that the chef was just doing his job "

I also on Wednesday and last week I explained to India Colquitt that her schedule days off may change.

Because she and Chef Cam can not be off at the same time. Chef Cam was not back to work until.
I ask India Colquitt to stop harassing me because she was discriminated against my for my age. And she needs to stop saying negative things about me to workers around me. In front of me antagonistic and antagonize daily.

Looking for a conflict with me that I am avoiding daily!! The issues is they are complaining to you and hr because they do not was to follow direct order. Or Leadership.

And we have to work together. I was told that India Colquitt was picking on me to react.  Jerome spoke to Javis and Javis apologize to me Thursday. For the was he spoke to me.

I had a meeting with Chef Cam and the kitchen staff that we had guests Chefs from Korean Airlines this week working with us.

On Thursday October 13th 1415 Elizabeth Henry was sautéed dice Zucchini for Faro Salad on the flat grill. The grill was char dirty nasty.

I mentioned to her the grill Is dirty and I recommend her to cook in the combi over. She told me that she does not cook nasty and she been working hear for 40 years. And did not have to explain or listen to me. Because she know what she is doing. I explained to her that the carbon will make the salad nasty to taste. I walk away this is the type of attitude I received.

Friday October 14th at 0430 I set up the western kitchen so that they can work. I place blue cutting first for the fish. When I left the 0500 western kitchen staff.

Change the setting removed the cutting board. Took all the trays,food racks,pots, pans. For their selfs. I said I might as well go home meaning me. And let that work, but I did not.

Then at 0110 Portia Jones had an outburst with the guest Chef. That I had to ask her to carm down. I gave all the Chef Full Respect. And took care of them since they arrived!!! They were very respectful and I learned something.

I will get with Jessica next week because I see Kitchen staff in cafeteria around 1800 on wards and they been off since 1650. Are they on the clock or punched out? I have instructed them to take their brakes on time daily.

I also see Qatar Cold Kitchen workers on the clock 1900 sometimes or 1800 in the Qatar doing what. The flight use to be finished at 1100 or by 1300. Are the dragging the job out.

Sincerely.

Lawrence Wells

---

**Lawrence Wells** <lawrence.wells18@gmail.com>                          Sat, Oct 15, 2022 at 7:50 AM
To: "Wells, Lawrence" <lwells@gategroup.com>, "Shepherd, Pamela" <PShepherd@gategroup.com>, "Peters, Latiya" <lapeters@gategroup.com>

[Quoted text hidden]

---

**3 attachments**


**20221014_171957.jpg**
2680K


**20221011_122250.jpg**
2046K


**20221011_122244.jpg**
2279K

---

**Lawrence Wells** <lawrence.wells18@gmail.com>                          Sat, Oct 15, 2022 at 8:09 AM
To: "Wells, Lawrence" <lwells@gategroup.com>, "Shepherd, Pamela" <PShepherd@gategroup.com>, "Peters, Latiya" <lapeters@gategroup.com>

For got Lauren Nash came to me on October 9th at 0800 and stated she gave in her notice to leave or quit to HR she said her last day is the 15th.

She also said hr ask her was she leaving because of me. She told hr no she was it was about money that she was promised. And the work load was too much. And she had issues with her hands.

I never received and information from hr about this.

Lawrence Wells

[Quoted text hidden]

---

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Alvonellos, Spyros" <SAlvonellos@gategroup.com>

Fri, Dec 2, 2022 at 4:48 AM

---------- Forwarded message ---------
**From: Lawrence Wells** <lawrence.wells18@gmail.com>
Date: Sat, Oct 15, 2022, 6:39 AM
Subject: Abdoulaye work unsatisfied CCP ect.
To: Wells, Lawrence <lwells@gategroup.com>

[Quoted text hidden]

---

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Alvonellos, Spyros" <SAlvonellos@gategroup.com>

Fri, Dec 2, 2022 at 4:48 AM

[Quoted text hidden]

---

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Alvonellos, Spyros" <SAlvonellos@gategroup.com>, "Harribey, Sylvain" <SHarribey@gategroup.com>

Fri, Dec 16, 2022 at 5:32 AM

---------- Forwarded message ---------
**From: Lawrence Wells** <lawrence.wells18@gmail.com>
Date: Sat, Oct 15, 2022, 6:39 AM
Subject: Abdoulaye work unsatisfied CCP ect.
To: Wells, Lawrence <lwells@gategroup.com>

[Quoted text hidden]

 **Gmail**

Lawrence Wells <lawrence.wells18@gmail.com>

## FW: Comp dates

1 message

**Wells, Lawrence** <lwells@gategroup.com>
To: "lawrence.wells18@gmail.com" <lawrence.wells18@gmail.com>

Sat, Nov 5, 2022 at 3:38 PM

**From:** Alvonellos, Spyros <SAlvonellos@gategroup.com>
**Sent:** Thursday, November 3, 2022 7:23 AM
**To:** Shepherd, Pamela <PShepherd@gategroup.com>; Peters, Latiya <lapeters@gategroup.com>; Wells, Lawrence <lwells@gategroup.com>
**Subject:** RE: Comp dates

Where are the comp sheets?

**Spyros G. Alvonellos**

Director, Human Resources

**gate**group

Network BU, DFW 515 & LGA

940 Casa Verde Road

Orlando, FL 32827

Tel +1 404 801 3911

Mob +1 478 951 4477

salvonellos@gategroup.com | www.gategroup.com

This message and any material transmitted herein may contain confidential, proprietary and/or legally privileged information. If the reader of this message is not the intended recipient, or is not the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this communication, including any materials transmitted herein, is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail, and delete this communication. While gategroup and its affiliates apply reasonable and prudent measures to screen outgoing electronic communications for computer viruses, malware and other malicious software and/or code, they accept no responsibility for damages resulting from accessing such communications. Therefore, recipients should take reasonable and prudent action to protect themselves from such malicious software and/or code. Thank you.

**From:** Shepherd, Pamela <PShepherd@gategroup.com>
**Sent:** Wednesday, November 2, 2022 9:49 PM
**To:** Peters, Latiya <lapeters@gategroup.com>; Wells, Lawrence <lwells@gategroup.com>
**Cc:** Alvonellos, Spyros <SAlvonellos@gategroup.com>
**Subject:** RE: Comp dates


Chef abdoul always took his days off to my knowledge. He would not even come in for audits.


**From:** Peters, Latiya <lapeters@gategroup.com>
**Sent:** Wednesday, November 2, 2022 1:04 PM
**To:** Wells, Lawrence <lwells@gategroup.com>
**Cc:** Shepherd, Pamela <PShepherd@gategroup.com>; Alvonellos, Spyros <SAlvonellos@gategroup.com>
**Subject:** FW: Comp dates
**Importance:** High


Hello Chef,


Chef Abdoul has sent the attached as dates he worked and needs to be paid Comp time for. Can you please confirm if chef was working these additional days:


7/5/22

7/19/22

7/27/22

8/3/22

8/9/22

8/23/22

8/30/22

9/13/22

9/21/22

9/28/22


Please advise.


Thanks,


Latiya

**From:** Chefabdoul Gueye <chefabdoul@gmail.com>
**Sent:** Wednesday, November 2, 2022 10:36 AM
**To:** Peters, Latiya <lapeters@gategroup.com>
**Subject:** Comp dates

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Get Outlook for Android

 **Gmail**

Lawrence Wells <lawrence.wells18@gmail.com>

---

## Action Plan QA

3 messages

---

**Wells, Lawrence** <lwells@gategroup.com>                              Thu, Nov 3, 2022 at 9:21 AM
To: "lawrence.wells18@gmail.com" <lawrence.wells18@gmail.com>, "Shepherd, Pamela" <PShepherd@gategroup.com>
Cc: "Shepherd, Pamela" <PShepherd@gategroup.com>

Good morning Pamela : We have to set up a culinary system, that will reduce waste or man hours. Pre cook who all they do is prep and chop, clean, dice, all vegetables. And we have cook who cook, this will speed up the systems.

What we need is 4 skilled culinary staff members from a 4 star or 5 star background. That can take us to the next level, with international experience and full culinary knowledge and knife skills. All culinary staff need to be cross trained, through our kitchen.  And who have formal culinary school graduate.

We need to take all the recipes and weight all items out before cooking. For proper yield and consistency, flavor profile, presentation. All recipes need to follow the average daily counts. Without overproduction on a daily basis, and with a par levels. Step by Step.

We also need to control and prep those items that are time consuming First! steam potatoes, rice's first thing in the morning. We also need proper yields on all sauces made and used gallon controls. The par-level for all should be on a spread sheet.  On the business class we need to use first in and first out method's. The par levels need to come from the production base on the counts. Using labor guidelines that are in place.

All food item need to be tasted by all culinary staff on a daily basics.

Also make sure we are following culinary CCP logs and using the kindle for all up dated information. And make the all records and up to date.

This will help all cut down on all unidentified waste.

Lawrence Wells

Executive Chef



Atlanta Business Unit 301

16  anes W Grant Pkwy

A    GA 30354

l           gategroup.com  a gategroup member

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: "Alvonellos, Spyros" <SAlvonellos@gategroup.com>

Fri, Dec 2, 2022 at 4:44 AM

[Quoted text hidden]

**2 attachments**

**Gategourmet** image001.png
6K

**Gategourmet** image001.png
6K

**Lawrence Wells** <lawrence.wells18@gmail.com>
To: joshua.janow@gmail.com

Thu, Dec 29, 2022 at 11:47 AM

---------- Forwarded message ---------
From: **Wells, Lawrence** <lwells@gategroup.com>
Date: Thu, Nov 3, 2022 at 9:21 AM
Subject: Action Plan QA
To: lawrence.wells18@gmail.com <lawrence.wells18@gmail.com>, **Shepherd, Pamela** <PShepherd@gategroup.com>
Cc: Shepherd, Pamela <PShepherd@gategroup.com>

[Quoted text hidden]

 Gmail

**Lawrence Wells <lawrence.wells18@gmail.com>**

## FW: Comp dates
1 message

**Wells, Lawrence** <lwells@gategroup.com>
To: "lawrence.wells18@gmail.com" <lawrence.wells18@gmail.com>

Sat, Nov 5, 2022 at 3:38 PM

**From:** Alvonellos, Spyros <SAlvonellos@gategroup.com>
**Sent:** Thursday, November 3, 2022 7:23 AM
**To:** Shepherd, Pamela <PShepherd@gategroup.com>; Peters, Latiya <lapeters@gategroup.com>; Wells, Lawrence <lwells@gategroup.com>
**Subject:** RE: Comp dates

Where are the comp sheets?

**Spyros G. Alvonellos**

Director, Human Resources

**gate**group

Network BU, DFW 515 & LGA

845      sa Verde Road

O          FL  32827

Tel +1 404 801 3911

Mob +1 478 951 4477

salvonellos@gategroup.com | www.gategroup.com

This message and any material transmitted herein may contain confidential, proprietary and/or legally privileged information. If the reader of this message is not the intended recipient, or is not the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this communication, including any materials transmitted herein, is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail, and delete this communication. While gategroup and its affiliates apply reasonable and prudent measures to screen outgoing electronic communications for computer viruses, malware and other malicious software and/or code, they accept no responsibility for damages resulting from accessing such communications. Therefore, recipients should take reasonable and prudent action to protect themselves from such malicious software and/or code. Thank you.

**From:** Shepherd, Pamela <PShepherd@gategroup.com>
**Sent:** Wednesday, November 2, 2022 9:49 PM
**To:** Peters, Latiya <lapeters@gategroup.com>; Wells, Lawrence <lwells@gategroup.com>
**Cc:** Alvonellos, Spyros <SAlvonellos@gategroup.com>
**Subject:** RE: Comp dates

Chef abdoul always took his days off to my knowledge. He would not even come in for audits.

**From:** Peters, Latiya <lapeters@gategroup.com>
**Sent:** Wednesday, November 2, 2022 1:04 PM
**To:** Wells, Lawrence <lwells@gategroup.com>
**Cc:** Shepherd, Pamela <PShepherd@gategroup.com>; Alvonellos, Spyros <SAlvonellos@gategroup.com>
**Subject:** FW: Comp dates
**Importance:** High

Hello Chef,

Chef Abdoul has sent the attached as dates he worked and needs to be paid Comp time for.  Can you please confirm if chef was working these additional days:

7/5/22

7/19/22

7/27/22

8/3/22

8/9/22

8/23/22

8/30/22

9/13/22

9/21/22

9/28/22

Please advise.

Thanks,

Latiya

**From:** Chefabdoul Gueye <chefabdoul@gmail.com>
**Sent:** Wednesday, November 2, 2022 10:36 AM
**To:** Peters, Latiya <lapeters@gategroup.com>
**Subject:** Comp dates

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Get Outlook for Android